B6C (Official Form 6C) (4/13)

.

In re    **Matthew Jason Whitman,**
　　　　**Carla Maria Whitman**

Case No.  **8:15-bk-12147-ES**

,

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family Residence** | **C.C.P. § 703.140(b)(5)** | **12,329.18** | **2,900,000.00** |
| **Location: 36 East Mahi Pua Place, Lahaina, Hawaii 96761** | | | |
| **Single Family Residence** | **C.C.P. § 703.140(b)(5)** | **1.00** | **4,000,000.00** |
| **Location: 111 Via Lido Soud, Newport Beach CA 92663** | | | |
| **Cash on Hand** | | | |
| **Cash on hand** | **C.C.P. § 703.140(b)(5)** | **6,150.00** | **6,150.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account** | **C.C.P. § 703.140(b)(5)** | **4.00** | **4.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| **Savings Account** | **C.C.P. § 703.140(b)(5)** | **6,419.82** | **6,419.82** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security Deposit** | **C.C.P. § 703.140(b)(5)** | **150.00** | **150.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| **Prepaid Rent** | **C.C.P. § 703.140(b)(5)** | **750.00** | **750.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Furnishings** | **C.C.P. § 703.140(b)(3)** | **8,060.00** | **8,060.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books** | **C.C.P. § 703.140(b)(5)** | **100.00** | **100.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| **Wearing Apparel** | | | |
| **Clothing** | **C.C.P. § 703.140(b)(3)** | **200.00** | **200.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| **Furs and Jewelry** | | | |
| **Jewelry** | **C.C.P. § 703.140(b)(4)** | **1,525.00** | **2,025.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | **C.C.P. § 703.140(b)(5)** | **500.00** | |

  **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re **Matthew Jason Whitman,**
      **Carla Maria Whitman**                              Case No.  **8:15-bk-12147-ES**

                                      Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Bicycles and Sports Equipment** | **C.C.P. § 703.140(b)(5)** | **300.00** | **300.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Mitsubishi Montero** | **C.C.P. § 703.140(b)(2)** | **4,875.00** | **4,875.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| **Boats, Motors and Accessories** | | | |
| **Kayak** | **C.C.P. § 703.140(b)(5)** | **200.00** | **200.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Fax Machine** | **C.C.P. § 703.140(b)(5)** | **20.00** | **20.00** |
| **Location: 3419 Via Lido #123, Newport Beach CA 92663** | | | |
| | Total: | **41,584.00** | **6,929,253.82** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Matthew Jason Whitman,**
     **Carla Maria Whitman,**
                                Debtors

Case No.    **8:15-bk-12147-ES**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxxxxx7644 <br><br> **Account Management Ser** <br> **5300 Orange Ave Ste 120** <br> **Cypress, CA 90630** | | | W | | **Opened 4/01/12** <br> **Collection Attorney Saddleback Women S Medical Gro** | | | | 80.00 |
| Account No. xxxx6137 <br><br> **AFNI, Inc.** <br> **P.O. BOX 3517** <br> **Bloomington, IL 61702-3517** | C | | | | **N/A** <br> **Original Creditor: DirectTV** | | | | 600.92 |
| Account No. **N/A** <br><br> **Alfredo Garibey** <br> **Unknown** | C | | | | **N/A** <br> **N/A** | | | | 9,000.00 |
| Account No. **x2173** <br><br> **American Claims Services** <br> **PO Box 19450** <br> **Houston, TX 77224-9450** | C | | | | **N/A** <br> **N/A** | | | | 2,500.00 |
| _20_ continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | **12,180.92** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
       **Carla Maria Whitman**

Case No.   **8:15-bk-12147-ES**

Debtors ,

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx #xxx/xxxxxxxx1/023** American Claims Services Inc C/O 11777 Katy Freeway #520 Houston, TX 77079 | C | N/A N/A | | | | | | Unknown |
| Account No. **N/A** American Contractors Indemnity C/O Lanak & Hanna 625 The City Drive South, Ste 190 Orange, CA 92868-4983 | C | N/A N/A | | | | | | Unknown |
| Account No. **xxxxxxxxxxxx0193** American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | W | | | Opened 6/01/06 Last Active 3/16/10 Credit Card | | | | 64,590.00 |
| Account No. **xxxxxxxxxxxx4233** American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | H | | | Opened 3/01/06 Last Active 3/31/10 Credit Card | | | | 41,141.00 |
| Account No. **xxxxxxxxxxxx6523** American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | H | | | Opened 9/01/06 Last Active 3/31/10 Credit Card | | | | 475.00 |

Sheet no. **1** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

106,206.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**　　　　　　　　　　　　　　　Case No.　**8:15-bk-12147-ES**
　　　　**Carla Maria Whitman**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　　Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A**  American Express Zwicker & Associates 199 S Los Robles #410 Pasadena, CA 91101 | C | | **N/A** Judgment Lien | | | | 66,536.28 |
| Account No. **N/A**  American Express Zwicker & Assoc 199 S. Los Robles #410 Pasadena, CA 91101 | C | | **N/A** Judgment Lien | | | | 42,394.98 |
| Account No. **x1002**  AMEX P.O. Box 7871 Fort Lauderdale, FL 33329 | C | | **N/A** Credit Card | | | | 475.97 |
| Account No. **N/A**  Angelus Block 11374 Tuxford Sun Valley, CA 91352 | C | | **N/A** N/A | | | | 40,000.00 |
| Account No. **N/A**  Art & Automation 1826 Wila Pa Loop, Suite 3 Wailuku, HI 96793 | C | | **N/A** N/A | | | | 572.91 |

Sheet no. __**2**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

149,980.14

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
       **Carla Maria Whitman**

Case No.  **8:15-bk-12147-ES**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **ATT Mobility** <br> **Diversified Consultants, Inc.** <br> **P.O. Box 551268** <br> **Jacksonville, FL 32256-1268** | C | | N/A <br> N/A | | | | 36.97 |
| Account No. **N/A** <br><br> **ATT Mobility** <br> **Diversified Consultants, Inc.** <br> **P.O. Box 551268** <br> **Jacksonville, FL 32256-1268** | C | | N/A <br> N/A | | | | 64.13 |
| Account No. **N/A** <br><br> **Bank of America** <br> **Attn: Corr Unit/CA6-919-02-41** <br> **PO Box 5170** <br> **Simi Valley, CA 93062** | C | | N/A <br> Foreclosed property | | | | 2,554,503.00 |
| Account No. **5339** <br><br> **Bloomingdales** <br> **PO Box 183083** <br> **Columbus, OH 43218-3084** | C | | N/A <br> Credit Card | | | | 294.71 |
| Account No. **xxxxxx9512** <br><br> **Bmw Financial Services** <br> **Attn: Bankruptcy Department** <br> **Po Box 3608** <br> **Dublin, OH 43016** | H | | Opened 12/01/09  Last Active  8/16/11 <br> Lease | | | | 80,324.00 |

Sheet no. __3__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,635,222.81

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No. **8:15-bk-12147-ES**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxx5912** | | **N/A** | | **N/A** | | | | |
| **BMW Financial Services** P.O. Box 3608 Dublin, OH 43016-0306 | C | | | | | | | 4,513.19 |
| Account No. **xxxxx6929** | | **N/A** | | **HOA Lien** | | | | |
| **Bridlecreek HOA** Fiore, Racobs & Powers 6820 Indiana Avenue Suite 140 Riverside, CA 92506 | C | | | | | | | 10,757.34 |
| Account No. **N/A** | | **N/A** | | **Judgment Lien** | | | | |
| **California Bank & Trust** Buchalter Nemer 1000 Wilshire Boulevard #1500 Los Angeles, CA 90017-2457 | C | | | | | | | 1,612,350.67 |
| Account No. **xxxxxxxxxxx3661** | | | | Opened 8/01/02 Last Active 4/05/11 Credit Card | | | | |
| **Capital 1 Bank** Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | W | | | | | | | 6,622.00 |
| Account No. **xxxxxxxxxxx0012** | | | | Opened 2/01/02 Last Active 4/18/12 Credit Card | | | | |
| **Capital 1 Bank** Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | H | | | | | | | 3,032.00 |

Sheet no. **4** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,637,275.20

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No.  **8:15-bk-12147-ES**

Debtors,

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2197**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | H | Opened 12/01/97  Last Active  5/18/12<br>Credit Card | | | | 2,379.00 |
| Account No. **xxxx-xxxx-xxxx-4716**<br><br>**Capital One Bank**<br>**Bleier & Cox LLP**<br>**16130 Ventura Blvd. Suite 620**<br>**Encino, CA 91436-2542** | | C | N/A<br>Credit Card | | | | 4,370.69 |
| Account No. **N/A**<br><br>**Capital Pacific Holdings**<br>**Green & Hall**<br>**1851 East First Street, 10th fl**<br>**Santa Ana, CA 92705-4052** | | C | N/A<br>N/A | | | | Unknown |
| Account No. **xxx8.084**<br><br>**Capital Pacific Holdings LLC**<br>**C/O Green & Hall**<br>**1851 East First Street, 10th fl**<br>**Santa Ana, CA 92705-4052** | | C | N/A<br>N/A | | | | Unknown |
| Account No. **N/A**<br><br>**Carlos Procopio**<br>**Unknown** | | C | N/A<br>N/A | | | | 1,000.00 |

| | | |
|---|---|---|
| Sheet no. **5** of **20** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 7,749.69 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
      **Carla Maria Whitman**

Case No.  **8:15-bk-12147-ES**

_____,
                              Debtors

**AMENDED**
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **Centex Homes** <br> **C/O Newmeyer & Dillion LLP** <br> **895 Dove Street 5th floor** <br> **Newport Beach, CA 92660** | C | | N/A <br> N/A | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx0036** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | C | | Opened 11/01/06  Last Active  1/26/11 <br> Credit Card | | | | **35,819.00** |
| Account No. **xxxxx20-07** <br><br> **City of Newport Beach** <br> **P.O. Box 1935** <br> **Newport Beach, CA 92658-0935** | C | | N/A <br> N/A | | | | **531.39** |
| Account No. **x6727** <br><br> **City of Newport Beach** <br> **P.O. Box 3080** <br> **Newport Beach, CA 92658-3080** | C | | N/A <br> N/A | | | | **245.00** |
| Account No. **xxxxxxxxxxxx6700** <br><br> **CLC** <br> **P.O. Box 5570** <br> **Locator BR-YB01-05** <br> **Cleveland, OH 44101-0570** | C | | N/A <br> N/A | | | | **360,420.88** |

Sheet no.  **6**  of  **20**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**397,016.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
       **Carla Maria Whitman**

Case No.   **8:15-bk-12147-ES**

_____,
                    Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5884** <br><br> **CMS** <br> **1610 East Street Andrew Place** <br> **Suite B-150** <br> **Santa Ana, CA 92705** | C | | **N/A** <br> **Foreclosed property** | | | | 675,061.00 |
| Account No. **xxxxxx5986;xxx-x0410** <br><br> **Co of Maui Dept Environmental Mgt** <br> **2200 Main Streets, Suite 100** <br> **Wailuku, HI 96793** | C | | **N/A** <br> **N/A** | | | | 4,342.80 |
| Account No. **xxx-x-x-xxx-xxx-xxx0-000** <br><br> **Co of Maui Tax Collector** <br> **70 E. Kaahumanu Av #A16** <br> **Kahului, HI 96732-2196** | C | | **N/A** <br> **N/A** | | | | 58,244.82 |
| Account No. **N/A** <br><br> **Coastal Living Magazine** <br> **P.O. Box 62120** <br> **Tampa, FL 33662-2120** | C | | **N/A** <br> **N/A** | | | | 1,200.00 |
| Account No. **N/A** <br><br> **Corman Leigh Communities** <br> **C/O Winet, Patrick & Weaver** <br> **1215 West Vista Way** <br> **Anaheim, CA 92803** | C | | **N/A** <br> **N/A** | | | | Unknown |

Sheet no. __7__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

738,848.62

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**                                          Case No. __**8:15-bk-12147-ES**__
       **Carla Maria Whitman**
_____,
                          Debtors
# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxxxx3902**<br><br>**Dsnb Bloomingdales**<br>**Macy's Bankruptcy Dept.**<br>**Po Box 8053**<br>**Mason, OH 45040** | | W | | **Opened  3/01/10  Last Active  3/28/11**<br>**Charge Account** | | | | 295.00 |
| Account No. **N/A**<br><br>**E Trade Bank**<br>**PO Box 747054**<br>**Pittsburgh, PA 15274-7054** | | C | | **N/A**<br>**Foreclosed property** | | | | 462,500.00 |
| Account No. **N/A**<br><br>**E trade Financial**<br>**NCB Management Services Inc.**<br>**P.O. Box 1099**<br>**Langhorne, PA 19047** | | C | | **N/A**<br>**N/A** | | | | 363,034.36 |
| Account No. **N/A**<br><br>**Employment Development Department**<br>**P.O. Box 826846**<br>**Sacramento, CA 94246-0001** | | C | | **N/A**<br>**N/A** | | | | 220,000.00 |
| Account No. **xxxxxxxxxxx4458**<br><br>**Ernst Artmann And Asso**<br>**Po Box 4200**<br>**Laguna Beach, CA 92652** | | H | | **Opened  5/01/13**<br>**Collection Attorney Roland S. Beverly  M.D.** | | | | 196.00 |

Sheet no. __**8**__ of __**20**__ sheets attached to Schedule of                        Subtotal            | 1,046,025.36
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No. **8:15-bk-12147-ES**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **5339** | | N/A | | N/A | | | | |
| **FDS Bank** **9111 Duke Blvd** **Mason, OH 45040** | C | | | | | | | 176.26 |
| Account No. **N/A** | | N/A | | N/A | | | | |
| **Fenceworks** **870 N. Main St** **Riverside, CA 92501** | C | | | | | | | 8,500.00 |
| Account No. **N/A** | | N/A | | N/A | | | | |
| **Fireman's Fund** **Dept. CH-10273** **Columbus, OH 43218-3083** | C | | | | | | | 205.00 |
| Account No. **xxx2459** | | N/A | | N/A | | | | |
| **Fireman's Fund Insurance Co.** **Caine & Weiner** **1699 East Woodfield Road** **Schaumburg, IL 60173** | C | | | | | | | 256.18 |
| Account No. **xx2926** | | N/A | | N/A | | | | |
| **First Insurance of HI** **P.O. Box 2866** **Honolulu, HI 96803** | C | | | | | | | 296.00 |

Sheet no. **9** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,433.44

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No.   **8:15-bk-12147-ES**

Debtors,

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **Flagstar Bank** <br> **5151 Corporate Drive** <br> **Troy, MI 48098** | C | | **N/A** <br> **Foreclosed property** | | | | **Unknown** |
| Account No. **N/A** <br><br> **Ford Credit** <br> **P.O. Box 790119** <br> **Saint Louis, MO 63179-0019** | C | | **N/A** <br> **Business debt** | | | | **Unknown** |
| Account No. **xxxxxx7709** <br><br> **Franchise Tax Board** <br> **600 W Santa Ana Blvd, Suite 300** <br> **Santa Ana, CA 92701** | C | | **N/A** <br> **N/A** | | | | **695,696.74** |
| Account No. **xx30.01** <br><br> **Good Wildman Hegness & Walley** <br> **5000 Campus Drive** <br> **Newport Beach, CA 92660** | C | | **N/A** <br> **N/A** | | | | **25,000.00** |
| Account No. **N/A** <br><br> **Granite State Ins Co** <br> **c/o Lathrop & Gage** <br> **1300 Eve St, Suite 1050** <br> **Washington, DC 20005** | C | | **N/A** <br> **Business debt** | | | | **Unknown** |

Sheet no. __**10**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**720,696.74**

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No. **8:15-bk-12147-ES**

Debtors,

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx1451** <br><br> **Hawaii Water Service Company** <br> P.O. Box 30450 <br> Honolulu, HI 96820-0450 | C | N/A <br> N/A | | | | | | 3,000.00 |
| Account No. **N/A** <br><br> **HCC Surety** <br> 601 S. Figueroa St #1600 <br> Los Angeles, CA 90017 | C | N/A <br> N/A | | | | | | 15,000.00 |
| Account No. **N/A** <br><br> **HCC Surety** <br> 601 S. Figueroa St #1600 <br> Los Angeles, CA 90017 | C | N/A <br> N/A | | | | | | 8,500.00 |
| Account No. **N/A** <br><br> **HUB Construction Specialties** <br> 379 South I St <br> San Bernardino, CA 92410 | C | N/A <br> N/A | | | | | | 15,000.00 |
| Account No. **N/A** <br><br> **Insurance Associates Inc.** <br> OCS Recovery Inc. <br> P.O. Box 87 <br> Lake Elsinore, CA 92531-0087 | C | N/A <br> N/A | | | | | | 1,412.19 |

Sheet no. **11** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,912.19

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
**Carla Maria Whitman**
_____,
Debtors

Case No.  **8:15-bk-12147-ES**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **Insurance Associates Inc.** <br> **Maui Collection Service, Inc.** <br> **P.O. Box 14** <br> **Wailuku, HI 96793** | C | | **N/A** <br> **N/A** | | | | 1,360.25 |
| Account No. **N/A** <br><br> **Internal Revenue Service** <br> **Mail Stop 5108** <br> **24000 Avila Rd.** <br> **Laguna Niguel, CA 92677-3407** | C | | **N/A** <br> **N/A** | | | | 777,617.88 |
| Account No. **N/A** <br><br> **Jeff Jacobs, Esq** <br> **15770 Laguna Canyon Road #100** <br> **Irvine, CA 92618** | C | | **N/A** <br> **Business debt** | | | | 15,000.00 |
| Account No. **xxxx-xxxx-xxxx-0036** <br><br> **JP Morgan Chase Bank** <br> **P.O. Box 15298** <br> **Wilmington, DE 19850** | C | | **N/A** <br> **Credit Card** | | | | 35,819.51 |
| Account No. **xxx9648** <br><br> **Kaanapali Golf Estates** <br> **P.O. Box 60578** <br> **Phoenix, AZ 85082-0578** | C | | **N/A** <br> **N/A** | | | | 20,919.58 |

Sheet no. __12__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

850,717.22

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
       **Carla Maria Whitman**

Case No.  **8:15-bk-12147-ES**

_____,
Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **N/A** <br><br> **Koeller Nebeker Carlson Haluck** <br> **225 Broadway 21st Floor** <br> **San Diego, CA 92101** | C | | | N/A <br> N/A | | | | **Unknown** |
| Account No. **N/A** <br><br> **Land Rover Capital Group** <br> **Primary Financial Services LLC** <br> **3115 N. 3rd Street, Suite 112** <br> **Phoenix, AZ 85013** | C | | | N/A <br> N/A | | | | **4,986.43** |
| Account No. **xxxx-xxxx24-01** <br><br> **Lido Isle Community Assn** <br> **c/o Diversified Assn Management** <br> **180 East Main Street, Suite 101** <br> **Tustin, CA 92780** | C | | | N/A <br> N/A | | | | **5,250.68** |
| Account No. **N/A** <br><br> **Lloyds of London** <br> **306 West Main Street. Suite 409** <br> **Frankfort, KY 40601** | C | | | N/A <br> N/A | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9575** <br><br> **Macys** <br> **United Collection Bureau** <br> **P.O. Box 1448** <br> **Maumee, OH 43537** | C | | | N/A <br> Credit Card | | | | **3,610.90** |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,848.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
       **Carla Maria Whitman**

Case No. __**8:15-bk-12147-ES**__

Debtors

### AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A**  <br><br>**Maraney Gibbons & Martin**<br>**2192 Martin Street, Suite 260**<br>**Irvine, CA 92612** | C | N/A<br>N/A | | | | | **Unknown** |
| Account No. **xxxxxxxx8023**  <br><br>**Maui Collection Service**<br>**1885 Main St Ste 106**<br>**Wailuku, HI 96793** | H | Opened 11/01/11<br>Collection Attorney La Maui LLC | | | | | **1,637.00** |
| Account No. **xxxx-xxx2-005**  <br><br>**Maui Electric Co**<br>**PO Box 398**<br>**Kahului, HI 96733-6898** | C | N/A<br>N/A | | | | | **765.00** |
| Account No. **xxx4838**  <br><br>**Medcah Inc**<br>**320 Uluniu St Ste 5**<br>**Kailua, HI 96734** | H | Opened 10/01/10<br>Collection Attorney Oceanic Time Warner Cable | | | | | **2,063.00** |
| Account No. **N/A**  <br><br>**Meritage Homes of Ca, Inc.**<br>**C/O Green & Hall**<br>**2999 Douglas Blvd #220**<br>**Roseville, CA 95661-4216** | C | N/A<br>N/A | | | | | **Unknown** |

Sheet no. __**14**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,465.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Matthew Jason Whitman,**
**Carla Maria Whitman**                                                    Case No.    **8:15-bk-12147-ES**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H J | W C | | | | | |
| Account No. **N/A**<br><br>**Millenium**<br>**Tompson & Knight**<br>**1722 Routh St #1500**<br>**Dallas, TX 75201-2533** | C | | | **N/A**<br>**N/A** | | | | **Unknown** |
| Account No. **N/A**<br><br>**Neiman Marcus**<br>**P.O. BOX 650589**<br>**Dallas, TX 75265-0589** | C | | | **N/A**<br>**N/A** | | | | **Unknown** |
| Account No. **xxx-xxx-xx-0200**<br><br>**OC Treasurer Tax Collector**<br>**PO Box 1438**<br>**Santa Ana, CA 92702-1438** | C | | | **N/A**<br>**N/A** | | | | **242,000.00** |
| Account No. **x-xxxxx0-01-4**<br><br>**Oceanic Time Warner Cable**<br>**P.O. Box 1187**<br>**Kailua, HI 96734** | C | | | **N/A**<br>**N/A** | | | | **2,100.00** |
| Account No. **xx1292**<br><br>**Ocs Recovery Inc**<br>**Po Box 87**<br>**Lake Elsinore, CA 92531** | C | | | **Opened  4/01/12**<br>**Collection Attorney Insurance Associates Inc** | | | | **1,655.00** |

Sheet no. __15__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **245,755.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No. __8:15-bk-12147-ES__

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx4851** <br><br>**OCTA** <br>**Linebarger Goggan Blair & Sampson** <br>**1515 Cleveland Place, Suite 300** <br>**Denver, CO 80202** | C | | | **N/A** <br>**N/A** | | | | 1,071.95 |
| Account No. **xxxxxx0116** <br><br>**Ocwen Loan Servicing, LLC** <br>**PO Box 24646** <br>**West Palm Beach, FL 33416-4646** | C | | | **N/A** <br>**Foreclosed property** | | | | 49,532.00 |
| Account No. **xxxxxxxxxxxx4716** <br><br>**Portfolio Recovery** <br>**Attn: Bankruptcy** <br>**Po Box 41067** <br>**Norfolk, VA 23541** | | W | | **Opened  3/01/14** <br>**Factoring Company Account Capital One Bank Usa  Na** | | | | 4,371.00 |
| Account No. **xxxxxxxxxxxx4853** <br><br>**Professional Credit Se** <br>**2892 Crescent Ave** <br>**Eugene, OR 97408** | | H | | **Opened 10/01/08  Last Active 11/25/08** <br>**Collection Attorney Security Tech** | | | | 832.00 |
| Account No. **xxxxxx6306** <br><br>**Revenue Cycle Management** <br>**3221 Waialae Avenue, Suite 338** <br>**Honolulu, HI 96816-5831** | | H | | **Opened  5/01/12** <br>**Collection Attorney The Gas Company Inc.** | | | | 97.00 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,903.95

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
      **Carla Maria Whitman**

Case No. **8:15-bk-12147-ES**

Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **N/A** | | **N/A** | | | | | | |
| Robertsons Ready Mix C/O Mervyn Encarnacion 2100 S. Main Street Suite 200 Corona, CA 92882 | C | **N/A** | | | | | | 94,617.35 |
| Account No. **N/A** | | **N/A** | | | | | | |
| Rogers Gardens Landscape LLP 2301 San Joaquin Hills Road Corona Del Mar, CA 92625 | C | **N/A** | | | | | | 5,530.94 |
| Account No. **x1800** | | **N/A** | | | | | | |
| Roland Beverly MD 24541 Pacific Park Drive, Ste 103 Aliso Viejo, CA 92656 | C | **N/A** | | | | | | 159.36 |
| Account No. **N/A** | | **N/A** | | | | | | |
| Ronald Caswell C/O Kyle Kelley Esq 4333 N. Camden Drive, #965 Beverly Hills, CA 90210 | C | Judgment Lien | | | | | | 298,217.88 |
| Account No. **5097** | | **N/A** | | | | | | |
| Saddleback Women's Medical Group 24411 Health Center Drive Suite 640 Laguna Hills, CA 92653 | C | **N/A** | | | | | | 62.51 |

Sheet no. **17** of **20** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

398,588.04

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No. **8:15-bk-12147-ES**

Debtors

**AMENDED**
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **N/A**<br><br>**Samuels, Green & Steel**<br>**19800 MacArthur Blvd # 1000**<br>**Irvine, CA 92612** | C | | | N/A<br>N/A | | | | **Unknown** |
| Account No. **N/A**<br><br>**Skyline Pools of Hawaii Inc.**<br>**Mezzeti Financial Services, Inc.**<br>**P.O. Box 59595**<br>**San Jose, CA 95159** | C | | | N/A<br>Judgment Lien | | | | **49,157.89** |
| Account No. **N/A**<br><br>**Skyline Pools of Hawaii Inc.**<br>**Mezzeti Financial Services, Inc.**<br>**P.O. Box 59595**<br>**San Jose, CA 95159** | C | | | 10/30/2012<br>Judgment Lien | | | | **44,908.73** |
| Account No. **xxxxxx0785**<br><br>**Specialized Loan Servicing LLC**<br>**8742 Lucent Boulevard, Ste 300**<br>**Highlands Ranch, CO 80129** | C | | | N/A<br>Foreclosed property | | | | **521,616.00** |
| Account No. **xxxxxxxxxxxx6700**<br><br>**SRA Associates, Inc**<br>**401 Minnetonka Road**<br>**Somerdale, NJ 08083** | C | | | N/A<br>N/A | | | | **360,420.88** |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**976,103.50**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Matthew Jason Whitman,**
        **Carla Maria Whitman**                                             Case No.    **8:15-bk-12147-ES**
                                                              ,
                                            Debtors
## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A**<br><br>**State Fund**<br>**C/O Charles Carey & Associates**<br>**1401 Dove St, #340**<br>**Newport Beach, CA 92660** | C | | **N/A**<br>**N/A** | | | | 221,000.00 |
| Account No. **xxx5208**<br><br>**Tek Collect**<br>**Pob 1269**<br>**Columbus, OH 43216** | | H | **N/A**<br>**04 Western Municipal Water Distri** | | | | 992.00 |
| Account No. **xxxx2V00**<br><br>**Toll Roads**<br>**P.O. Box 68039**<br>**Anaheim, CA 92817** | C | | **N/A**<br>**N/A** | | | | 857.75 |
| Account No. **N/A**<br><br>**Turner Riverwalk Assn.**<br>**C/O Comm Legal Advisors**<br>**1155 Sportfisher, #120**<br>**Westlake Village, CA 91361** | C | | **N/A**<br>**N/A** | | | | 14,151.00 |
| Account No. **N/A**<br><br>**Turner Riverwalk Assn.**<br>**c/o Comm Legal Advisors**<br>**1155 Sportfisher #120**<br>**Westlake Village, CA 91361** | C | | **N/A**<br>**N/A** | | | | 14,151.00 |

Sheet no. __**19**__ of __**20**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

251,151.75

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
       **Carla Maria Whitman**

Case No. **8:15-bk-12147-ES**

_____,
                        Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxxxxx0001**  **Verizon Wireless** **Sunrise Credit Services, Inc.** **P.O. Box 9100** **Farmingdale, NY 11735-9100** | C | | | | **N/A** **N/A** | | | | 514.91 |
| Account No. **xxxxxxxxxxx9575**  **Visa Dept. Stores** **Attn: Bankruptcy** **Po Box 8053** **Mason, OH 45040** | | W | | | **Opened  4/01/06  Last Active 12/12/10** **Credit Card** | | | | 3,611.00 |
| Account No. **xxxxx9754**  **VW Credit Inc.** **Vital Recovery Services, Inc.** **P.O. Box 923747** **Norcross, GA 30010-3747** | C | | | | **N/A** **N/A** | | | | 12,449.51 |
| Account No. **xxxxxxx-xx0020**  **Western Municipal Water Dis.** **14205 Meridian Parkway** **Riverside, CA 92518** | C | | | | **N/A** **N/A** | | | | 991.81 |
| Account No. | | | | | | | | | |

Sheet no. __20__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 17,567.23 |
| Total (Report on Summary of Schedules) | | 10,317,647.08 |

Best Case Bankruptcy

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | **Derik N. Lewis** | Atty Name (if applicable): | **Derik N. Lewis** |
| Street Address: | **120 Vantis Drive, Suite 300**<br>**Aliso Viejo, CA 92656** | CA Bar No. (if applicable): | **219981** |
| Filer's Telephone No.: | **(949) 216-0935** | Atty Fax No. (if applicable): | **(949) 296-0935** |

| | |
|---|---|
| In re:<br><br>      **Matthew Jason Whitman**<br>      **Carla Maria Whitman** | Case No. **8:15-bk-12147-ES**<br>Chapter **7** |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
Yes ☑    No ☐

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐    B ☐    C ☑    D ☐    E ☐    F ☑    G ☐    H ☐    I ☐    J ☐

Statement of Social Security Number(s) ☐         Statement of Financial Affairs ☐

Statement of Intention ☐         Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Matthew Jason Whitman and Carla Maria Whitman**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:    **August 10, 2015**

**/s/ Matthew Jason Whitman**
**Matthew Jason Whitman**
*Debtor Signature*

**/s/ Carla Maria Whitman**
**Carla Maria Whitman**
*Co-Debtor Signature*

**\*\*FOR COURT USE ONLY\*\***

**\*\*SEE REVERSE SIDE\*\***

B-1008 *Revised November 2011*

## **PROOF OF SERVICE**

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:    **August 10, 2015**                                    **Eva J Sieg**
                                                                               Print or Type Name

                                                                               **/s/ Eva J Sieg**
                                                                               *Signature*

(SEE ATTACHED MAILING LIST.)

.

Matthew Jason Whitman
3419 Via Lido #123
Newport Beach, CA 92663


Carla Maria Whitman
3419 Via Lido #123
Newport Beach, CA 92663


Derik N. Lewis
VERITAS LAW FIRM
120 Vantis Drive, Suite 300
Aliso Viejo, CA 92656


Account Management Ser
5300 Orange Ave Ste 120
Cypress, CA 90630


AFNI, Inc.
P.O. BOX 3517
Bloomington, IL 61702-3517


Alfredo Garibey
Unknown


American Centurion Bank
c/o Zwicker & Associates
199 S Los Robles Avenue, Ste 410
Pasadena, CA 91101


American Claims Services
PO Box 19450
Houston, TX 77224-9450

American Claims Services Inc
C/O 11777 Katy Freeway #520
Houston, TX 77079


American Collection Systems Inc.
P.O. Box 1968
Southgate, MI 48195-0968


American Contractors Indeminity
C/O Lanak & Hanna
625 The City Drive South, Ste 190
Orange, CA 92868-4983


American Contractors Indemnity Co
c/o LANAK & HANNA, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868


American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355


American Express
Zwicker & Associates
199 S Los Robles #410
Pasadena, CA 91101


American Express
Zwicker & Assoc
199 S. Los Robles #410
Pasadena, CA 91101


American Express
Po Box 297871
Fort Lauderdale, FL 33329

American Express Bank, FSB
c/o Zwicker & Associates
199 S Los Robles Avenue, Ste 410
Pasadena, CA 91101


AMEX
P.O. Box 7871
Fort Lauderdale, FL 33329


Angelus Block
11374 Tuxford
Sun Valley, CA 91352


Art & Automation
1826 Wila Pa Loop, Suite 3
Wailuku, HI 96793


AT&T
P.O. Box 571
Fort Mill, SC 29716-0571


ATT Mobility
Diversified Consultants, Inc.
P.O. Box 551268
Jacksonville, FL 32256-1268


Bank of America
Attn: Corr Unit/CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062


Bank of America
450 American St
Simi Valley, CA 93065

Bloomingdales
PO Box 183083
Columbus, OH 43218-3084


Bmw Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016


BMW Financial Services
P.O. Box 3608
Dublin, OH 43016-0306


Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH 43017


BMW Financial Services
811 Green Crest Dr
Westerville, OH 43081


Bridle Creek Homeowners Association
c/o Paul M Vargas
Fiore, Racobs & Powers, APLC
6820 Indiana Avenue, Ste 140
Riverside, CA 92506


Bridlecreek HOA
Fiore, Racobs & Powers
6820 Indiana Avenue Suite 140
Riverside, CA 92506


BSI Financial Services
7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814

California Bank & Trust
Buchalter Nemer
1000 Wilshire Boulevard #1500
Los Angeles, CA 90017-2457


California Bank & Trust
c/o BUCHALTER NEMER PC
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017-2457


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital 1 Bank
Po Box 85520
Richmond, VA 23285


Capital One Bank
Bleier & Cox LLP
16130 Ventura Blvd. Suite 620
Encino, CA 91436-2542


Capital One Bank
PO Box 60599
City of Industry, CA 91716


Capital Pacific Holdings
Green & Hall
1851 East First Street, 10th fl
Santa Ana, CA 92705-4052


Capital Pacific Holdings LLC
C/O Green & Hall
1851 East First Street, 10th fl
Santa Ana, CA 92705-4052

Carlos Procopio
Unknown


Centex Homes
C/O Newmeyer & Dillion LLP
895 Dove Street 5th floor
Newport Beach, CA 92660


Chase
Po Box 15298
Wilmington, DE 19850


City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416


City Ntl Bk/Ocwen Loan Service
1661 Worthington Rd Suite 100
West Palm Beach, FL 33409


City of Newport Beach
P.O. Box 1935
Newport Beach, CA 92658-0935


City of Newport Beach
P.O. Box 3080
Newport Beach, CA 92658-3080


City of Newport Beach
P.O. Box 410917
Saint Louis, MO 63141-0917

Clay Chapman Iwamura Pulice Nervell
700 Bishop Street, Suite 2100
Honolulu, HI 96813


CLC
P.O. Box 5570
Locator BR-YB01-05
Cleveland, OH 44101-0570


CMS
1610 East Street Andrew Place
Suite B-150
Santa Ana, CA 92705


Co of Maui Dept Environmental Mgt
2200 Main Streets, Suite 100
Wailuku, HI 96793


Co of Maui Tax Collector
70 E. Kaahumanu Av #A16
Kahului, HI 96732-2196


Coastal Living Magazine
P.O. Box 62120
Tampa, FL 33662-2120


Corman Leigh Communities
C/O Winet, Patrick & Weaver
1215 West Vista Way
Anaheim, CA 92803


Department of Finance
County of Maui
Real Property Tax Division
70 East Kaahumanu Ave A16
Kahului, HI 96732

Dsnb
PO Box 463023
Escondido, CA 92046-3023


Dsnb Bloomingdales
Macy's Bankruptcy Dept.
Po Box 8053
Mason, OH 45040


Dsnb Bloomingdales
Po Box 17759
Clearwater, FL 33762


E Trade Bank
PO Box 747054
Pittsburgh, PA 15274-7054


E trade Financial
NCB Management Services Inc.
P.O. Box 1099
Langhorne, PA 19047


E*trade
6750 Miller Rd.
Brecksville, OH 44141


E*trade
2730 Liberty Ave
Pittsburgh, PA 15222


Employment Development Department
P.O. Box 826846
Sacramento, CA 94246-0001

Ernst Artmann And Asso
Po Box 4200
Laguna Beach, CA 92652


FDS Bank
9111 Duke Blvd
Mason, OH 45040


FDS Bank
PO Box 183083
Columbus, OH 43218-3083


Fenceworks
870 N. Main St
Riverside, CA 92501


Fireman's Fund
Dept. CH-10273
Columbus, OH 43218-3083


Fireman's Fund Insurance Co.
Caine & Weiner
1699 East Woodfield Road
Schaumburg, IL 60173


First Insurance of HI
P.O. Box 2866
Honolulu, HI 96803


Flagstar Bank
Attn: Bankruptcy Dept
5151 Corporate Dr
Troy, MI 48098

Flagstar Bank
5151 Corporate Drive
Troy, MI 48098


Flagstar Bank
5151 Corporate Dri
Troy, MI 48098


Ford Credit
P.O. Box 790119
Saint Louis, MO 63179-0019


Franchise Tax Board
600 W Santa Ana Blvd, Suite 300
Santa Ana, CA 92701


Franchise Tax Board
Special Procedures Section
P.O. Box 2952
Sacramento, CA 95812-2952


Good Wildman Hegness & Walley
5000 Campus Drive
Newport Beach, CA 92660


Granite State Ins Co
c/o Lathrop & Gage
1300 Eve St, Suite 1050
Washington, DC 20005


Hawaii Water Service Co
PO Box 384809
Waikoloa, HI 96738

Hawaii Water Service Company
P.O. Box 30450
Honolulu, HI 96820-0450


HCC Surety
601 S. Figueroa St #1600
Los Angeles, CA 90017


HUB Construction Specialties
379 South I St
San Bernardino, CA 92410


Insurance Associates Inc.
OCS Recovery Inc.
P.O. Box 87
Lake Elsinore, CA 92531-0087


Insurance Associates Inc.
Maui Collection Service, Inc.
P.O. Box 14
Wailuku, HI 96793


Internal Revenue Service
Mail Stop 5108
24000 Avila Rd.
Laguna Niguel, CA 92677-3407


Internal Revenue Service
P.O. Box 145595
Cincinnati, OH 45250-9734


Internal Revenue Service
P.O. Box 145585, Stop 8420G
Cincinnati, OH 45250-5585

Jeff Jacobs, Esq
15770 Laguna Canyon Road #100
Irvine, CA 92618


JP Morgan Chase Bank
P.O. Box 15298
Wilmington, DE 19850


Kaanapali Golf Estates
P.O. Box 60578
Phoenix, AZ 85082-0578


Koeller Nebeker Carlson Haluck
225 Broadway 21st Floor
San Diego, CA 92101


Land Rover Capital Group
Primary Financial Services LLC
3115 N. 3rd Street, Suite 112
Phoenix, AZ 85013


Lido Isle Community Assn
c/o Diversified Assn Management
180 East Main Street, Suite 101
Tustin, CA 92780


Lido Isle Community Association
c/o Diversified Real Property Mgmt
and Business Services, Inc
180 E Main Street #101
Tustin, CA 92780


Lloyds of London
306 West Main Street. Suite 409
Frankfort, KY 40601

```
Macys
United Collection Bureau
P.O. Box 1448
Maumee, OH 43537


Maraney Gibbons & Martin
2192 Martin Street, Suite 260
Irvine, CA 92612


Maui Collection Service
1885 Main St Ste 106
Wailuku, HI 96793


Maui Electric Co
PO Box 398
Kahului, HI 96733-6898


Medcah collection service


Medcah Inc
320 Uluniu St Ste 5
Kailua, HI 96734


Meritage Homes of Ca, Inc.
C/O Green & Hall
2999 Douglas Blvd #220
Roseville, CA 95661-4216


Millenium
Tompson & Knight
1722 Routh St #1500
Dallas, TX 75201-2533
```

MRS Associates
1930 Olnet Ave
Cherry Hill, NJ 08003


Nationwide Credit
PO Box 26314
Lehigh Valley, PA 18002


NCO
PO Box 12100
Dept 64
Trenton, NJ 08650


Neiman Marcus
P.O. BOX 650589
Dallas, TX 75265-0589


OC Treasurer Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


Oceanic Time Warner Cable
P.O. Box 1187
Kailua, HI 96734


Ocs Recovery Inc
Po Box 87
Lake Elsinore, CA 92531


OCTA
Linebarger Goggan Blair & Sampson
1515 Cleveland Place, Suite 300
Denver, CO 80202

Ocwen Loan Servicing, LLC
PO Box 24646
West Palm Beach, FL 33416-4646


PO Box 29730
Honolulu, HI 96820-2130



Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Portfolio Recovery
120 Corporate Blvd, Ste 100
Norfolk, VA 23502


Professional Credit Se
2892 Crescent Ave
Eugene, OR 97408


Revenue Cycle Management
3221 Waialae Avenue, Suite 338
Honolulu, HI 96816-5831


Robertson's Ready Mix
200 S Main St #200
Corona, CA 92882


Robertson's Ready Mix
c/o Law Off of Mervyn Y Encarnacion
200 S Main St, Suite 200
Corona, CA 92882

Robertsons Ready Mix
C/O Mervyn Encarnacion
2100 S. Main Street Suite 200
Corona, CA 92882


Rogers Gardens Landscape LLP
2301 San Joaquin Hills Road
Corona Del Mar, CA 92625


Roland Beverly MD
24541 Pacific Park Drive, Ste 103
Aliso Viejo, CA 92656


Ronald Caswell
C/O Kyle Kelley Esq
4333 N. Camden Drive, #965
Beverly Hills, CA 90210


Ronald Caswell
1625 Warnall Ave
Los Angeles, CA 90024


Ronald S Caswell
c/o Kyle P Kelley
433 N Camden Drive, Suite 965
Beverly Hills, CA 90210


Saddleback Women's Medical Group
24411 Health Center Drive Suite 640
Laguna Hills, CA 92653


Samuels, Green & Steel
19800 MacArthur Blvd # 1000
Irvine, CA 92612

Skyline Pools  of Hawaii Inc.
Mezzeti Financial Services, Inc.
P.O. Box 59595
San Jose, CA 95159


Skyline Pools  of Hawaii Inc.
c/o MATTHEW V. PIETSCH
One Main Plaza
2200 Main Street, Suite 515
Wailuku, HI 96793


Skyline Pools  of Hawaii Inc.
Mezzeti Financial Services, Inc.
P.O. Box 59595
San Jose, CA 95159


Skyline Pools  of Hawaii Inc.
2200 Main St #515
Wailuku, HI 96793


Specialized Loan Servicing LLC
8742 Lucent Boulevard, Ste 300
Highlands Ranch, CO 80129


SRA Associates, Inc
401 Minnetonka Road
Somerdale, NJ 08083


State Fund
C/O Charles Carey & Associates
1401 Dove St, #340
Newport Beach, CA 92660


Tek Collect
Pob 1269
Columbus, OH 43216

The Pinnacle at Kaanapali Subd
aka The Views at Kaanapali
36 East Mahi Pua Place
Lahaina, HI 96761


Toll Roads
P.O. Box 68039
Anaheim, CA 92817


Turner Riverwalk Assn.
C/O Comm Legal Advisors
1155 Sportfisher, #120
Westlake Village, CA 91361


Turner Riverwalk Assn.
c/o Comm Legal Advisors
1155 Sportfisher #120
Westlake Village, CA 91361


United States Treasury
Attention: Appeals Office
Mail Stop 8900
24000 Avila Road, Suite 4400
Laguna Niguel, CA 92677


Verizon Wireless
Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100


Visa Dept. Stores
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040


Visa Dept. Stores
9111 Duke Blvd
Mason, OH 45040

Volkswagen Credit
P.O. Box 60144
City of Industry, CA 91716-0144


VW Credit Inc.
Vital Recovery Services, Inc.
P.O. Box 923747
Norcross, GA 30010-3747


Western Municipal Water Dis.
14205 Meridian Parkway
Riverside, CA 92518


Zwicker & Associates
199 S Los Robles Ave #410
Pasadena, CA 91101