**WEILAND GOLDEN LLP**
Michael J. Weiland, State Bar No. 96672
mweiland@wgllp.com
Beth E. Gaschen, State Bar No. 245894
bgaschen@wgllp.com
Christopher J. Green, State Bar No. 295874
cgreen@wgllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Proposed Attorneys for Chapter 7 Trustee
Jeffrey I. Golden



FILED & ENTERED

AUG 17 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MATTHEW JASON WHITMAN AND CARLA MARIA WHITMAN,<br><br>        Debtors. | Case No. 8:15-bk-12147-ES<br><br>Chapter 7<br><br>**ORDER APPROVING APPLICATION OF THE CHAPTER 7 TRUSTEE TO EMPLOY COUNSEL (WEILAND GOLDEN LLP) PURSUANT TO 11 U.S.C. §§ 327 AND 330**<br><br>[No Hearing Required Pursuant to Local Bankruptcy Rule 2014-1(b)(1)] |

The Court having reviewed the application [Docket No. 14] (the "Application") of Jeffrey I. Golden, the duly appointed and acting chapter 7 trustee (the "Trustee") in the above-captioned case, to employ Weiland Golden LLP (the "Firm") as his counsel, the notice of the Application [Docket No. 15] and the declaration of Beth E. Gaschen regarding the lack of opposition to the Application [Docket No. 18], and it appearing to the Court that the Firm does not hold or represent an interest adverse to the estate in the matters upon which it is to be engaged; that its employment is in the best interest of the estate; that the case is one justifying the Firm's employment, and having found that cause exists to grant the relief sought,

1  **IT IS ORDERED** that the Application is approved and the Trustee is authorized to
2  employ the Firm as his counsel on the terms and conditions set forth in the Application
3  and with compensation to be determined and paid as an expense of the estate upon
4  noticed hearing and further order of the Court, pursuant to 11 U.S.C. §§ 330 or 331.

###

Date: August 17, 2015

Erithe Smith
United States Bankruptcy Judge