# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | **Derik N. Lewis** | Atty Name (if applicable): | **Derik N. Lewis** |
| Street Address: | **120 Vantis Drive, Suite 300**<br>**Aliso Viejo, CA 92656** | CA Bar No. (if applicable): | **219981** |
| Filer's Telephone No.: | **(949) 216-0935** | Atty Fax No. (if applicable): | **(949) 296-0935** |

| In re: | Case No. **8:15-bk-12147-ES** |
|---|---|
| **Matthew Jason Whitman**<br>**Carla Maria Whitman** | Chapter **7** |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $30.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
Yes ☑     No ☐

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ☐   B ☐   C ☐   D ☐   E ☐   F ☑   G ☐   H ☐   I ☐   J ☐

Statement of Social Security Number(s) ☐        Statement of Financial Affairs ☐

Statement of Intention ☐        Other ☐

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, **Matthew Jason Whitman and Carla Maria Whitman**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:   **September 22, 2015**

**/s/ Matthew Jason Whitman**

**Matthew Jason Whitman**
*Debtor Signature*

**/s/ Carla Maria Whitman**
**Carla Maria Whitman**
*Co-Debtor Signature*

**\*\*FOR COURT USE ONLY\*\***

**\*\*SEE REVERSE SIDE\*\***

B-1008 *Revised November 2011*

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:     **September 22, 2015**                                          **Eva J Sieg**
                                                                          Print or Type Name

                                                                          **/s/ Eva J Sieg**
                                                                          *Signature*

(SEE ATTACHED MAILING LIST.)

Matthew Jason Whitman
3419 Via Lido #123
Newport Beach, CA 92663

Carla Maria Whitman
3419 Via Lido #123
Newport Beach, CA 92663

Derik N. Lewis
VANTIS LAW FIRM, APLC
120 Vantis Drive, Suite 300
Aliso Viejo, CA 92656

Account Management Ser
5300 Orange Ave Ste 120
Cypress, CA 90630

AFNI, Inc.
P.O. BOX 3517
Bloomington, IL 61702-3517

Alfredo Garibey
Unknown

American Centurion Bank
c/o Zwicker & Associates
199 S Los Robles Avenue, Ste 410
Pasadena, CA 91101

American Claims Services
PO Box 19450
Houston, TX 77224-9450

American Claims Services Inc
C/O 11777 Katy Freeway #520
Houston, TX 77079

American Collection Systems Inc.
P.O. Box 1968
Southgate, MI 48195-0968

American Contractors Indeminity
C/O Lanak & Hanna
625 The City Drive South, Ste 190
Orange, CA 92868-4983

American Contractors Indemnity Co
c/o LANAK & HANNA, P.C.
625 The City Drive South, Suite 190
Orange, CA 92868

American Express
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355

American Express
Zwicker & Associates
199 S Los Robles #410
Pasadena, CA 91101

American Express
Zwicker & Assoc
199 S. Los Robles #410
Pasadena, CA 91101

American Express
Po Box 297871
Fort Lauderdale, FL 33329

American Express Bank, FSB
c/o Zwicker & Associates
199 S Los Robles Avenue, Ste 410
Pasadena, CA 91101


AMEX
P.O. Box 7871
Fort Lauderdale, FL 33329


Angelus Block
11374 Tuxford
Sun Valley, CA 91352


Art & Automation
1826 Wila Pa Loop, Suite 3
Wailuku, HI 96793


AT&T
P.O. Box 571
Fort Mill, SC 29716-0571


ATT Mobility
Diversified Consultants, Inc.
P.O. Box 551268
Jacksonville, FL 32256-1268


Bank of America
Attn: Corr Unit/CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062


Bank of America
450 American St
Simi Valley, CA 93065

Bloomingdales
PO Box 183083
Columbus, OH 43218-3084

Bmw Financial Services
Attn: Bankruptcy Department
Po Box 3608
Dublin, OH 43016

BMW Financial Services
P.O. Box 3608
Dublin, OH 43016-0306

Bmw Financial Services
5515 Parkcenter Cir
Dublin, OH 43017

BMW Financial Services
811 Green Crest Dr
Westerville, OH 43081

Bridle Creek Homeowners Association
c/o Paul M Vargas
Fiore, Racobs & Powers, APLC
6820 Indiana Avenue, Ste 140
Riverside, CA 92506

Bridlecreek HOA
Fiore, Racobs & Powers
6820 Indiana Avenue Suite 140
Riverside, CA 92506

BSI Financial Services
7500 Old Georgetown Road
Suite 1350
Bethesda, MD 20814

California Bank & Trust
Buchalter Nemer
1000 Wilshire Boulevard #1500
Los Angeles, CA 90017-2457


California Bank & Trust
c/o BUCHALTER NEMER PC
1000 Wilshire Blvd, Suite 1500
Los Angeles, CA 90017-2457


Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130


Capital 1 Bank
Po Box 85520
Richmond, VA 23285


Capital One Bank
Bleier & Cox LLP
16130 Ventura Blvd. Suite 620
Encino, CA 91436-2542


Capital One Bank
PO Box 60599
City of Industry, CA 91716


Capital Pacific Holdings
Green & Hall
1851 East First Street, 10th fl
Santa Ana, CA 92705-4052


Capital Pacific Holdings LLC
C/O Green & Hall
1851 East First Street, 10th fl
Santa Ana, CA 92705-4052

Carlos Procopio
Unknown


Centex Homes
C/O Newmeyer & Dillion LLP
895 Dove Street 5th floor
Newport Beach, CA 92660


Chase
Po Box 15298
Wilmington, DE 19850


City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416


City Ntl Bk/Ocwen Loan Service
1661 Worthington Rd Suite 100
West Palm Beach, FL 33409


City of Newport Beach
P.O. Box 1935
Newport Beach, CA 92658-0935


City of Newport Beach
P.O. Box 3080
Newport Beach, CA 92658-3080


City of Newport Beach
100 Civic Center Drive
PO Box 1768
Newport Beach, CA 92658-8915

City of Newport Beach
P.O. Box 410917
Saint Louis, MO 63141-0917


Clay Chapman Iwamura Pulice Nervell
700 Bishop Street, Suite 2100
Honolulu, HI 96813


CLC
P.O. Box 5570
Locator BR-YB01-05
Cleveland, OH 44101-0570


CMS
1610 East Street Andrew Place
Suite B-150
Santa Ana, CA 92705


Co of Maui Dept Environmental Mgt
2200 Main Streets, Suite 100
Wailuku, HI 96793


Co of Maui Tax Collector
70 E. Kaahumanu Av #A16
Kahului, HI 96732-2196


Coastal Living Magazine
P.O. Box 62120
Tampa, FL 33662-2120


Corman Leigh Communities
C/O Winet, Patrick & Weaver
1215 West Vista Way
Anaheim, CA 92803

Department of Finance
County of Maui
Real Property Tax Division
70 East Kaahumanu Ave A16
Kahului, HI 96732


Dsnb
PO Box 463023
Escondido, CA 92046-3023


Dsnb Bloomingdales
Macy's Bankruptcy Dept.
Po Box 8053
Mason, OH 45040


Dsnb Bloomingdales
Po Box 17759
Clearwater, FL 33762


E Trade Bank
PO Box 747054
Pittsburgh, PA 15274-7054


E trade Financial
NCB Management Services Inc.
P.O. Box 1099
Langhorne, PA 19047


E*trade
6750 Miller Rd.
Brecksville, OH 44141


E*trade
2730 Liberty Ave
Pittsburgh, PA 15222

Employment Development Department
P.O. Box 826846
Sacramento, CA 94246-0001


Ernst Artmann And Asso
Po Box 4200
Laguna Beach, CA 92652


FDS Bank
9111 Duke Blvd
Mason, OH 45040


FDS Bank
PO Box 183083
Columbus, OH 43218-3083


Fenceworks
870 N. Main St
Riverside, CA 92501


Fireman's Fund
Dept. CH-10273
Columbus, OH 43218-3083


Fireman's Fund Insurance Co.
Caine & Weiner
1699 East Woodfield Road
Schaumburg, IL 60173


First Insurance of HI
P.O. Box 2866
Honolulu, HI 96803

Flagstar Bank
Attn: Bankruptcy Dept
5151 Corporate Dr
Troy, MI 48098


Flagstar Bank
5151 Corporate Drive
Troy, MI 48098


Flagstar Bank
5151 Corporate Dri
Troy, MI 48098


Ford Credit
P.O. Box 790119
Saint Louis, MO 63179-0019


Franchise Tax Board
600 W Santa Ana Blvd, Suite 300
Santa Ana, CA 92701


Franchise Tax Board
Special Procedures Section
P.O. Box 2952
Sacramento, CA 95812-2952


Good Wildman Hegness & Walley
5000 Campus Drive
Newport Beach, CA 92660


Granite State Ins Co
c/o Lathrop & Gage
1300 Eve St, Suite 1050
Washington, DC 20005

Green & Hall
Attorneys at Law
1851 East First Street, 10th Floor
Santa Ana, CA 92705-4052


Hawaii Water Service Co
PO Box 384809
Waikoloa, HI 96738


Hawaii Water Service Company
P.O. Box 30450
Honolulu, HI 96820-0450


HCC Surety
601 S. Figueroa St #1600
Los Angeles, CA 90017


HUB Construction Specialties
379 South I St
San Bernardino, CA 92410


Insurance Associates Inc.
OCS Recovery Inc.
P.O. Box 87
Lake Elsinore, CA 92531-0087


Insurance Associates Inc.
Maui Collection Service, Inc.
P.O. Box 14
Wailuku, HI 96793


Internal Revenue Service
Mail Stop 5108
24000 Avila Rd.
Laguna Niguel, CA 92677-3407

Internal Revenue Service
P.O. Box 145595
Cincinnati, OH 45250-9734


Internal Revenue Service
P.O. Box 145585, Stop 8420G
Cincinnati, OH 45250-5585


Jeff Jacobs, Esq
15770 Laguna Canyon Road #100
Irvine, CA 92618


JP Morgan Chase Bank
P.O. Box 15298
Wilmington, DE 19850


Kaanapali Golf Estates
P.O. Box 60578
Phoenix, AZ 85082-0578


Koeller Nebeker Carlson Haluck
225 Broadway 21st Floor
San Diego, CA 92101


Land Rover Capital Group
Primary Financial Services LLC
3115 N. 3rd Street, Suite 112
Phoenix, AZ 85013


Lido Isle Community Assn
c/o Diversified Assn Management
180 East Main Street, Suite 101
Tustin, CA 92780

Lido Isle Community Association
c/o Diversified Real Property Mgmt
and Business Services, Inc
180 E Main Street #101
Tustin, CA 92780


Lloyds of London
306 West Main Street. Suite 409
Frankfort, KY 40601


Macys
United Collection Bureau
P.O. Box 1448
Maumee, OH 43537


Maraney Gibbons & Martin
2192 Martin Street, Suite 260
Irvine, CA 92612


Maui Collection Service
1885 Main St Ste 106
Wailuku, HI 96793


Maui Electric Co
PO Box 398
Kahului, HI 96733-6898


Medcah collection service


Medcah Inc
320 Uluniu St Ste 5
Kailua, HI 96734

Meritage Homes of Ca, Inc.
C/O Green & Hall
2999 Douglas Blvd #220
Roseville, CA 95661-4216


Millenium
Tompson & Knight
1722 Routh St #1500
Dallas, TX 75201-2533


MRS Associates
1930 Olnet Ave
Cherry Hill, NJ 08003


Nationwide Credit
PO Box 26314
Lehigh Valley, PA 18002


NCO
PO Box 12100
Dept 64
Trenton, NJ 08650


Neiman Marcus
P.O. BOX 650589
Dallas, TX 75265-0589


OC Treasurer Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438


Oceanic Time Warner Cable
P.O. Box 1187
Kailua, HI 96734

Ocs Recovery Inc
Po Box 87
Lake Elsinore, CA 92531


OCTA
Linebarger Goggan Blair & Sampson
1515 Cleveland Place, Suite 300
Denver, CO 80202


Ocwen Loan Servicing, LLC
PO Box 24646
West Palm Beach, FL 33416-4646


PO Box 29730
Honolulu, HI 96820-2130


Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Portfolio Recovery
120 Corporate Blvd, Ste 100
Norfolk, VA 23502


Professional Credit Se
2892 Crescent Ave
Eugene, OR 97408


Revenue Cycle Management
3221 Waialae Avenue, Suite 338
Honolulu, HI 96816-5831

Robertson's Ready Mix
200 S Main St #200
Corona, CA 92882


Robertson's Ready Mix☐☐
c/o Law Off of Mervyn Y Encarnacion
200 S Main St, Suite 200
Corona, CA 92882


Robertsons Ready Mix
C/O Mervyn Encarnacion
2100 S. Main Street Suite 200
Corona, CA 92882


Rogers Gardens Landscape LLP
2301 San Joaquin Hills Road
Corona Del Mar, CA 92625


Roland Beverly MD
24541 Pacific Park Drive, Ste 103
Aliso Viejo, CA 92656


Ronald Caswell
C/O Kyle Kelley Esq
4333 N. Camden Drive, #965
Beverly Hills, CA 90210


Ronald Caswell
1625 Warnall Ave
Los Angeles, CA 90024


Ronald S Caswell
c/o Kyle P Kelley
433 N Camden Drive, Suite 965
Beverly Hills, CA 90210

Saddleback Women's Medical Group
24411 Health Center Drive Suite 640
Laguna Hills, CA 92653


Samuels, Green & Steel
19800 MacArthur Blvd # 1000
Irvine, CA 92612


Skyline Pools  of Hawaii Inc.
Mezzeti Financial Services, Inc.
P.O. Box 59595
San Jose, CA 95159


Skyline Pools  of Hawaii Inc.
2200 Main St #515
Wailuku, HI 96793


Skyline Pools  of Hawaii Inc.
c/o MATTHEW V. PIETSCH
One Main Plaza
2200 Main Street, Suite 515
Wailuku, HI 96793


Skyline Pools  of Hawaii Inc.
Mezzeti Financial Services, Inc.
P.O. Box 59595
San Jose, CA 95159


Specialized Loan Servicing LLC
8742 Lucent Boulevard, Ste 300
Highlands Ranch, CO 80129


SRA Associates, Inc
401 Minnetonka Road
Somerdale, NJ 08083

```
State Fund
C/O Charles Carey & Associates
1401 Dove St, #340
Newport Beach, CA 92660


Tek Collect
Pob 1269
Columbus, OH 43216


The Pinnacle at Kaanapali Subd
aka The Views at Kaanapali
36 East Mahi Pua Place
Lahaina, HI 96761


Toll Roads
P.O. Box 68039
Anaheim, CA 92817


Turner Riverwalk Assn.
C/O Comm Legal Advisors
1155 Sportfisher, #120
Westlake Village, CA 91361


Turner Riverwalk Assn.
c/o Comm Legal Advisors
1155 Sportfisher #120
Westlake Village, CA 91361


United States Treasury
Attention: Appeals Office
Mail Stop 8900
24000 Avila Road, Suite 4400
Laguna Niguel, CA 92677


Verizon Wireless
Sunrise Credit Services, Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100
```

Visa Dept. Stores
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040


Visa Dept. Stores
9111 Duke Blvd
Mason, OH 45040


Volkswagen Credit
P.O. Box 60144
City of Industry, CA 91716-0144


VW Credit Inc.
Vital Recovery Services, Inc.
P.O. Box 923747
Norcross, GA 30010-3747


Western Municipal Water Dis.
14205 Meridian Parkway
Riverside, CA 92518


Zwicker & Associates
199 S Los Robles Ave #410
Pasadena, CA 91101

B6F (Official Form 6F) (12/07)

In re  **Matthew Jason Whitman,**            Case No.  **8:15-bk-12147-ES**
     **Carla Maria Whitman,**
                                Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxxxxxx7644** <br><br> **Account Management Ser** <br> **5300 Orange Ave Ste 120** <br> **Cypress, CA 90630** | | | W | | **Opened 4/01/12** <br> **Collection Attorney Saddleback Women S Medical Gro** | | | | **80.00** |
| Account No. **xxxx6137** <br><br> **AFNI, Inc.** <br> **P.O. BOX 3517** <br> **Bloomington, IL 61702-3517** | | | C | | **N/A** <br> **Original Creditor: DirectTV** | | | | **600.92** |
| Account No. **N/A** <br><br> **Alfredo Garibey** <br> **Unknown** | | | C | | **N/A** <br> **N/A** | | | | **9,000.00** |
| Account No. **x2173** <br><br> **American Claims Services** <br> **PO Box 19450** <br> **Houston, TX 77224-9450** | | | C | | **N/A** <br> **N/A** | | | | **2,500.00** |

| | | |
|---|---|---|
| __21__ continuation sheets attached | Subtotal <br> (Total of this page) | **12,180.92** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No. **8:15-bk-12147-ES**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx #xxx/xxxxxxx1/023**<br><br>**American Claims Services Inc**<br>**C/O 11777 Katy Freeway #520**<br>**Houston, TX 77079** | C | | **N/A**<br>**N/A** | | | | **Unknown** |
| Account No. **N/A**<br><br>**American Contractors Indemnity**<br>**C/O Lanak & Hanna**<br>**625 The City Drive South, Ste 190**<br>**Orange, CA 92868-4983** | C | | **N/A**<br>**N/A** | | | | **Unknown** |
| Account No. **xxxxxxxxxxxx0193**<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | W | **Opened 6/01/06 Last Active 3/16/10**<br>**Credit Card** | | | | **64,590.00** |
| Account No. **xxxxxxxxxxxx4233**<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | H | **Opened 3/01/06 Last Active 3/31/10**<br>**Credit Card** | | | | **41,141.00** |
| Account No. **xxxxxxxxxxxx6523**<br><br>**American Express**<br>**Po Box 3001**<br>**16 General Warren Blvd**<br>**Malvern, PA 19355** | | H | **Opened 9/01/06 Last Active 3/31/10**<br>**Credit Card** | | | | **475.00** |

Sheet no. __1___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**106,206.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
       **Carla Maria Whitman**

Case No.   **8:15-bk-12147-ES**

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **American Express** <br> **Zwicker & Associates** <br> **199 S Los Robles #410** <br> **Pasadena, CA 91101** | C | | **N/A** <br> **Judgment Lien** | | | | 66,536.28 |
| Account No. **N/A** <br><br> **American Express** <br> **Zwicker & Assoc** <br> **199 S. Los Robles #410** <br> **Pasadena, CA 91101** | C | | **N/A** <br> **Judgment Lien** | | | | 42,394.98 |
| Account No. **x1002** <br><br> **AMEX** <br> **P.O. Box 7871** <br> **Fort Lauderdale, FL 33329** | C | | **N/A** <br> **Credit Card** | | | | 475.97 |
| Account No. **N/A** <br><br> **Angelus Block** <br> **11374 Tuxford** <br> **Sun Valley, CA 91352** | C | | **N/A** <br> **N/A** | | | | 40,000.00 |
| Account No. **N/A** <br><br> **Art & Automation** <br> **1826 Wila Pa Loop, Suite 3** <br> **Wailuku, HI 96793** | C | | **N/A** <br> **N/A** | | | | 572.91 |

Sheet no. __2___ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

149,980.14

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
       **Carla Maria Whitman**
_____,
                    Debtors

Case No.  **8:15-bk-12147-ES**_____

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A**<br><br>**ATT Mobility**<br>**Diversified Consultants, Inc.**<br>**P.O. Box 551268**<br>**Jacksonville, FL 32256-1268** | C | | N/A<br>N/A | | | | 36.97 |
| Account No. **N/A**<br><br>**ATT Mobility**<br>**Diversified Consultants, Inc.**<br>**P.O. Box 551268**<br>**Jacksonville, FL 32256-1268** | C | | N/A<br>N/A | | | | 64.13 |
| Account No. **N/A**<br><br>**Bank of America**<br>**Attn: Corr Unit/CA6-919-02-41**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | C | | N/A<br>Foreclosed property | | | | 2,554,503.00 |
| Account No. **5339**<br><br>**Bloomingdales**<br>**PO Box 183083**<br>**Columbus, OH 43218-3084** | C | | N/A<br>Credit Card | | | | 294.71 |
| Account No. **xxxxxx9512**<br><br>**Bmw Financial Services**<br>**Attn: Bankruptcy Department**<br>**Po Box 3608**<br>**Dublin, OH 43016** | H | | Opened 12/01/09  Last Active  8/16/11<br>Lease | | | | 80,324.00 |

Sheet no. **3**___ of **21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 2,635,222.81 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
       **Carla Maria Whitman**

Case No.  **8:15-bk-12147-ES**

_____,
Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5912**<br><br>**BMW Financial Services**<br>**P.O. Box 3608**<br>**Dublin, OH 43016-0306** | C | | **N/A**<br>**N/A** | | | | **4,513.19** |
| Account No. **xxxxx6929**<br><br>**Bridlecreek HOA**<br>**Fiore, Racobs & Powers**<br>**6820 Indiana Avenue Suite 140**<br>**Riverside, CA 92506** | C | | **N/A**<br>**HOA Lien** | | | | **10,757.34** |
| Account No. **N/A**<br><br>**California Bank & Trust**<br>**Buchalter Nemer**<br>**1000 Wilshire Boulevard #1500**<br>**Los Angeles, CA 90017-2457** | C | | **N/A**<br>**Judgment Lien** | | | | **1,612,350.67** |
| Account No. **xxxxxxxxxxx3661**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | W | **Opened 8/01/02  Last Active 4/05/11**<br>**Credit Card** | | | | **6,622.00** |
| Account No. **xxxxxxxxxxx0012**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | H | **Opened 2/01/02  Last Active 4/18/12**<br>**Credit Card** | | | | **3,032.00** |

Sheet no.  **4**  of  **21**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,637,275.20**

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
    **Carla Maria Whitman**
                      Debtors

Case No.  **8:15-bk-12147-ES**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2197**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | H | Opened 12/01/97  Last Active  5/18/12<br>Credit Card | | | | 2,379.00 |
| Account No. **xxxx-xxxx-xxxx-4716**<br><br>**Capital One Bank**<br>**Bleier & Cox LLP**<br>**16130 Ventura Blvd. Suite 620**<br>**Encino, CA 91436-2542** | | C | N/A<br>Credit Card | | | | 4,370.69 |
| Account No. **N/A**<br><br>**Capital Pacific Holdings**<br>**Green & Hall**<br>**1851 East First Street, 10th fl**<br>**Santa Ana, CA 92705-4052** | | C | N/A<br>N/A | | | | Unknown |
| Account No. **xxx8.084**<br><br>**Capital Pacific Holdings LLC**<br>**C/O Green & Hall**<br>**1851 East First Street, 10th fl**<br>**Santa Ana, CA 92705-4052** | | C | N/A<br>N/A | | | | Unknown |
| Account No. **N/A**<br><br>**Carlos Procopio**<br>**Unknown** | | C | N/A<br>N/A | | | | 1,000.00 |

Sheet no. **5** of **21** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,749.69**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Matthew Jason Whitman,**
    **Carla Maria Whitman**                                              Case No.   **8:15-bk-12147-ES**
                                 ,
                            Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **Centex Homes** <br> **C/O Newmeyer & Dillion LLP** <br> **895 Dove Street 5th floor** <br> **Newport Beach, CA 92660** | C | | | **N/A** <br> **N/A** | | | | **Unknown** |
| Account No. **xxxxxxxxxxx0036** <br><br> **Chase** <br> **Po Box 15298** <br> **Wilmington, DE 19850** | C | | | Opened 11/01/06  Last Active  1/26/11 <br> Credit Card | | | | **35,819.00** |
| Account No. **xxxxx20-07** <br><br> **City of Newport Beach** <br> **P.O. Box 1935** <br> **Newport Beach, CA 92658-0935** | C | | | **N/A** <br> **N/A** | | | | **531.39** |
| Account No. **x6727** <br><br> **City of Newport Beach** <br> **P.O. Box 3080** <br> **Newport Beach, CA 92658-3080** | C | | | **N/A** <br> **N/A** | | | | **245.00** |
| Account No. **xxxxxx1232** <br><br> **City of Newport Beach** <br> **100 Civic Center Drive** <br> **PO Box 1768** <br> **Newport Beach, CA 92658-8915** | C | | | 11/02/2013 <br> Fines | | | | **882.00** |

Sheet no.  **6**   of  **21**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal
              (Total of this page)      **37,477.39**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**                                                        Case No.   **8:15-bk-12147-ES**
　　　**Carla Maria Whitman**
_____,
Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx6700** | | | N/A | | | | |
| **CLC**<br>**P.O. Box 5570**<br>**Locator BR-YB01-05**<br>**Cleveland, OH 44101-0570** | C | | N/A | | | | 360,420.88 |
| Account No. **xxxxxx5884** | | | N/A | | | | |
| **CMS**<br>**1610 East Street Andrew Place**<br>**Suite B-150**<br>**Santa Ana, CA 92705** | C | | Foreclosed property | | | | 675,061.00 |
| Account No. **xxxxxx5986;xxx-x0410** | | | N/A | | | | |
| **Co of Maui Dept Environmental Mgt**<br>**2200 Main Streets, Suite 100**<br>**Wailuku, HI 96793** | C | | N/A | | | | 4,342.80 |
| Account No. **xxx-x-x-xxx-xxx-xxx0-000** | | | N/A | | | | |
| **Co of Maui Tax Collector**<br>**70 E. Kaahumanu Av #A16**<br>**Kahului, HI 96732-2196** | C | | N/A | | | | 58,244.82 |
| Account No. **N/A** | | | N/A | | | | |
| **Coastal Living Magazine**<br>**P.O. Box 62120**<br>**Tampa, FL 33662-2120** | C | | N/A | | | | 1,200.00 |

Sheet no. __7__ of __21__ sheets attached to Schedule of          Subtotal                        | 1,099,269.50
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
      **Carla Maria Whitman**

Case No.  **8:15-bk-12147-ES**

_____,
                        Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **N/A** **Corman Leigh Communities** **C/O Winet, Patrick & Weaver** **1215 West Vista Way** **Anaheim, CA 92803** | C | | | **N/A** **N/A** | | | | **Unknown** |
| Account No. **xxxxxxxx3902** **Dsnb Bloomingdales** **Macy's Bankruptcy Dept.** **Po Box 8053** **Mason, OH 45040** | | W | | **Opened 3/01/10 Last Active 3/28/11** **Charge Account** | | | | **295.00** |
| Account No. **N/A** **E Trade Bank** **PO Box 747054** **Pittsburgh, PA 15274-7054** | C | | | **N/A** **Foreclosed property** | | | | **462,500.00** |
| Account No. **N/A** **E trade Financial** **NCB Management Services Inc.** **P.O. Box 1099** **Langhorne, PA 19047** | C | | | **N/A** **N/A** | | | | **363,034.36** |
| Account No. **N/A** **Employment Development Department** **P.O. Box 826846** **Sacramento, CA 94246-0001** | C | | | **N/A** **N/A** | | | | **220,000.00** |

Sheet no. __8__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,045,829.36**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No.   **8:15-bk-12147-ES**

_____,
Debtors

**AMENDED**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx4458<br><br>**Ernst Artmann And Asso**<br>**Po Box 4200**<br>**Laguna Beach, CA 92652** | | H | **Opened 5/01/13**<br>**Collection Attorney Roland S. Beverly M.D.** | | | | 196.00 |
| Account No. **5339**<br><br>**FDS Bank**<br>**9111 Duke Blvd**<br>**Mason, OH 45040** | | C | N/A<br>N/A | | | | 176.26 |
| Account No. **N/A**<br><br>**Fenceworks**<br>**870 N. Main St**<br>**Riverside, CA 92501** | | C | N/A<br>N/A | | | | 8,500.00 |
| Account No. **N/A**<br><br>**Fireman's Fund**<br>**Dept. CH-10273**<br>**Columbus, OH 43218-3083** | | C | N/A<br>N/A | | | | 205.00 |
| Account No. **xxx2459**<br><br>**Fireman's Fund Insurance Co.**<br>**Caine & Weiner**<br>**1699 East Woodfield Road**<br>**Schaumburg, IL 60173** | | C | N/A<br>N/A | | | | 256.18 |

| Sheet no. **9** of **21** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 9,333.44 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Matthew Jason Whitman,**
　　　 **Carla Maria Whitman** 　　　　　　　　　　　　　　　　　　　　，    Case No.　**8:15-bk-12147-ES**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx2926**<br><br>**First Insurance of HI**<br>**P.O. Box 2866**<br>**Honolulu, HI 96803** | C | | **N/A**<br>**N/A** | | | | 296.00 |
| Account No. **N/A**<br><br>**Flagstar Bank**<br>**5151 Corporate Drive**<br>**Troy, MI 48098** | C | | **N/A**<br>**Foreclosed property** | | | | **Unknown** |
| Account No. **N/A**<br><br>**Ford Credit**<br>**P.O. Box 790119**<br>**Saint Louis, MO 63179-0019** | C | | **N/A**<br>**Business debt** | | | | **Unknown** |
| Account No. **xxxxxx7709**<br><br>**Franchise Tax Board**<br>**600 W Santa Ana Blvd, Suite 300**<br>**Santa Ana, CA 92701** | C | | **N/A**<br>**N/A** | | | | 695,696.74 |
| Account No. **xx30.01**<br><br>**Good Wildman Hegness & Walley**<br>**5000 Campus Drive**<br>**Newport Beach, CA 92660** | C | | **N/A**<br>**N/A** | | | | 25,000.00 |

Husband, Wife, Joint, or Community

Sheet no. __**10**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

720,992.74

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No. **8:15-bk-12147-ES**

Debtors,

### AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **N/A** <br><br> **Granite State Ins Co** <br> **c/o Lathrop & Gage** <br> **1300 Eve St, Suite 1050** <br> **Washington, DC 20005** | C | | | **N/A** <br> **Business debt** | | | | **Unknown** |
| Account No. **xxxxxxxx7578** <br><br> **Green & Hall** <br> **Attorneys at Law** <br> **1851 East First Street, 10th Floor** <br> **Santa Ana, CA 92705-4052** | C | | | 10/29/2013 <br> Lawsuit | | | | **50,000.00** |
| Account No. **xxxxxx1451** <br><br> **Hawaii Water Service Company** <br> **P.O. Box 30450** <br> **Honolulu, HI 96820-0450** | C | | | **N/A** <br> **N/A** | | | | **3,000.00** |
| Account No. **N/A** <br><br> **HCC Surety** <br> **601 S. Figueroa St #1600** <br> **Los Angeles, CA 90017** | C | | | **N/A** <br> **N/A** | | | | **15,000.00** |
| Account No. **N/A** <br><br> **HCC Surety** <br> **601 S. Figueroa St #1600** <br> **Los Angeles, CA 90017** | C | | | **N/A** <br> **N/A** | | | | **8,500.00** |

Sheet no. **11** of **21** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**76,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**                                         Case No.  **8:15-bk-12147-ES**
      **Carla Maria Whitman**

Debtors

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **HUB Construction Specialties** <br> **379 South I St** <br> **San Bernardino, CA 92410** | C | | **N/A** <br> **N/A** | | | | 15,000.00 |
| Account No. **N/A** <br><br> **Insurance Associates Inc.** <br> **OCS Recovery Inc.** <br> **P.O. Box 87** <br> **Lake Elsinore, CA 92531-0087** | C | | **N/A** <br> **N/A** | | | | 1,412.19 |
| Account No. **N/A** <br><br> **Insurance Associates Inc.** <br> **Maui Collection Service, Inc.** <br> **P.O. Box 14** <br> **Wailuku, HI 96793** | C | | **N/A** <br> **N/A** | | | | 1,360.25 |
| Account No. **N/A** <br><br> **Internal Revenue Service** <br> **Mail Stop 5108** <br> **24000 Avila Rd.** <br> **Laguna Niguel, CA 92677-3407** | C | | **N/A** <br> **N/A** | | | | 777,617.88 |
| Account No. **N/A** <br><br> **Jeff Jacobs, Esq** <br> **15770 Laguna Canyon Road #100** <br> **Irvine, CA 92618** | C | | **N/A** <br> **Business debt** | | | | 15,000.00 |

| | | |
|---|---|---|
| Sheet no. __12__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 810,390.32 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
       **Carla Maria Whitman**
_____,
                        Debtors

Case No. **8:15-bk-12147-ES**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-0036** | | N/A Credit Card | | | | | | |
| **JP Morgan Chase Bank** P.O. Box 15298 Wilmington, DE 19850 | C | | | | | | | 35,819.51 |
| Account No. **xxx9648** | | N/A N/A | | | | | | |
| **Kaanapali Golf Estates** P.O. Box 60578 Phoenix, AZ 85082-0578 | C | | | | | | | 20,919.58 |
| Account No. **N/A** | | N/A N/A | | | | | | |
| **Koeller Nebeker Carlson Haluck** 225 Broadway 21st Floor San Diego, CA 92101 | C | | | | | | | Unknown |
| Account No. **N/A** | | N/A N/A | | | | | | |
| **Land Rover Capital Group Primary Financial Services LLC** 3115 N. 3rd Street, Suite 112 Phoenix, AZ 85013 | C | | | | | | | 4,986.43 |
| Account No. **xxxx-xxxx24-01** | | N/A N/A | | | | | | |
| **Lido Isle Community Assn** c/o Diversified Assn Management 180 East Main Street, Suite 101 Tustin, CA 92780 | C | | | | | | | 5,250.68 |

Sheet no. **13** of **21** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

66,976.20

B6F (Official Form 6F) (12/07) - Cont.

In re   **Matthew Jason Whitman,**
        **Carla Maria Whitman**
                                                                        Case No.   **8:15-bk-12147-ES**

_____,
                                    Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A** <br><br> **Lloyds of London** <br> **306 West Main Street. Suite 409** <br> **Frankfort, KY 40601** | C | | N/A <br> N/A | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-9575** <br><br> **Macys** <br> **United Collection Bureau** <br> **P.O. Box 1448** <br> **Maumee, OH 43537** | C | | N/A <br> Credit Card | | | | **3,610.90** |
| Account No. **N/A** <br><br> **Maraney Gibbons & Martin** <br> **2192 Martin Street, Suite 260** <br> **Irvine, CA 92612** | C | | N/A <br> N/A | | | | **Unknown** |
| Account No. **xxxxxxx8023** <br><br> **Maui Collection Service** <br> **1885 Main St Ste 106** <br> **Wailuku, HI 96793** | H | | Opened 11/01/11 <br> Collection Attorney La Maui LLC | | | | **1,637.00** |
| Account No. **xxxx-xxx2-005** <br><br> **Maui Electric Co** <br> **PO Box 398** <br> **Kahului, HI 96733-6898** | C | | N/A <br> N/A | | | | **765.00** |

| | | |
|---|---|---|
| Sheet no. __14__ of __21__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | **6,012.90** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
　　　 **Carla Maria Whitman**

Case No.　**8:15-bk-12147-ES**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxx4838** <br><br> **Medcah Inc** <br> **320 Uluniu St Ste 5** <br> **Kailua, HI 96734** | H | | | Opened 10/01/10 <br> **Collection Attorney Oceanic Time Warner Cable** | | | | **2,063.00** |
| Account No. **N/A** <br><br> **Meritage Homes of Ca, Inc.** <br> **C/O Green & Hall** <br> **2999 Douglas Blvd #220** <br> **Roseville, CA 95661-4216** | C | | | N/A <br> N/A | | | | **Unknown** |
| Account No. **N/A** <br><br> **Millenium** <br> **Tompson & Knight** <br> **1722 Routh St #1500** <br> **Dallas, TX 75201-2533** | C | | | N/A <br> N/A | | | | **Unknown** |
| Account No. **N/A** <br><br> **Neiman Marcus** <br> **P.O. BOX 650589** <br> **Dallas, TX 75265-0589** | C | | | N/A <br> N/A | | | | **Unknown** |
| Account No. **xxx-xxx-xx-0200** <br><br> **OC Treasurer Tax Collector** <br> **PO Box 1438** <br> **Santa Ana, CA 92702-1438** | C | | | N/A <br> N/A | | | | **242,000.00** |

| Sheet no. **15** of **21** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **244,063.00** |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No. **8:15-bk-12147-ES**

_____,
Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x-xxxxx0-01-4** <br><br> **Oceanic Time Warner Cable** <br> **P.O. Box 1187** <br> **Kailua, HI 96734** | C | | **N/A** <br> **N/A** | | | | 2,100.00 |
| Account No. **xx1292** <br><br> **Ocs Recovery Inc** <br> **Po Box 87** <br> **Lake Elsinore, CA 92531** | C | | **Opened  4/01/12** <br> **Collection Attorney Insurance Associates Inc** | | | | 1,655.00 |
| Account No. **xxxx4851** <br><br> **OCTA** <br> **Linebarger Goggan Blair & Sampson** <br> **1515 Cleveland Place, Suite 300** <br> **Denver, CO 80202** | C | | **N/A** <br> **N/A** | | | | 1,071.95 |
| Account No. **xxxxxx0116** <br><br> **Ocwen Loan Servicing, LLC** <br> **PO Box 24646** <br> **West Palm Beach, FL 33416-4646** | C | | **N/A** <br> **Foreclosed property** | | | | 49,532.00 |
| Account No. **xxxxxxxxxxxx4716** <br><br> **Portfolio Recovery** <br> **Attn: Bankruptcy** <br> **Po Box 41067** <br> **Norfolk, VA 23541** | | W | **Opened  3/01/14** <br> **Factoring Company Account Capital One Bank Usa  Na** | | | | 4,371.00 |

Sheet no. __16__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,729.95

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No. __8:15-bk-12147-ES__

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx4853<br><br>**Professional Credit Se**<br>**2892 Crescent Ave**<br>**Eugene, OR 97408** | | H | Opened 10/01/08  Last Active 11/25/08<br>Collection Attorney Security Tech | | | | 832.00 |
| Account No. xxxxxx6306<br><br>**Revenue Cycle Management**<br>**3221 Waialae Avenue, Suite 338**<br>**Honolulu, HI 96816-5831** | | H | Opened  5/01/12<br>Collection Attorney The Gas Company Inc. | | | | 97.00 |
| Account No. **N/A**<br><br>**Robertsons Ready Mix**<br>**C/O Mervyn Encarnacion**<br>**2100 S. Main Street Suite 200**<br>**Corona, CA 92882** | C | | N/A<br>N/A | | | | 94,617.35 |
| Account No. **N/A**<br><br>**Rogers Gardens Landscape LLP**<br>**2301 San Joaquin Hills Road**<br>**Corona Del Mar, CA 92625** | C | | N/A<br>N/A | | | | 5,530.94 |
| Account No. **x1800**<br><br>**Roland Beverly MD**<br>**24541 Pacific Park Drive, Ste 103**<br>**Aliso Viejo, CA 92656** | C | | N/A<br>N/A | | | | 159.36 |

Sheet no. __17__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

101,236.65

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
     **Carla Maria Whitman**
                                                              Case No. **8:15-bk-12147-ES**

_____,
                          Debtors

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **N/A** <br><br> **Ronald Caswell** <br> **C/O Kyle Kelley Esq** <br> **4333 N. Camden Drive, #965** <br> **Beverly Hills, CA 90210** | C | | | **N/A** <br> **Judgment Lien** | | | | **298,217.88** |
| Account No. **5097** <br><br> **Saddleback Women's Medical Group** <br> **24411 Health Center Drive Suite 640** <br> **Laguna Hills, CA 92653** | C | | | **N/A** <br> **N/A** | | | | **62.51** |
| Account No. **N/A** <br><br> **Samuels, Green & Steel** <br> **19800 MacArthur Blvd # 1000** <br> **Irvine, CA 92612** | C | | | **N/A** <br> **N/A** | | | | **Unknown** |
| Account No. **N/A** <br><br> **Skyline Pools of Hawaii Inc.** <br> **Mezzeti Financial Services, Inc.** <br> **P.O. Box 59595** <br> **San Jose, CA 95159** | C | | | **N/A** <br> **Judgment Lien** | | | | **49,157.89** |
| Account No. **N/A** <br><br> **Skyline Pools of Hawaii Inc.** <br> **Mezzeti Financial Services, Inc.** <br> **P.O. Box 59595** <br> **San Jose, CA 95159** | C | | | **10/30/2012** <br> **Judgment Lien** | | | | **44,908.73** |

Sheet no. __**18**__ of __**21**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **392,347.01**

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
**Carla Maria Whitman**

Case No. **8:15-bk-12147-ES**

Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0785** <br><br>**Specialized Loan Servicing LLC** <br>**8742 Lucent Boulevard, Ste 300** <br>**Highlands Ranch, CO 80129** | C | | N/A <br>Foreclosed property | | | | 521,616.00 |
| Account No. **xxxxxxxxxxxx6700** <br><br>**SRA Associates, Inc** <br>**401 Minnetonka Road** <br>**Somerdale, NJ 08083** | C | | N/A <br>N/A | | | | 360,420.88 |
| Account No. **N/A** <br><br>**State Fund** <br>**C/O Charles Carey & Associates** <br>**1401 Dove St, #340** <br>**Newport Beach, CA 92660** | C | | N/A <br>N/A | | | | 221,000.00 |
| Account No. **xxx5208** <br><br>**Tek Collect** <br>**Pob 1269** <br>**Columbus, OH 43216** | H | | N/A <br>04 Western Municipal Water Distri | | | | 992.00 |
| Account No. **xxxx2V00** <br><br>**Toll Roads** <br>**P.O. Box 68039** <br>**Anaheim, CA 92817** | C | | N/A <br>N/A | | | | 857.75 |

Sheet no. **19** of **21** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,104,886.63 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Matthew Jason Whitman,**
    **Carla Maria Whitman**

Case No. **8:15-bk-12147-ES**

            Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **N/A**<br><br>**Turner Riverwalk Assn.**<br>**C/O Comm Legal Advisors**<br>**1155 Sportfisher, #120**<br>**Westlake Village, CA 91361** | | C | **N/A**<br>**N/A** | | | | 14,151.00 |
| Account No. **N/A**<br><br>**Turner Riverwalk Assn.**<br>**c/o Comm Legal Advisors**<br>**1155 Sportfisher #120**<br>**Westlake Village, CA 91361** | | C | **N/A**<br>**N/A** | | | | 14,151.00 |
| Account No. **xxxxxxxxxx0001**<br><br>**Verizon Wireless**<br>**Sunrise Credit Services, Inc.**<br>**P.O. Box 9100**<br>**Farmingdale, NY 11735-9100** | | C | **N/A**<br>**N/A** | | | | 514.91 |
| Account No. **xxxxxxxxxxx9575**<br><br>**Visa Dept. Stores**<br>**Attn: Bankruptcy**<br>**Po Box 8053**<br>**Mason, OH 45040** | | W | **Opened 4/01/06 Last Active 12/12/10**<br>**Credit Card** | | | | 3,611.00 |
| Account No. **xxxxx9754**<br><br>**VW Credit Inc.**<br>**Vital Recovery Services, Inc.**<br>**P.O. Box 923747**<br>**Norcross, GA 30010-3747** | | C | **N/A**<br>**N/A** | | | | 12,449.51 |

Sheet no. __20__ of __21__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,877.42

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matthew Jason Whitman,**
       **Carla Maria Whitman**

Case No. __**8:15-bk-12147-ES**__

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx-xx0020** <br><br> **Western Municipal Water Dis.** <br> **14205 Meridian Parkway** <br> **Riverside, CA 92518** | C | | **N/A** <br> **N/A** | | | | **991.81** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __**21**__ of __**21**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **991.81** |
| | Total (Report on Summary of Schedules) | **10,368,529.08** |