| pAttorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Derik N. Lewis**<br>**VANTIS LAW FIRM, APLC**<br>**120 Vantis Drive, Suite 300**<br>**Aliso Viejo, CA 92656**<br>**(949) 216-0935 Fax: (949) 296-0935**<br>State Bar Number: **219981**<br>**dlewis@VantisLaw.com** | |
| ☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for Debtor* | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**Matthew Jason Whitman**<br>**Carla Maria Whitman**<br><br><br><br><br>Debtor(s). | CASE NO.: **8:15-bk-12147-ES**<br>CHAPTER: __7__<br><br>**NOTICE OF MOTION AND MOTION<br>TO AVOID LIEN UNDER 11 U.S.C. § 522(f)<br>(REAL PROPERTY)**<br><br>[No hearing required unless requested under LBR 9013-1(o)] |

**Creditor Name:**  BRIDLE CREEK HOMEOWNERS ASSOCIATION

1. TO THE CREDITOR, CREDITOR'S ATTORNEY AND OTHER INTERESTED PARTIES:

2. NOTICE IS HEREBY GIVEN that the Debtor hereby moves this court for an order, without a hearing, avoiding a lien on the grounds set forth below.

3. **Deadline for Opposition Papers:**
   Pursuant to LBR 9013-1(o), any party objecting to the motion may file and serve a written objection and request a hearing on this motion. If you fail to file a written response within 14 days of the date of service of this notice of motion and motion, plus an additional 3 days unless this notice of motion and motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose this motion and may grant the requested relief.

4. **Type of Case:**
   a. ☒ A voluntary petition under chapter       ☒ 7   ☐ 11  ☐ 12  ☐ 13 was filed on:    **April 27, 2015**
   b. ☐ An involuntary petition under chapter   ☐ 7   ☐ 11 was filed on:
      ☐ An order of relief under chapter          ☐ 7   ☐ 11 was entered on:
   c. ☐ An order of conversion to chapter        ☐ 7   ☐ 11  ☐ 12  ☐ 13 was entered on:
   d. ☐ Other:

5. **Procedural Status:**
   a. ☒ Name of trustee appointed (if any):       **Jeffrey I. Golden**
   b. ☐ Name of Attorney of Record for Trustee (if any):

6. Debtor claims an exemption in the subject real property under:
   a. ☐ California Code of Civil Procedure § __ (Homestead): Exemption amount claimed on schedules: $__
   b. ☒ California Code of Civil Procedure § __703.140__ Exemption amount claimed on schedules: $__1.00__
   c. ☐ Other statute *(specify)*:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 4003-2.1.AVOID.LIEN.RP.MOTION**

7. Debtor's entitlement to an exemption is impaired by judicial lien, the details of which are as follows:
   a. Date of entry of judgment *(specify)*: **August 24, 2010**
   b. Case name *(specify)*: **Bridle Creek Homeowners Association v. Matthew J Whitman**
   c. Docket number *(specify)*: **RIC 536929**
   d. Date of recordation of lien *(specify)*: **September 8, 2010**
   e. Recorder's instrument number or map/book/page *(specify)*: **2010000442195**

8. The property claimed to be exempt is as follows:
   a. Street address *(specify)*: **111 Via Lida Soud, Newport Beach, California 92663**
   b. Legal description (specify):     ☒ See attached page
      **Attached hereto as Exhibit 1**

9. Debtor acquired the property claimed exempt on the following date *(specify)*: **July 3, 2006**

10. Debtor alleges that the fair market value of the property claimed exempt is: $ **4,000,000.00**

11. The subject property is encumbered with the following liens (list mortgages and other liens in order of priority and place an "X" as to the lien to be avoided by this motion):

| Name of Lien Holder | "X" | Date Lien Recorded | Original Lien Amount | Current Lien Amount | Date of Current Lien |
|---|---|---|---|---|---|
| Bank of America, NA | ☐ | August 3, 2006 | $ 2,775,000.00 | $ 4,056,836.26 | April 20, 2015 |
| Flagstar Bank, FSB | ☐ | August 3, 2006 | $ 462,500.00 | $ 462,500.00 | August 3, 2006 |
| United States Treasury | ☐ | May 4, 2010 | $ 778,885.88 | $ 778,885.88 | May 4, 2010 |
| Bridle Creek Homeowners Association | ☒ | September 8, 2010 | $ 6,116.88 | $ 6,116.88 | September 8, 2010 |
| Lido Isle Community Association | ☐ | September 24, 2010 | $ 1,947.28 | $ 1,947.28 | September 24, 2010 |
| United States of America | ☐ | June 8, 2011 | $ 777,617.88 | $ 777,617.88 | June 8, 2011 |
| American Express Centurion Bank | ☐ | July 5, 2011 | $ 42,394.98 | $ 42,394.98 | July 5, 2011 |
| United States Treasury | ☐ | November 9, 2011 | $ 155,777.28 | $ 155,777.28 | November 9, 2011 |
| American Express Bank, FSB | ☐ | December 12, 2011 | $ 66,536.28 | $ 66,536.28 | December 12, 2011 |
| Ronald S. Caswell | ☐ | April 16, 2012 | $ 298,217.88 | $ 298,217.88 | April 16, 2012 |
| California Bank & Trust | ☐ | June 7, 2012 | $ 1,612,350.67 | $ 1,612,350.67 | June 7, 2012 |
| State of California | ☐ | April 16, 2013 | $ 695.696.74 | $ 695.696.74 | April 16, 2013 |
| Skyline Pools of Hawaii, Inc | ☐ | October 22, 2013 | $ 49,157.89 | $ 49,157.89 | October 22, 2013 |
| Robertson's Ready Mix, Ltd | ☐ | November 21, 2013 | $ 94,617.35 | $ 94,617.35 | November 21, 2013 |
| American Contractors Indemnity Company | ☐ | May 20, 2014 | $ 10,972.78 | $ 10,972.78 | May 20, 2014 |

12. Debtor attaches copies of the following documents in support of the motion (as appropriate):
    a. ☒ Schedule C listing all exemptions claimed by Debtor **Attached hereto as Exhibit 2**
    b. ☒ Appraisal of the property **Attached hereto as Exhibit 3**
    c. ☒ Documents showing current balance due as to the liens specified in paragraph 11 above **Attached hereto as Exhibit 4**
    d. ☒ Recorded Abstract of Judgment **Attached hereto as Exhibit 5**
    e. ☐ Recorded Declaration of Homestead (Homestead Exemption)
    f. ☒ Declaration(s) **Declaration of Matthew Jason Whitman**
    g. ☒ Other *(specify)*: **Memorandum of Points and Authorities**

13. Total number of attached pages of supporting documentation: **310**

14. Debtor declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              **F 4003-2.1.AVOID.LIEN.RP.MOTION**

WHEREFORE, Debtor prays that this court issue an order (a copy of the form of which is submitted herewith and has been served) avoiding the creditor's lien.

| Date: | **October 5, 2015** | By: | **/s/ Matthew Jason Whitman** |
|---|---|---|---|
| | | | Signature of Debtor |
| | | | **Matthew Jason Whitman** |
| | | Name: | Printed name of Debtor |
| Date: | **October 5, 2015** | By: | **/s/ Carla Maria Whitman** |
| | | | Signature of Joint Debtor |
| | | | **Carla Maria Whitman** |
| | | Name: | Printed name of Joint Debtor |
| Date: | **October 5, 2015** | By: | **/s/ Derik N. Lewis** |
| | | | Signature of attorney for Debtor |
| | | Name: | **Derik N. Lewis** |
| | | | Printed name of attorney for Debtor |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**120 Vantis Drive, Suite 300**
**Aliso Viejo, CA 92656**

A true and correct copy of the foregoing document entitled (*specify*):   **Notice of Motion and Motion to Avoid Lien under 11 U.S.C. § 522(f) (Real Property)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On   **October 5, 2015**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Jeffrey I Golden, Chapter 7 Trustee (ljones@wgllp.com);**
**Beth Gaschen (bgaschen@wgllp.com)**
**United States Trustee (ustpregion16.rs.ecf@usdoj.gov);**
**Marian Garza (ecfnotices@ascensioncapitalgroup.com)**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On   **October 5, 2015**  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on   **October 5, 2015**  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT MAIL**
**The Honorable Erithe A. Smith**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5040 / Courtroom 5A**
**Santa Ana, CA 92701-4593**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **October 5, 2015** | **Eva J. Sieg** | **/s/ Eva J. Sieg** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                               **F 4003-2.1.AVOID.LIEN.RP.MOTION**

**ADDITIONAL SERVICE INFORMATION**

**VIA REGULAR MAIL:**

**DEBTOR**
**Matthew Jason Whitman**
**Carla Maria Whitman**
**111 Via Lida Soud**
**Newport Beach, CA 92663**

**Bryan T. Moynihan, CEO**
**Bank of America, NA**
**100 North Tryon Street**
**Charlotte, NC 28255-0001**

**Alessandro P. DiNello**
**President & CEO**
**Flagstar Bank, FSB**
**5151 Corporate Dr**
**Troy, MI 48098**

**The United States Treasury**
**ATTN: Appeals Office**
**Mail Stop 8900**
**24000 Avila Road, Suite 4404**
**Laguna Niguel, CA 92677**

**Paul M. Vargas**
**Fiore, Racobs & Powers**
**A Professional Law Corporation**
**6820 Indiana Avenue, Ste. 140**
**Riverside, CA 92506**

**Lido Isle Community Association**
**c/o Diversified Real Property Management and Business Services, Inc.**
**180 E. Main Street #101**
**Tustin, CA 92780**

**Internal Revenue Service**
**PO Box 145585, Stop 8420G**
**Cincinnati, OH 45250-5585**

**American Express Centurion Bank**
**c/o Zwicker & Associates**
**199 S. Los Robles Avenue, Ste. 410**
**Pasadena. CA 91101**

**Raymond J. Lee, Esq.**
**Eric Jun, Esq.**
**Zwicker & Associates**
**199 S. Los Robles Avenue, Ste. 410**
**Pasadena, CA 91101**

**American Express Bank**
**c/o Zwicker & Associates**
**199 S. Los Robles Avenue, Ste. 410**
**Pasadena. CA 91101**

**Ronald S. Caswell**
**1625 Warnall Ave.**
**Los Angeles CA 90024**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                          **F 4003-2.1.AVOID.LIEN.RP.MOTION**

**Kyle P. Kelley, Esq.**
**433 N. Camden Drive, Suite 965**
**Beverly Hills, CA 90210**

**California Bank & Trust**
**c/o Buchalter Nemer**
**1000 Wilshire Blvd., #1500**
**Los Angeles. CA 90017**

**Barry A. Smith**
**BUCHALTER NEMER PC**
**1000 Wilshire Blvd., Suite 1500**
**Los Angeles, CA 90017-2457**

**State of California**
**Franchise Tax Board**
**Sacramento CA 95812-2952**
**Special Procedures Section**
**PO BOX2952**
**Sacramento CA 95812-2952**

**Skyline Pools of Hawaii, Inc.**
**c/o MEZZETTI FINANCIAL SERVICES, INC.**
**Post Office Box 59595**
**San Jose, CA 95159**

**Mezzetti Financial Services, INC.**
**Post Office Box 59595**
**San Jose, CA 95159**

**Robertson's Ready Mix, Ltd**
**200 S. Main St., Ste 200**
**Corona, CA 92882**

**Mervyn Y. Encarnacion**
**Law Office of Mervyn Y. Encarnacion**
**PO Box 3600**
**Corona, CA 92878**

**American Contractors Indemnity Company**
**c/o LANAK & HANNA, P.C.**
**625 The City Drive South, Suite 190**
**Orange, CA 92868**

**Karel Raba**
**LANAK & HANNA, P.C.**
**625 The City Drive South, Suite 190**
**Orange, CA 92868**


<u>**VIA CERTIFIED MAIL**</u>**:**

**Bridle Creek Homeowners Association**
**c/o Fiore, Racobs & Powers**
**6820 Indiana Avenue, Ste. 140**
**Riverside, CA 92506**

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    **F 4003-2.1.AVOID.LIEN.RP.MOTION**