**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:15-bk-12147-ES |
| MATTHEW JASON WHITMAN AND CARLA MARIA WHITMAN, | Chapter 7 |
| Debtors. | **LIMITED OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 REGARDING REAL PROPERTY; AND DECLARATION OF CHRISTOPHER J. GREEN IN SUPPORT** |
| | **DATE:** December 15, 2015<br>**TIME:** 9:30 a.m.<br>**Ctrm:** 5A |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:**

Jeffrey I. Golden, the chapter 7 trustee for the bankruptcy estate (the "Estate") of Matthew Jason Whitman and Carla Maria Whitman (the "Trustee"), submits this limited opposition (the "Opposition") to the motion for relief from the automatic stay under 11 U.S.C. § 362 (the "Motion") filed by Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC (the "Trust"). In support of the Opposition, the Trustee submits the declaration of Christopher J. Green (the "Green Declaration").

The Trustee opposes the Trust's Motion only to the extent it seeks immediate relief from stay. The Trustee requests that no lock out, foreclosure, or repossession take place

1  before February 15, 2016 because the Trustee is in the final stages of formalizing an

2  agreement with the Trust whereby the Trustee will sell, in some fashion, the property

3  located at 36 East Mahipua Place, Lahaina, Hawaii, 96761 (the "Property") with a carve

4  out of certain funds for the Estate.

5        Based upon the foregoing, the Trustee requests that the Court continue the hearing

6  for 60 days to allow the Trustee and Trust to complete these negotiations.  In the

7  alternative, the Trustee requests that the Court condition any order granting the Motion to

8  delay the effective date of the order to February 15, 2016.

10  Dated:  December 1, 2015         Respectfully submitted,

11                                      LOBEL WEILAND GOLDEN FRIEDMAN LLP

13                                      By:  /s/ CHRISTOPHER GREEN
                                            Christopher Green
14                                              Beth E. Gaschen
                                            Attorneys for Chapter 7 Trustee
15                                              Jeffrey I. Golden

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

1049255.1                                    2                                    LIMITED OPPOSITION

# DECLARATION OF CHRISTOPHER GREEN

I, Christopher Green, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court. I am a member of the law firm of Lobel Weiland Golden Friedman LLP, counsel of record for Jeffrey I. Golden, the chapter 7 trustee for the estate (the "Estate") of Matthew Jason Whitman and Carla Maria Whitman (the "Trustee") in this action. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Trustee's counsel has been in negotiations with the Movant to negotiate a sale of the subject property and to negotiate a carve-out for the Estate for the benefit of creditors. Trustee's counsel believes these negotiations will be finalized in the next several weeks, and requests additional time to complete this process.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of December, 2015, at Costa Mesa, California.

/S/ CHRISTOPHER GREEN
Christopher Green

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **LIMITED OPPOSITION TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 REGARDING REAL PROPERTY; AND DECLARATION OF CHRISTOPHER J. GREEN IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **December 1, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **December 1, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 1, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 1, 2015 | Kelly Adele | /s/ *Kelly Adele* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
0.0

**F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Notice List**
Marian Garza    ecfnotices@ascensioncapitalgroup.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Jeffrey I Golden (TR)    ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
Leslie M Klott    bankruptcy@zievelaw.com
Derik N Lewis    dlewis@vantislaw.com, esieg@vantislaw.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov