# DECLARATION OF MATTHEW JASON WHITMAN

I, MATTHEW JASON WHITMAN, declare as follows:

1. I am the Debtor in this action. I have personal knowledge of the matters set forth herein and, if called upon to testify, I could and would competently testify thereto based upon my own personal knowledge or information and belief. I am over the age of 18. This declaration is made in support of the Response to Motion Regarding Automatic Stay.

2. I am the owner of the property located at 111 Via Lida Soud, Newport Beach, California 92663 (the *"Property"*).

3. I believe the current value of the Property is **$4,500,000.00**. I base this belief on the value that was set by the attached appraisal completed by Thomas Fairbanks of Appraisal Now. Attached hereto as **Exhibit "A"** is a true and correct copy of the appraisal of the Property.

4. I believe the balance of Movant's claim is $4,187,035.44. I base this belief on the information in Movant's Real Property Declaration. Attached hereto as **Exhibit "B"** is a true and correct copy of Movant's Real Property Declaration.

5. Based upon the appraisal value and the balance of Movant's claim, I believe I have equity in the Property in the amount of $312,964.56.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to best of my knowledge.

Executed this 15th day of January 2016, in Newport Beach, California.

By: _____
MATTHEW JASON WHITMAN

1

DECLARATION OF MATTHEW JASON WHITMAN