

# APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

111 Via Lido Soud
TR 907 LOT 881(AND SELY1/2 LOT 880(AND NWLY 9.25 FT LOT 882
Newport Beach, CA 92663

**FOR:**

Veritas Law
120 Vantis Drive, Suite 300
Aliso Viejo, CA  92656

**AS OF:**

01/05/2016

**BY:**

Thomas Fairbanks
Appraisal Now
13542 Onkayha Circle
Irvine, CA 92620

Form GA2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Exhibit A - Page 2

# DESKTOP VALUATION
## SUMMARY APPRAISAL REPORT

File # VL111-01052015

Loan #

### IDENTIFICATION & MARKET AREA

| | |
|---|---|
| Lender/Client Name: | Veritas Law |
| Lender/Client Address: | 120 Vantis Drive, Suite 300, Aliso Viejo, CA 92656 |

Lender/Client Contact:  Eva Sieg

Current Owner:  Whitman Matthew J & Carla M

Subject Property Address:  111 Via Lido Soud    City:  Newport Beach    State:  CA    ZIP:  92663

Census Tract:  0629.00    Map Ref.:  888-H7    County:  Orange

Legal Description:  TR 907 LOT 881(AND SELY1/2 LOT 880(AND NWLY 9.25 FT LOT 882

Property Type:  ☒ SFR    ☐ PUD    ☐ Condo    ☐ Coop    ☐ Multifamily    ☐ Other:

Interest Appraised:  ☒ Fee Simple    ☐ Leasehold    ☐ Leased Fee    ☐ Other (describe)    Disposition Value (< 60 Days)

Market Value Trend:  ☐ Increasing    ☒ Stable    ☐ Declining

Market Area Name:  Newport Beach

Typical Market Price Range:  $ 1,050,000    to    $ 12,545,000    Predominant: $ 2,500,000

Typical Market Age Range:  1    yrs. to    108    yrs.    Predominant:    50    yrs.

### SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 111 Via Lido Soud Newport Beach, CA 92663 | 748 Harbor Island Dr Newport Beach, CA 92660 | 712 Harbor Island Dr Newport Beach, CA 92660 | 215 Via Lido Soud Newport Beach, CA 92663 |
| Proximity to Subject | | 1.64 miles E | 1.59 miles E | 0.09 miles SE |
| Sales Price | $ N/A | $ 4,500,000 | $ 4,575,000 | $ 5,150,000 |
| Price/Gross Living Area | $          /Sq. Ft. | $ 1,125.00 /Sq. Ft. | $ 1,023.95 /Sq. Ft. | $ 1,236.20 /Sq. Ft. |
| Date of Sale | N/A | 09/28/2015 | 11/24/2015 | 01/30/2015 |
| Location | Good | Good | Good | Good |
| Site Size | 4,882 sf | 5,000 sf | 5,000 sf | 4,050 sf |
| Site View | Bay View | Bay View | Bay View | Bay View |
| Design (Style) | Conventional | Conventional | Conventional | Conventional |
| Age (yrs.) | 75 | 38 Years | 39 Years | 59 Years |
| Condition | Average | Average | Average | Average |

| Above Grade | Total Rooms | Bedrooms | Bath(s) | Total Rooms | Bedrooms | Bath(s) | Total Rooms | Bedrooms | Bath(s) | Total Rooms | Bedrooms | Bath(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Room Count | 10 | 5 | 4.5 | 10 | 4 | 5 | 9 | 3 | 3.1 | 10 | 5 | 4.5 |

| | | | | |
|---|---|---|---|---|
| Gross Living Area | 4,036 Sq. Ft. | 4,000 Sq. Ft. | 4,468 Sq. Ft. | 4,166 Sq. Ft. |
| Basement | None | None | None | None |
| Heating/Cooling | FAU/CAC | FAU/CAC | FAU/CAC | FAU/CAC |
| Garage/Carport | 3 Car Garage | 3 Car Garage | Car Garage | 3 Car Garage |
| Porch, Patio, Deck, etc. | Porch/Patio | Porch/Patio | Porch/Patio | Porch/Patio |
| Amenities/Upgrades | Boat Dock | Boat Dock | Boat Dock | Boat Dock |
| Overall Comparison to Subject Property | | ☐ Superior ☒ Similar ☐ Inferior | ☐ Superior ☒ Similar ☐ Inferior | ☐ Superior ☒ Similar ☐ Inferior |

### RELATIVE COMPARISON ANALYSIS

Sales chosen and provided in this report are considered to be the best available as of the effective date of this appraisal. All comparables are located on Newport Bay and have boat docks. Equal consideration was given to all comparables.

The appraiser has researched the sales and listing history of the subject property for the past three years:

☒ The subject has not transferred ownership or been listed for sale during this period.

☐ The subject was    ☐ sold    ☐ listed for $ _____    on (date) _____ .

☐ sold    ☐ listed for $ _____    on (date) _____ .

Comments: _____

*The opinion of value provided below is an opinion of **Disposition Value** not an opinion of Market Value as stated.*

Opinion of Market Value is $ 4,500,000 , as of    01/05/2016    , which is the effective date of this report.

### CERTIFICATIONS AND LIMITING CONDITIONS

See attached addenda.

Exhibit A - Page 3

CERTIFICATIONS AND LIMITING CONDITIONS

See attached addenda.

| ADDRESS OF PROPERTY APPRAISED: | | LENDER/CLIENT: | |
|---|---|---|---|
| 111 Via Lido Soud | | Contact: Eva Sieg | |
| Newport Beach, CA 92663 | | Company Name: Veritas Law | |
| OPINION OF VALUE OF THE SUBJECT PROPERTY: $ | 4,500,000 | Company Address: 120 Vantis Drive, Suite 300 | |
| EFFECTIVE DATE OF APPRAISAL: | 01/05/2016 | Aliso Viejo, CA 92656 | |

| APPRAISER: | | SUPERVISORY or CO-APPRAISER (if applicable): | |
|---|---|---|---|
| Signature: | | Signature: | |
| Name: Thomas Fairbanks | | Name: | |
| Company Name: Appraisal Now | | Company Name: | |
| Company Address: 13542 Onkayha Cir | | Company Address: | |
| Irvine, CA 92620-3233 | | | |
| Date of Report/Signature: 01/07/2016 | | Date of Report/Signature: | |
| License or Certification #: AR038274 | | License or Certification #: | |
| Designation: Certified Residential | ST: CA | Designation: | ST: |
| Expiration Date of Certification or License: 09/13/2017 | | Expiration Date of Certification or License: | |

## Supplemental Addendum

File No. VL111-01052015

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 111 Via Lido Soud | | | | | |
| City | Newport Beach | County | Orange | State | CA | Zip Code | 92663 |
| Lender/Client | Veritas Law | | | | | |

**• Desktop Valuation Appraisal Summary Report: Certification and Limiting Conditions**
The undersigned appraiser has performed a desktop valuation of the subject property. No physical inspection of the subject property was performed.

**PURPOSE OF APPRAISAL:** The purpose of this appraisal is to estimate the disposition value of the real property that is the subject of this report based upon a qualitative sales comparison analysis for use by the client.

**INTENDED USE:** This appraisal is intended for use only by the client. The purpose of this appraisal is to help the client determine the disposition value of the subject property. This report is not to be used for a morgage lending transaction.

**INTENDED USER(S):** The intended user(s) of this appraisal report is the Client named herein.

**HIGHEST AND BEST USE:** The Highest and Best Use of the subject property is assumed to be its present use; that is, one-four (1-4) family residential use.

**DEFINITION OF DISPOSITION VALUE:** The most probable price that a specified interest in real property should bring under the following conditions:1. Consummation of a sale within a future exposure time specified by the client (60 Days). 2. The property is subjected to market conditions prevailing as of the date of valuation. 3. Both the buyer and seller are acting prudently and knowledgeably. 4. The seller is under compulsion to sell. 5. The buyer is typically motivated. 6. Both parties are acting in what they consider to be their best interests. 7. An adequate marketing effort will be made during the exposure time specified by the client (60 Days). 8. Payment will be made in cash in U.S. dollars or in terms of financial arrangements comparable thereto. 9. The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. Disposition value is defined in the Appraisal Institute's The Dictionary of Real Estate Appraisal, 5th Edition.

**SCOPE OF WORK:** The scope of this appraisal consists of identifying the characteristics of the subject property that are relevant to the purpose and intended use of the appraisal. This may be accomplished by reviewing public record data, prior appraisal or other documentation from a disinterested source and which is considered reliable from the appraiser's perspective. Unless otherwise noted in the appraisal, no interior or exterior inspection of the subject property has been made.  In developing this appraisal, the appraiser has incorporated only the Sales  Comparison approach. The appraiser has excluded the Cost and Income approaches as not being relevant, given the agreed upon Scope of Work. The appraiser has determined that this appraisal process is not so limited that the results of the assignment are no longer credible, and the client agrees that the limited service is appropriate given the intended use. The data sources for the comparable sales  may include public record data services, multiple listing services, automated valuation models and/or other data sources that become available. The confirmation of comparable sale  data, i.e. closed sale documentation and property characteristics, is via public data sources only. The appraiser has not viewed the sales in the field. The data is collected, verified and analyzed, in accordance with the scope of work identified and the intended use of the appraisal. This an appraisal of disposition value with a client imposed exposure time of 60 days.

In the absence of an inspection, the appraiser has made some basic assumptions, including the following:
1. The subject property is assumed to be in average overall condition and generally conforms to the neighborhood in terms of style, condition and construction materials.
2. There are no adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.
3. There are no significant discrepancies between the public record information or other data sources and the existing site or improvements.

**ANALYSIS OF ANY CURRENT AGREEMENT OF SALE, PRIOR SALE WITHIN THREE YEARS AND RECONCILIATION:** Unless otherwise noted, the appraiser has no knowledge of any current agreement of sale nor any current or past listing agreement. Prior sales of the subject property within three years of the effective date of this appraisal have been researched and reported, if available from public record sources. The appraiser has reconciled the quality and quantity of data available into an Opinion of Disposition Value, in accordance with the intended use and scope of work.

**STATEMENT OF CONTINGENT AND LIMITING CONDITIONS:** The Appraiser's Certification that appears in this report is subject to the following conditions:
 The appraiser will not be responsible for matters of a legal nature that affect the subject property.
1. The appraiser will not be responsible for matters of a legal nature that affect the subject property.
2. The appraiser assumes the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
3. The appraiser will not give testimony or appear in court because he or she performed this appraisal unless specific arrangements to do so have been made beforehand.
4. Except as noted herein, the appraiser has not made an exterior or interior inspection of the subject property. The appraiser assumes that there are no adverse conditions associated with the improvements or the subject site. Unless otherwise stated in this report, the appraiser has no knowledge of any hidden or apparent conditions of the property or adverse environmental conditions (including the presence of hazardous substances, etc.) present in the improvements, on the site or in the immediate vicinity that would make property more or less valuable, and has assumed that there are no such conditions. The appraiser makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser assumes that the improvements are in average condition. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report may not be considered an environmental assessment of the property.
5. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers reliable and has no reason to believe   them to be other than true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
6. The appraiser will not disclose the content of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

**APPRAISER'S CERTIFICATION:** The appraiser certifies, to the best of my knowledge and belief:
1. The statements of fact contained in this report are true and correct.
2. The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.
3. I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.
4. I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
5. My engagement in this assignment was not contingent upon the development or reporting of predetermined results.
6. My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
7. My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
8. I have not made a personal inspection of the property that is the subject of this report, nor did I make inspections of the comparable sales.
9. No one provided significant real property appraisal assistance to the person signing this report, unless otherwise noted and acknowledged within this report.

**EXTRAORDINARY ASSUMPTION:** It is assumed that all structures, given value in this report are legally permitted as stated in this report. It is assumed that there are no unknown geological or environmental adverse issues. The physical characteristics of the comparables were either verified through county records, multiple listing service, or homeowner verification, assumed to be as stated. The comparables are assumed to have no sales concessions. It is assumed that the subjects lot size is as stated. The current zoning is assumed to be as stated in this report. The legal age of the home is assumed to be as stated. The indicated flood zone and type is assumed to be as stated. If any of these items are found to be not true or incorrect, I reserve the  right to change my appraisal.

Form TADD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

File No. VL111-01052015
Loan No.

| SALES COMPARISON APPROACH | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FEATURE | SUBJECT | | | COMPARABLE SALE # 4 | | | COMPARABLE SALE # 5 | | | COMPARABLE SALE # 6 | |
| Address | 111 Via Lido Soud<br>Newport Beach, CA 92663 | | | 2 Linda Isle<br>Newport Beach, CA 92660 | | | 208 Via Lido Nord<br>Newport Beach, CA 92663 | | | 113 Via Lido Soud<br>Newport Beach, CA 92663 | |
| Proximity to Subject | | | | 1.34 miles E | | | 0.11 miles E | | | 0.01 miles S | |
| Sales Price | $ N/A | | | $ 3,750,000 | | | $ 4,595,000 | | | $ 3,995,000 | |
| Price/Gross Living Area | $ | | /Sq. Ft. | $ | | 878.22 /Sq. Ft. | $ | | 1,472.28 /Sq. Ft. | $ | | 1,103.59 /Sq. Ft. |
| Date of Sale | N/A | | | 04/16/2015 | | | PENDING SALE | | | ACTIVE LISTING | |
| Location | Good | | | Good | | | Good | | | Good | |
| Site Size | 4,882 sf | | | 5,580 sf | | | 2,700 sf | | | 3,668 sf | |
| Site View | Bay View | | | Bay View | | | Bay View | | | Bay View | |
| Design (Style) | Conventional | | | Conventional | | | Conventional | | | Conventional | |
| Age (yrs.) | 75 | | | 44 Years | | | 48 Years | | | 46 Years | |
| Condition | Average | | | Average | | | Average | | | Average | |
| Above Grade | Total Rooms | Bedrooms | Bath(s) | Total Rooms | Bedrooms | Bath(s) | Total Rooms | Bedrooms | Bath(s) | Total Rooms | Bedrooms | Bath(s) |
| Room Count | 10 | 5 | 4.5 | 9 | 3 | 4 | 9 | 4 | 4 | 10 | 4 | 4 |
| Gross Living Area | | 4,036 Sq. Ft. | | | 4,270 Sq. Ft. | | | 3,121 Sq. Ft. | | | 3,620 Sq. Ft. | |
| Basement | None | | | None | | | None | | | None | |
| Heating/Cooling | FAU/CAC | | | FAU/CAC | | | FAU/CAC | | | FAU/CAC | |
| Garage/Carport | 3 Car Garage | | | 2 Car Garage | | | 2 Car Garage | | | 3 Car Garage | |
| Porch, Patio, Deck, etc. | Porch/Patio | | | Porch/Patio | | | Porch/Patio | | | Porch/Patio | |
| Amenities/Upgrades | Boat Dock | | | Boat Dock | | | Boat Dock | | | Boat Dock | |

| Overall Comparison to Subject Property | ☐ Superior ☒ Similar ☐ Inferior | ☐ Superior ☒ Similar ☐ Inferior | ☐ Superior ☒ Similar ☐ Inferior |
|---|---|---|---|

Comments: Comparable 4 is an additional closed sale provided to support the final estimate of value. Comparables 5 and 6 are current active listings provided to support the final estimate of value.

I previously completed a desktop appraisal of the subject property on 03/24/2015.

DVL3 01/2008

Form DVL3.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



Orange, CA, 2015-2016 - 423-131-18, 111 VIA LIDO SOUD, NEWPORT BEACH, CA 92663-4654, Sheet: 1 of 1

## Aerial Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 111 Via Lido Soud | | | | | | |
| City | Newport Beach | County | Orange | State | CA | Zip Code | 92663 |
| Lender/Client | Veritas Law | | | | | | |



## Location Map

| Borrower | N/A | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 111 Via Lido Soud | | | | | | |
| City | Newport Beach | County | Orange | State | CA | Zip Code | 92663 |
| Lender/Client | Veritas Law | | | | | | |





RealQuest.com ® - Report                                                                 Page 1 of 1

## Property Detail Report

For Property Located At :
**111 VIA LIDO SOUD, NEWPORT BEACH, CA 92663-4654**

CoreLogic
RealQuest Professional

### Owner Information
| | |
|---|---|
| Owner Name: | WHITMAN MATTHEW J & CARLA M |
| Mailing Address: | 3419 VIA LIDO #123, NEWPORT BEACH CA 92663-3908 C004 |
| Vesting Codes: | HW / / JT |

### Location Information
| | | | |
|---|---|---|---|
| Legal Description: | TR 907 LOT 881(AND SELY1/2 LOT 880(AND NWLY 9.25 FT LOT 882 | | |
| County: | ORANGE, CA | APN: | 423-131-18 |
| Census Tract / Block: | 629.00 / 1 | Alternate APN: | |
| Township-Range-Sect: | | Subdivision: | |
| Legal Book/Page: | | Map Reference: | 31-C5 / |
| Legal Lot: | 881 | Tract #: | 907 |
| Legal Block: | | School District: | NEWPORT MESA |
| Market Area: | N8 | School District Name: | |
| Neighbor Code: | | Munic/Township: | |

### Owner Transfer Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

### Last Market Sale Information
| | | | |
|---|---|---|---|
| Recording/Sale Date: | 08/03/2006 / 07/03/2006 | 1st Mtg Amount/Type: | $2,775,000 / CONV |
| Sale Price: | $4,625,000 | 1st Mtg Int. Rate/Type: | 1.75 / ADJ |
| Sale Type: | FULL | 1st Mtg Document #: | 520767 |
| Document #: | 520766 | 2nd Mtg Amount/Type: | $462,500 / CONV |
| Deed Type: | GRANT DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | $1,145.94 |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | FIRST AMERICAN TITLE | | |
| Lender: | MORTGAGE SENSE INC | | |
| Seller Name: | BARTH ROBERT K & SUZANNE C | | |

### Prior Sale Information
| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 07/29/2002 / 07/12/2002 | Prior Lender: | FIRST REPUBLIC BK |
| Prior Sale Price: | $2,925,000 | Prior 1st Mtg Amt/Type: | $2,000,000 / CONV |
| Prior Doc Number: | 627324 | Prior 1st Mtg Rate/Type: | 2.35 / ADJ |
| Prior Deed Type: | GRANT DEED | | |

### Property Characteristics
| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | 4,036 | Parking Type: | GARAGE | Construction: | |
| Living Area: | 4,036 | Garage Area: | 671 | Heat Type: | |
| Tot Adj Area: | | Garage Capacity: | | Exterior wall: | |
| Above Grade: | | Parking Spaces: | | Porch Type: | |
| Total Rooms: | 6 | Basement Area: | | Patio Type: | |
| Bedrooms: | 5 | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | 4 / 1 | Basement Type: | | Air Cond: | CENTRAL |
| Year Built / Eff: | 1941 / 2008 | Roof Type: | | Style: | |
| Fireplace: | Y / 1 | Foundation: | | Quality: | |
| # of Stories: | 1.00 | Roof Material: | | Condition: | |
| Other Improvements: | | | | | |

### Site Information
| | | | | | |
|---|---|---|---|---|---|
| Zoning: | | Acres: | 0.11 | County Use: | SINGLE FAM RESIDENCE (1) |
| Lot Area: | 4,882 | Lot Width/Depth: | x | State Use: | |
| Land Use: | SFR | Res/Comm Units: | / | Water Type: | |
| Site Influence: | | | | Sewer Type: | TYPE UNKNOWN |

### Tax Information
| | | | | | |
|---|---|---|---|---|---|
| Total Value: | $5,636,702 | Assessed Year: | 2015 | Property Tax: | $59,846.50 |
| Land Value: | $4,492,981 | Improved %: | 20% | Tax Area: | 07001 |
| Improvement Value: | $1,143,721 | Tax Year: | 2015 | Tax Exemption: | |
| Total Taxable Value: | $5,636,702 | | | | |

http://proclassic.realquest.com/jsp/report.jsp?&client=&action=confirm&type=getreport&re...   1/5/2016

