| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christina J. O, #266845<br>Dane W. Exnowski, #281996<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive, Second Floor<br>Irvine, California 929612<br>christinao@mclaw.org<br>(949) 252-9400 (Telephone)<br>(949) 252-1032 (Facsimile)<br><br>☐ Individual *appearing without an attorney*<br>☒ Attorney for: Movant | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Matthew Jason Whitman and Carla Maria Whitman,<br><br><br><br>Debtor(s) | CASE NO.: 8:15-bk-12147-ES<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>Notice of Motion and Motion for Relief from the Automatic Stay under 11 U.S.C § 362 |
|---|---|

PLEASE TAKE NOTE that the order titled Order Granting Motion for Relief From The Automatic Stay Under 11 U.S.C. § 362 (REAL PROPERTY)

was lodged on (*date*) 01/21/2016 and is attached. This order relates to the motion which is docket number 54.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT "A"

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Christina J. O, #266845**<br>**Dane W. Exnowski, #281996**<br>**MALCOLM ♦ CISNEROS, A Law Corporation**<br>**2112 Business Center Drive, Second Floor**<br>**Irvine, California 929612**<br>**christinao@mclaw.org**<br>**(949) 252-9400 (Telephone)**<br>**(949) 252-1032 (Facsimile)**<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>Matthew Jason Whitman and Carla Maria Whitman,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:15-bk-12147-ES<br><br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(REAL PROPERTY)**<br><br>DATE: January 19, 2016<br>TIME: 9:30 a.m.<br>COURTROOM: 5A<br>PLACE: 411 West Fourth Street, Santa Ana, CA 92701 |

**Movant:** U.S. Bank Trust, N.A, as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact, and its successors and/or assignees

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following real property (Property):

    *Street address*:    111 Via Lido Soud
    *Unit/suite number*:
    *City, state, zip code*:    Newport Beach, CA 92663

    Legal description or document recording number (including county of recording):

    County of Orange; Document Recording Number: 2006000520767

    ☐ See attached page.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                                 Page 1                                                    **F 4001-1.RFS.RP.ORDER**

3. The Motion is granted under:

    a. ☒ 11 U.S.C. § 362(d)(1)

    b. ☒ 11 U.S.C. § 362(d)(2)

    c. ☐ 11 U.S.C. § 362(d)(3)

    d. ☐ 11 U.S.C. § 362(d)(4). The filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved:

        (1) ☐ The transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval; and/or

        (2) ☐ Multiple bankruptcy cases affecting the Property.

        (3) ☐ The court   ☐ makes   ☐ does not make   ☐ cannot make
            a finding that the Debtor was involved in this scheme.

        (4) If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

4. ☒ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b. ☐ Modified or conditioned as set forth in Exhibit ____ to this order.

    c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not conduct a foreclosure sale of the Property before (*date*) _____.

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Agreement contained within this order.

8. ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this order. The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

9. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, as to the same terms and conditions as to the Debtor.

10. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.

11. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

12. Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*     Page 2     **F 4001-1.RFS.RP.ORDER**

13. Upon entry of this order, for purposes of Cal. Civ. Code § 2923.5, the Debtor is a borrower as defined in Cal. Civ. Code § 2920.5(c)(2)(C).

14. ☐ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy case concerning the Property for a period of 180 days from the hearing of this Motion

    (a) ☐ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

15. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

16. ☐ This order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:

    (a) ☐ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

17. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be

    (a) ☐ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

18. ☐ Other (*specify*):

###

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                                 Page 3                                                     **F 4001-1.RFS.RP.ORDER**

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**MALCOLM & CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine CA 92612**

A true and correct copy of the foregoing document described as **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner entitled below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **January 21, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Marian Garza**     ecfnotices@ascensioncapitalgroup.com
**Beth Gaschen**     bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
**Jeffrey I Golden (TR)**     ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
**Christopher J Green**     cgreen@wgllp.com, chrisgreen@ucla.com;kadele@wgllp.com
**Leslie M Klott**     bankruptcy@zievelaw.com
**Derik N Lewis**     dlewis@vantislaw.com, esieg@vantislaw.com
**United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

2.  **SERVED BY UNITIEDSTATES MAIL**:
On **January 21, 2016** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR: Matthew J Whitman, 3419 Via Lido, #123, Newport Beach, CA 92663 Carla M Whitman 3419 Via Lido, #123, Newport Beach, CA 92663**

**LIENHOLDER: American Centurion Bank c/o Zwicker & Associates 199 S Los Robles Avenue, Ste 410 Pasadena, CA 91101
LIENHOLDER: American Contractors Indemnity Co c/o LANAK & HANNA, P.C. 625 The City Drive South, Suite 190 Orange, CA 92868
LIENHOLDER: American Express Bank, FSB c/o Zwicker & Associates 199 S Los Robles Avenue, Ste 410, Pasadena, CA, 91101
LIENHOLDER: Bridle Creek Homeowners Association c/o Paul M Vargas Fiore, Racobs & Powers, APLC, 6820 Indiana Avenue, Ste 140, Riverside, CA 92506
LIENHOLDER: California Bank & Trust c/o BUCHALTER NEMER PC 1000 Wilshire Blvd, Suite 1500, Los Angeles, CA 90017-2457
LIENHOLDER: Flagstar Bank Attn: Bankruptcy Dept 5151 Corporate Dr, Troy, MI 48098
LIENHOLDER: Franchise Tax Board Special Procedures Section, P.O. Box 2952, Sacramento, CA 95812-2952
LIENHOLDER: Internal Revenue Service, P.O. Box 145595, Cincinnati, OH 45250-9734
LIENHOLDER: Lido Isle Community Association c/o Diversified Real Property Mgmt and Business Services, Inc,180 E Main Street #101, Tustin, CA 92780
LIENHOLDER: Robertson's Ready MiX c/o Law Off of Mervyn Y Encarnacion, 200 S Main St, Suite 200, Corona, CA 92882
LIENHOLDER: Ronald S Caswell c/o Kyle P Kelly, 433 N Camden Drive, Suite 965, Beverly Hills, CA 90210
LIENHOLDER: Skyline Pools of Hawaii Inc. Mezzeti Financial Services, Inc., P.O. Box 59595, San Jose, CA 95159
LIENHOLDER: United States Treasury, Attention: Appeals Office, Mail Stop 8900, 24000 Avila Road, Suite 4400, Laguna Niguel, CA 92677**

☐  Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **January 21, 2016** I served the following persons and/or entities by personal delivery, overnight mail service or (for those who consented in writing to such service

method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 21, 2016** | **Peter Ramirez** | **/s/** | *Peter Ramirez* |
|---|---|---|---|
| **Date** | **Type Name** | | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

June 2012

**F 9013-3.1.PROOF.SERVICE**