LAW OFFICES OF LES ZIEVE
Brian H. Tran, Esq. #255577
Leslie M. Klott, Esq. #279622
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone:        (714) 848-7920
Facsimile:    (714) 908-7807
Email:        bankruptcy@zievelaw.com

Attorneys for Secured Creditor, Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

In re:

Matthew Jason Whitman and Carla Maria Whitman,

            Debtors.

Case No.: 8:15-bk-12147-ES

Chapter: 7

**SECURED CREDITOR'S JOINDER IN SUPPORT OF THE CHAPTER 7 TRUSTEE'S OPPOSITION TO DEBTORS' MOTION TO ABANDON REAL PROPERTY**

**Hearing:**
Date:  February 9, 2016
Time: 10:30 a.m.
Place: Courtroom 5A
        U.S. Bankruptcy Court
        411 W. Fourth Street
        Santa Ana, CA 92701

      **TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE, TRUSTEE'S COUNSEL AND OTHER INTERESTED PARTIES:**

1

Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its Trustee ("Secured Creditor") in the above-entitle bankruptcy proceeding hereby submits the following Joinder in support of Jeffrety I. Golden's, Chapter 7 Trustee, ("Trustee") Opposition to the Debtors' Motion to Abandon Real Property located at 36 East Mahipua Place, Lahaina, HI 96761("Motion").

Secured Creditor holds the First Trust Deed on the Debtors' property generally described as 36 East Mahipua Place, Lahaina, HI 96761 ("Property"). Despite relief from stay having been granted, Secured Creditor and the Trustee have reached an agreement to liquidate the Property with a carve-out of $70,000 to the Estate and for the benefit of its creditors. Because such agreement will result in funds that can be used to make a distribution to the Estate's creditors, the Property is not burdensome and has significant value to the Estate. Debtor has failed to establish otherwise. Based on the foregoing, Secured Creditor respectfully request Debtor's Motion be denied.

WHEREFORE, Secured Creditor prays as follows:

(1) That the Court deny Debtor's Motion to Abandon the Property;

(2) For such other relief as this Court deems proper.

Dated: February 2, 2016                    LAW OFFICES OF LES ZIEVE

/s/ Leslie M. Klott
Leslie M. Klott
Attorney for Secured Creditor,
Ventures Trust 2013-I-H-R by MCM Capital
Partners, LLC, its Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
30 Corporate Park, Suite 450
Irvine, CA 92606

A true and correct copy of the foregoing document entitled (*specify*): **SECURED CREDITOR'S JOINDER IN SUPPORT OF THE CHAPTER 7 TRUSTEE'S OPPOSITION TO DEBTORS' MOTION TO ABANDON REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **February 2, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Marian Garza, Attorney | ecfnotices@ascensioncapitalgroup.com |
| Derik N Lewis, Attorney | dlewis@vantislaw.com |
| Beth Gaschen, Attorney | bgaschen@wgllp.com |
| Christopher J Green, Attorney | cgreen@wgllp.com |
| Jeffrey I Golden (TR), Trustee | ljones@wgllp.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

☐  Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On (*date*) **February 2, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| DEBTORS | PRESIDING JUDGE |
|---|---|
| Matthew Jason Whitman | United States Bankruptcy Court |
| Carla Maria Whitman | Chambers Of Honorable Erithe A. Smith |
| 3419 Via Lido #123 | 411 W. Fourth Street, Suite #5040 |
| Newport Beach, CA 92663 | Santa Ana, CA 92701-4593 |

☐  Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 2, 2016 | Michele Dapello | /s/ Michele Dapello |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**