# United States Bankruptcy Court
## Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

# NOTICE OF POSSIBLE DIVIDEND AND
# ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Matthew Jason Whitman
**SSN:** xxx–xx–1019
**EIN:** N/A
Carla Maria Whitman
**SSN:** xxx–xx–7498
3419 Via Lido #123
Newport Beach, CA 92663

**BANKRUPTCY NO.** 8:15–bk–12147–ES
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above–captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before May 16, 2016**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: February 10, 2016

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv – VAN–10) Rev 12/2015

**67 / JG**