**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:15-bk-12147-ES |
| MATTHEW JASON WHITMAN AND CARLA MARIA WHITMAN, | Chapter 7 |
| Debtors. | **NOTICE OF INCREASED HOURLY RATES CHARGED BY LOBEL WEILAND GOLDEN FRIEDMAN LLP** |
| | [No Hearing Required] |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRTUPCY JUDGE, OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that effective January 1, 2016, the hourly rates charged by Lobel Weiland Golden Friedman LLP increased as follows:

| ATTORNEYS | PREVIOUS RATE | INCREASED RATE |
|---|---|---|
| William N. Lobel | $800 | $850 |
| Michael J. Weiland | $700 | $750 |
| Jeffrey I. Golden | $700 | $750 |
| Alan J. Friedman | $700 | $750 |
| Sean A. O'Keefe | $600 | $750 |
| Tavi C. Flanagan | $600 | $650 |
| Reem J. Bello | $600 | $600 |
| Beth E. Gaschen | $500 | $550 |
| Michael R. Adele | $500 | $550 |
| Faye C. Rasch | $500 | $500 |
| Christopher J. Green | $350 | $350 |

1059278.1                    1                    NOTICE

| **PARALEGAL PROFESSIONALS** | **PREVIOUS RATE** | **INCREASED RATE** |
|---|---|---|
| Claudia Yoshonis | $250 | $250 |
| Cynthia B. Meeker | $250 | $250 |
| Nancy P.F. Lockwood | $250 | $250 |
| Lori Gauthier | $250 | $250 |
| Kelly Adele | $250 | $250 |

Dated: February 22, 2016

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: */s/ Beth E. Gaschen*
    BETH E. GASCHEN
    Counsel for Chapter 7 Trustee
    Jeffrey I. Golden

**Weiland Golden LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000    Fax 714-966-1002

1036832.1

2

ORDER