**VANTIS LAW FIRM, P.C.**
Derik N. Lewis, SBN 219981
120 Vantis, Suite 300
Aliso Viejo, California 92656
Telephone: (949) 216-0935
Facsimile: (949) 296-0935

Attorney for Debtors
MATTHEW JASON WHITMAN
CARLA MARIA WHITMAN

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE | CASE NO. 8:15-bk-12147-ES |
| | CHAPTER: 7 |
| MATTHEW JASON WHITMAN<br>CARLA MARIA WHITMAN, | **THE HONORABLE ERITHE A. SMITH** |
| *Debtors*. | **SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL ABANDONMENT OF PROPERTY BY TRUSTEE; DECLARATION OF APPRAISER THOMAS FAIRBANKS IN SUPPORT THEREOF** |
| | **DATE:     July 19, 2016**<br>**TIME:      10:30 a.m.**<br>**PLACE:    Courtroom 5A**<br>**               411 West Fourth Street**<br>**               Santa Ana, CA 92701-4593** |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** Matthew Jason Whitman and Carla Maria Whitman (*"Debtors"*) hereby submit this Supplement (the *"Supplement"*) to their Motion to Compel Abandonment of Property by Trustee under 11 U.S.C. §554(b) (the *"Motion"*, Dkt. No. 70) with respect to the home located at 111 Via Lido Soud, Newport Beach, CA 92663 (the *"Property"*).

1

**SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL
ABANDONMENT OF PROPERTY BY TRUSTEE**

1  Although the Trustee does not dispute the fact that the Property lacks equity above the consensual liens, in an abundance of caution Debtors hereby supplement the Motion with an updated appraisal of Thomas Fairbanks to clarify issues raised by the Court regarding the appraisal submitted with another motion related to the Property. Specifically, in denying Debtor's 522(f) Motions to Avoid various judicial liens [See Orders Denying Motion to Avoid Lien at Docket Nos. 93, 94, 95, 96, 97, 98, and 99], the Court requested an analysis or explanation regarding Mr. Fairbanks' application of adjustments reflecting variances as to the comparable properties set forth in his appraisal.

The amended Appraisal attached hereto evidences a value of $4,250,000 for the Property which supports the Motion in that no equity exists above and beyond the consensual liens for the estate. All other aspects of the Motion remain accurate and the Property should be abandoned accordingly.

Debtors are filing and serving an amended Notice which will include the Motion and this Supplement.

DATED: June 24, 2016                    **VANTIS LAW FIRM, P.C.**

By: _____
Derik N. Lewis
Attorney for Debtors
MATTHEW JASON WHITMAN
CARLA MARIA WHITMAN

# DECLARATION OF THOMAS FAIRBANKS

I, THOMAS FAIRBANKS, declare under penalty of perjury that the following is true and correct:

1. I am a resident of the State of California. I am over 18 years of age and am competent to make this Declaration.

2. I have personal knowledge of the facts and circumstances set forth herein. If called upon as a witness, I could and would competently testify under oath with respect thereto.

3. I am a licensed Real Estate Appraiser with license number AR038274.

4. On or about June 21, 2016, I conducted an appraisal of the real property located at 111 Via Lido Soud, Newport Beach, California 92663 (the "Subject Property").

5. In preparing the Appraisal Report, I performed market research. In determining the fair market value for the Subject Property, the sales comparison approach was considered to be the most reliable because it most accurately simulates buyers' perceptions and actions.

6. Based upon my research as well as my training, education and professional experience as a residential appraiser, it is my professional opinion that the Subject Property has a fair market value of $4,250,000.00 as of June 22, 2016. A true and correct copy of the Appraisal Report is attached hereto as **Exhibit "1"**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on June __24__, 2016 at <u>Newport Beach</u>, California.

_____
THOMAS FAIRBANKS

---

3
SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL
ABANDONMENT OF PROPERTY BY TRUSTEE

VANTIS LAW FIRM

| In re:<br>**Matthew Jason Whitman**<br>**Carla Maria Whitman** | CHAPTER: **7**<br>CASE NUMBER: **8:15-bk-12147-ES** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**120 Vantis, Suite 300**
**Aliso Viejo, CA 92656**

A true and correct copy of the foregoing document entitled (*specify*): ):  **SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL ABANDONMENT OF PROPERTY BY TRUSTEE; DECLARATION OF APPRAISER THOMAS FAIRBANKS IN SUPPORT THEREOF**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On )   **June 24, 2016**   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On )   **June 24, 2016**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on )   **June 24, 2016**   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 24, 2016** | **Eva J. Sieg** | /s/ **Eva J. Sieg** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

4
**SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL**
**ABANDONMENT OF PROPERTY BY TRUSTEE**

VANTIS LAW FIRM

| In re:<br>**Matthew Jason Whitman**<br>**Carla Maria Whitman** | CHAPTER: **7**<br>CASE NUMBER: **8:15-bk-12147-ES** |
|---|---|

**ADDITIONAL SERVICE INFORMATION:**

**VIA NOTICE OF ELECTRONIC FILING (NEF)**
- Caren J Castle on behalf of Interested Party Courtesy NEF (wdk@wolffirm.com, wdk@wolffirm.com)
- Marian Garza on behalf of Debtor Matthew Jason Whitman (ecfnotices@ascensioncapitalgroup.com)
- Beth Gaschen on behalf of Trustee Jeffrey I Golden (TR) (bgaschen@wgllp.com; kadele@wgllp.com; lfisk@wgllp.com; tziemann@wgllp.com)
- Jeffrey I Golden (TR) (ljones@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com; lfisk@wgllp.com)
- Christopher J Green on behalf of Trustee Jeffrey I Golden (TR) (cgreen@lwgfllp.com; chrisgreen@ucla.edu; kadele@lwgfllp.com; lfisk@lwgfllp.com; christopher-green-2815@ecf.pacerpro.com)
- Leslie M Klott on behalf of Creditor Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee (bankruptcy@zievelaw.com)
- Derik N Lewis on behalf of Debtor Matthew Jason Whitman (dlewis@vantislaw.com; esieg@vantislaw.com)
- Derik N Lewis on behalf of Joint Debtor Carla Maria Whitman (dlewis@vantislaw.com; esieg@vantislaw.com)
- Christina J O on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact, and its successors and/or assignees (christinao@mclaw.org; erica@mclaw.org)
- United States Trustee (SA) (ustpregion16.sa.ecf@usdoj.gov)

**VIA OVERNIGHT MAIL**
**The Honorable Erithe A. Smith**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5040 / Courtroom 5A**
**Santa Ana, CA 92701-4593**

**DEBTOR VIA REGULAR MAIL:**
**Matthew Jason Whitman**
**Carla Maria Whitman**
**111 Via Lida Soud**
**Newport Beach, CA 92663**

| **CREDITOR VIA CERTIFIED MAIL TO AN OFFICER**<br>**American Express Bank**<br>**c/o American Express Company**<br>**200 Vesey Street**<br>**New York, New York 10285**<br>**Attention: Kenneth I. Chenault, CEO** | **CREDITOR VIA CERTIFIED MAIL TO AN OFFICER**<br>**Bank of America, NA**<br>**100 North Tryon Street**<br>**Charlotte, NC 28255-0001**<br>**Attention: Bryan T. Moynihan, CEO** |
|---|---|
| **CREDITOR VIA CERTIFIED MAIL TO AN OFFICER**<br>**American Express Centurion Bank**<br>**c/o American Express Company**<br>**200 Vesey Street**<br>**New York, New York 10285**<br>**Attention: Kenneth I. Chenault, CEO** | **CREDITOR VIA CERTIFIED MAIL TO AN OFFICER**<br>**California Bank & Trust**<br>**11622 El Camino Real Suite 200**<br>**San Diego, California 92130**<br>**Attention: David E. Blackford, CEO** |

5
**SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL**
**ABANDONMENT OF PROPERTY BY TRUSTEE**

VANTIS LAW FIRM

| | |
|---|---|
| **CREDITOR VIA CERTIFIED MAIL TO AN OFFICER**<br>Capital One Bank<br>1680 Capital One Drive<br>McLean Virginia 22102<br>Attention: Richard D. Fairbank, CEO | **CREDITOR VIA US MAIL**<br>Ronald S. Caswell<br>1625 Warnall Ave.<br>Los Angeles CA 90024 |
| **CREDITOR VIA CERTIFIED MAIL TO AN OFFICER**<br>City National Bank<br>City National Plaza<br>555 South Flower Street<br>Los Angeles, CA 90071<br>Attention: Russell Goldsmith, CEO | **CREDITOR VIA US MAIL TO AN OFFICER**<br>Skyline Pools of Hawaii, Inc.<br>154 Kupuohi St Ste E6<br>Lahaina, HI 96761<br>Attention William Hoy, President |
| **CREDITOR VIA CERTIFIED MAIL TO AN OFFICER**<br>E*Trade Bank<br>671 North Glebe Road<br>10th Floor<br>Arlington, VA 22203<br>Attention Paul Thomas Idzik, CEO | **CREDITOR VIA US MAIL TO AN OFFICER**<br>Skyline Pools of Hawaii, Inc.<br>426 WILLOW RD<br>MENLO PARK, California 94025<br>Attention William Hoy, President |
| **CREDITOR VIA CERTIFIED MAIL TO AN OFFICER**<br>FDS Bank<br>9111 Duke Boulevard<br>Suite 100<br>Mason, OH 45040<br>Attention: Teresa Huxel, CEO | **CREDITOR VIA US MAIL TO AN OFFICER**<br>Robertson's Ready Mix, Ltd<br>200 S. Main St., Ste 200<br>Corona, CA 92882<br>Greg Edwards, President |
| **CREDITOR VIA CERTIFIED MAIL TO AN OFFICER**<br>Flagstar Bank, FSB<br>5151 Corporate Dr<br>Troy, MI 48098<br>Attention: Alessandro P. DiNello, CEO | **CREDITOR VIA US MAIL TO AN OFFICER**<br>American Contractors Indemnity Company<br>13403 NW FWY<br>HOUSTON TX 77040<br>Attention: Adam S. Pessin, President |
| **CREDITOR VIA CERTIFIED MAIL TO AN OFFICER**<br>JP Morgan Chase Bank<br>270 Park Avenue<br>New York New York 10017<br>Attention: Jamie Dimon, CEO | **CREDITOR (IRS) VIA US MAIL TO THE ATTORNEY GENERAL OF THE UNITED STATES**<br>Office of the Attorney General of the United States<br>United States Department of Justice<br>Ben Franklin Station<br>P. O. Box 683<br>Washington, DC 20044 |
| **CREDITOR VIA CERTIFIED MAIL**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **CREDITOR VIA US MAIL**<br>Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 |
| **CREDITOR (IRS) VIA CERTIFIED MAIL TO CIVIL PROCESS CLERK**<br>Civil Process Clerk<br>United States Attorney's Office<br>Federal Building, Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Account Management Ser<br>5300 Orange Ave Ste 120<br>Cypress, CA 90630<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER**<br>Bridle Creek Homeowners Association<br>2900 Adams St Suite C-200<br>Riverside, CA 92504<br>Attention: Denise Walker, President | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>AFNI, Inc.<br>P.O. BOX 3517<br>Bloomington, IL 61702-3517<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER**<br>Lido Isle Community Association<br>701 Via Lido Soud<br>Newport Beach, CA 92663<br>Attention: Fred J. Barnes, President | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>American Claims Services<br>PO Box 19450<br>Houston, TX 77224-9450<br>Attention:  President, CEO or Managing Agent |

**SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL
ABANDONMENT OF PROPERTY BY TRUSTEE**

VANTIS LAW FIRM

| | |
|---|---|
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>American Collection Systems Inc.<br>P.O. Box 1968<br>Southgate, MI 48195-0968<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL**<br>City of Newport Beach<br>Office of the City Clerk<br>P.O. Box 1768<br>Newport Beach, CA  92658 |
| **CREDITOR VIA US MAIL**<br>Angelus Block<br>11374 Tuxford<br>Sun Valley, CA 91352 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Clay Chapman Iwamura Pulice Nervell<br>700 Bishop Street, Suite 2100<br>Honolulu, HI 96813<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Art & Automation<br>1826 Wila Pa Loop, Suite 3<br>Wailuku, HI 96793<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>CLC<br>P.O. Box 5570, Locator BR-YB01-05<br>Cleveland, OH 44101-0570<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>AT&T<br>P.O. Box 571<br>Fort Mill, SC 29716-0571<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>CMS<br>1610 East Street Andrew Place, Suite B-150<br>Santa Ana, CA 92705<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Bloomingdales<br>PO Box 183083<br>Columbus, OH 43218-3084<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL**<br>County of Maui Department of Finance<br>Real Property Tax Division<br>70 East Kaahumanu Ave A16<br>Kahului, HI 96732 |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>BMW Financial Services<br>811 Green Crest Dr<br>Westerville, OH 43081<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL**<br>County of Maui Dept Environmental Mgt<br>2200 Main Streets, Suite 100<br>Wailuku, HI 96793 |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>BSI Financial Services<br>7500 Old Georgetown Road, Suite 1350<br>Bethesda, MD 20814<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL**<br>County of Maui Tax Collector<br>70 E. Kaahumanu Av #A16<br>Kahului, HI 96732-2196 |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Capital Pacific Holdings LLC<br>4100 MacArthur Blvd,<br>Newport Beach, CA 92660<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Coastal Living Magazine<br>P.O. Box 62120<br>Tampa, FL 33662-2120<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Centex Homes<br>2728 North Harwood<br>Dallas, TX 75201<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Corman Leigh Communities<br>32823 Temecula Parkway<br>Temecula, CA 92592<br>Attention:  President, CEO or Managing Agent |
| | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Bloomingdales<br>PO Box 8053<br>Mason, OH 45040<br>Attention:  President, CEO or Managing Agent |

7

**SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL ABANDONMENT OF PROPERTY BY TRUSTEE**

VANTIS LAW FIRM

| | | |
|---|---|---|
| 1 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 2 | E trade Financial | Granite State Ins Co |
| | 3200 Bristol St #120 | 175 Water Street 18th Floor |
| | Costa Mesa, CA 92626 | New York, NY 10038 |
| 3 | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 4 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 5 | E*trade | Hawaii Water Service Company |
| | 6750 Miller Rd. | P.O. Box 30450 |
| | Brecksville, OH 44141 | Honolulu, HI 96820-0450 |
| 6 | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 7 | **CREDITOR VIA US MAIL** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| | Employment Development Department | HCC Surety |
| 8 | P.O. Box 826846 | 601 S. Figueroa St #1600 |
| | Sacramento, CA 94246-0001 | Los Angeles, CA 90017 |
| 9 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | Attention:  President, CEO or Managing Agent |
| 10 | Ernst Artmann And Associates | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| | Po Box 4200 | HUB Construction Specialties |
| 11 | Laguna Beach, CA 92652 | 379 South I St |
| | Attention:  President, CEO or Managing Agent | San Bernardino, CA 92410 |
| 12 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | Attention:  President, CEO or Managing Agent |
| 13 | Fenceworks | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| | 870 N. Main St | Insurance Associates Inc. |
| 14 | Riverside, CA 92501 | 800 Bethel Street, Suite 200 |
| | Attention:  President, CEO or Managing Agent | Honolulu, Hawaii 96813 |
| 15 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | Attention:  President, CEO or Managing Agent |
| 16 | Fireman's Fund | **CREDITOR VIA US MAIL** |
| | Dept. CH-10273 | Jeff Jacobs, Esq |
| 17 | Columbus, OH 43218-3083 | 15770 Laguna Canyon Road #100 |
| | Attention:  President, CEO or Managing Agent | Irvine, CA 92618 |
| 18 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 19 | First Insurance of HI | Kaanapali Golf Estates |
| | P.O. Box 2866 | P.O. Box 60578 |
| 20 | Honolulu, HI 96803 | Phoenix, AZ 85082-0578 |
| | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 21 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 22 | Ford Credit | Koeller Nebeker Carlson Haluck |
| | P.O. Box 790119 | 225 Broadway 21st Floor |
| 23 | Saint Louis, MO 63179-0019 | San Diego, CA 92101 |
| | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 24 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 25 | Good Wildman Hegness & Walley | Land Rover Capital Group |
| | 5000 Campus Drive | PO Box 78069 |
| 26 | Newport Beach, CA 92660 | Phoenix, AZ 85062-8069 |
| | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 27 | | |
| 28 | | |

8

**SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL ABANDONMENT OF PROPERTY BY TRUSTEE**

VANTIS LAW FIRM

| | |
|---|---|
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Lloyds of London<br>306 West Main Street. Suite 409<br>Frankfort, KY 40601<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Nationwide Credit<br>PO Box 26314<br>Lehigh Valley, PA 18002<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Macys/United Collection Bureau<br>P.O. Box 1448<br>Maumee, OH 43537<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>NCO<br>PO Box 12100<br>Dept 64<br>Trenton, NJ 08650<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Maraney Gibbons & Martin<br>2192 Martin Street, Suite 260<br>Irvine, CA 92612<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Neiman Marcus<br>P.O. BOX 650589<br>Dallas, TX 75265-0589<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Maui Collection Service<br>1885 Main St Ste 106<br>Wailuku, HI 96793<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL**<br>OC Treasurer Tax Collector<br>PO Box 1438<br>Santa Ana, CA 92702-1438 |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Maui Electric Co<br>PO Box 398<br>Kahului, HI 96733-6898<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Oceanic Time Warner Cable<br>P.O. Box 1187<br>Kailua, HI 96734<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Medcah Inc<br>320 Uluniu St Ste 5<br>Kailua, HI 96734<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>OCS Recovery Inc<br>P.O. Box 87<br>Lake Elsinore, CA 92531<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Meritage Homes of Ca, Inc.<br>8800 East Raintree Drive<br>Scottsdale Arizona 85260<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>OCTA<br>P.O. Box 14184<br>Orange, CA 92863-1584<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Millennium<br>1722 Routh St #1500<br>Dallas, TX 75201-2533<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Ocwen Loan Servicing, LLC<br>PO Box 24646<br>West Palm Beach, FL 33416-4646<br>Attention:  President, CEO or Managing Agent |
| **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>MRS Associates<br>1930 Olnet Ave<br>Cherry Hill, NJ 08003<br>Attention:  President, CEO or Managing Agent | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**<br>Portfolio Recovery<br>120 Corporate Blvd, Ste 100<br>Norfolk, VA 23502<br>Attention:  President, CEO or Managing Agent |

9

**SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL
ABANDONMENT OF PROPERTY BY TRUSTEE**

VANTIS LAW FIRM

| | | |
|---|---|---|
| 1 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 2 | Professional Credit Se<br>2892 Crescent Ave<br>Eugene, OR 97408 | Tek Collect<br>PO Box 1269<br>Columbus, OH 43216 |
| 3 | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 4 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 5 | Revenue Cycle Management<br>3221 Waialae Avenue, Suite 338<br>Honolulu, HI 96816-5831 | The Pinnacle at Kaanapali Subd<br>36 East Mahi Pua Place<br>Lahaina, HI 96761 |
| 6 | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 7 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 8 | Rogers Gardens Landscape LLP<br>2301 San Joaquin Hills Road<br>Corona Del Mar, CA 92625 | Toll Roads<br>P.O. Box 68039<br>Anaheim, CA 92817 |
| 9 | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 10 | **CREDITOR VIA US MAIL**<br>Roland Beverly MD | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 11 | 24541 Pacific Park Drive, Ste 103<br>Aliso Viejo, CA 92656 | Turner Riverwalk Assn.<br>1155 Sportfisher, #120<br>Westlake Village, CA 91361 |
| 12 | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 13 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 14 | Saddleback Women's Medical Group<br>24411 Health Center Drive Suite 640<br>Laguna Hills, CA 92653 | Verizon Wireless<br>P.O. Box 9100<br>Farmingdale, NY 11735-9100 |
| 15 | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 16 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 17 | Samuels, Green & Steel<br>19800 MacArthur Blvd # 1000<br>Irvine, CA 92612 | Visa Dept. Stores<br>9111 Duke Blvd<br>Mason, OH 45040 |
| 18 | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 19 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 20 | Specialized Loan Servicing LLC<br>8742 Lucent Boulevard, Ste 300<br>Highlands Ranch, CO 80129 | VW Credit Inc.<br>P.O. Box 923747<br>Norcross, GA 30010-3747 |
| 21 | Attention:  President, CEO or Managing Agent | Attention:  President, CEO or Managing Agent |
| 22 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** |
| 23 | SRA Associates, Inc<br>401 Minnetonka Road<br>Somerdale, NJ 08083 | Western Municipal Water Dis.<br>14205 Meridian Parkway<br>Riverside, CA 92518 |
| 24 | Attention:  President, CEO or Managing Agent | |
| 25 | **CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT** | |
| 26 | State Fund<br>P.O. Box 8192<br>Pleasanton, CA 94588 | |
| 27 | Attention:  President, CEO or Managing Agent | |
| 28 | | |

10

**SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL
ABANDONMENT OF PROPERTY BY TRUSTEE**

VANTIS LAW FIRM