**VANTIS LAW FIRM, P.C.**
Derik N. Lewis, SBN 219981
120 Vantis, Suite 300
Aliso Viejo, California 92656
Telephone: (949) 216-0935
Facsimile: (949) 296-0935

Attorney for Debtors
MATTHEW JASON WHITMAN
CARLA MARIA WHITMAN

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| IN RE<br><br>MATTHEW JASON WHITMAN<br>CARLA MARIA WHITMAN,<br><br>*Debtors*. | CASE NO. 8:15-bk-12147-ES<br><br>CHAPTER: 7<br><br>THE HONORABLE ERITHE A. SMITH<br><br>**SUPPLEMENT TO DEBTOR'S MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY); DECLARATION OF APPRAISER THOMAS FAIRBANKS IN SUPPORT THEREOF**<br><br>**NO HEARING DATE PURSUANT TO L.R.B.P. 9013-1(o)** |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE AND INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** Matthew Jason Whitman and Carla Maria Whitman (*"Debtors"*) hereby submit this Supplement (the *"Supplement"*) to their Motion to Avoid Lien of Ronald S. Caswell under 11 U.S.C. §522(f) (the *"Motion"*, Dkt. No. 35) with respect to the home located at 111 Via Lido Soud, Newport Beach, CA 92663 (the *"Property"*).

In consideration of Debtors' 522(f) Motion to Avoid Lien of Ronald S. Caswell, the Court requested an analysis or explanation regarding Mr. Fairbanks' application of adjustments reflecting

---
1
**SUPPLEMENT TO DEBTORS' MOTION TO AVOID
LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)**

1 variances as to the comparable properties set forth in his appraisal.  The updated Appraisal attached

2 hereto includes the specific adjustments applied by the appraiser, Mr. Fairbanks, and evidences a

3 value of $4,250,000 for the Property.  All other aspects of the Motion remain accurate and the

4 judicial lien should be avoided accordingly.

6 DATED:  June 28, 2016                                          **VANTIS LAW FIRM, P.C.**

8                                                                                    By: _____
                                                                                            Derik N. Lewis
9                                                                                            Attorney for Debtors
                                                                                            MATTHEW JASON WHITMAN
10                                                                                          CARLA MARIA WHITMAN

## DECLARATION OF THOMAS FAIRBANKS

I, THOMAS FAIRBANKS, declare under penalty of perjury that the following is true and correct:

1. I am a resident of the State of California. I am over 18 years of age and am competent to make this Declaration.

2. I have personal knowledge of the facts and circumstances set forth herein. If called upon as a witness, I could and would competently testify under oath with respect thereto.

3. I am a licensed Real Estate Appraiser with license number AR038274.

4. On or about June 21, 2016, I conducted an appraisal of the real property located at 111 Via Lido Soud, Newport Beach, California 92663 (the "Subject Property").

5. In preparing the Appraisal Report, I performed market research. In determining the fair market value for the Subject Property, the sales comparison approach was considered to be the most reliable because it most accurately simulates buyers' perceptions and actions.

6. Based upon my research as well as my training, education and professional experience as a residential appraiser, it is my professional opinion that the Subject Property has a fair market value of $4,250,000.00 as of June 22, 2016. A true and correct copy of the Appraisal Report is attached hereto as **Exhibit "1"**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on June __28__, 2016 at <u>Newport Beach</u>, California.

_____
THOMAS FAIRBANKS

---

3
**SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL ABANDONMENT OF PROPERTY BY TRUSTEE**

VANTIS LAW FIRM

| In re:<br>**Matthew Jason Whitman**<br>**Carla Maria Whitman** | CHAPTER: **7**<br>CASE NUMBER: **8:15-bk-12147-ES** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**120 Vantis, Suite 300**
**Aliso Viejo, CA 92656**

A true and correct copy of the foregoing document entitled (*specify*):   **SUPPLEMENT TO DEBTOR'S MOTION TO COMPEL ABANDONMENT OF PROPERTY BY TRUSTEE; DECLARATION OF APPRAISER THOMAS FAIRBANKS IN SUPPORT THEREOF**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On    **June 28, 2016**   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On )   **June 28, 2016**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on    **June 28, 2016**   , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **June 28, 2016** | **Eva J. Sieg** | **/s/  Eva J. Sieg** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

VANTIS LAW FIRM

1
**PROOF OF SERVICE**

| In re:<br>**Matthew Jason Whitman**<br>**Carla Maria Whitman** | CHAPTER: **7**<br>CASE NUMBER: **8:15-bk-12147-ES** |
|---|---|

**ADDITIONAL SERVICE INFORMATION:**

**VIA NOTICE OF ELECTRONIC FILING (NEF)**
- Caren J Castle on behalf of Interested Party Courtesy NEF (wdk@wolffirm.com, wdk@wolffirm.com)
- Marian Garza on behalf of Debtor Matthew Jason Whitman (ecfnotices@ascensioncapitalgroup.com)
- Beth Gaschen on behalf of Trustee Jeffrey I Golden (TR) (bgaschen@wgllp.com; kadele@wgllp.com; lfisk@wgllp.com; tziemann@wgllp.com)
- Jeffrey I Golden (TR) (ljones@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com; lfisk@wgllp.com)
- Christopher J Green on behalf of Trustee Jeffrey I Golden (TR) (cgreen@lwgfllp.com; chrisgreen@ucla.edu; kadele@lwgfllp.com; lfisk@lwgfllp.com; christopher-green-2815@ecf.pacerpro.com)
- Leslie M Klott on behalf of Creditor Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee (bankruptcy@zievelaw.com)
- Derik N Lewis on behalf of Debtor Matthew Jason Whitman (dlewis@vantislaw.com; esieg@vantislaw.com)
- Derik N Lewis on behalf of Joint Debtor Carla Maria Whitman (dlewis@vantislaw.com; esieg@vantislaw.com)
- Christina J O on behalf of Creditor U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, by Caliber Home Loans, Inc., as its attorney in fact, and its successors and/or assignees (christinao@mclaw.org; erica@mclaw.org)
- United States Trustee (SA) (ustpregion16.sa.ecf@usdoj.gov)

**VIA OVERNIGHT MAIL**
**The Honorable Erithe A. Smith**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5040 / Courtroom 5A**
**Santa Ana, CA 92701-4593**

| **DEBTOR VIA REGULAR MAIL:**<br>**Matthew Jason Whitman**<br>**Carla Maria Whitman**<br>**111 Via Lida Soud**<br>**Newport Beach, CA 92663** | **CREDITOR BY CERTIFIED MAIL TO AN OFFICER**<br>American Express Bank<br>c/o American Express Company<br>200 Vesey Street<br>New York, New York 10285<br>Attention: Kenneth I. Chenault, CEO |
|---|---|
| **CREDITOR BY CERTIFIED MAIL**<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | **CREDITOR BY CERTIFIED MAIL TO AN OFFICER**<br>American Express Centurion Bank<br>c/o American Express Company<br>200 Vesey Street<br>New York, New York 10285<br>Attention: Kenneth I. Chenault, CEO |
| **CREDITOR (IRS) BY CERTIFIED MAIL TO CIVIL PROCESS CLERK**<br>Civil Process Clerk<br>United States Attorney's Office<br>Federal Building, Room 7516<br>300 North Los Angeles Street<br>Los Angeles, CA 90012 | **CREDITOR BY CERTIFIED MAIL TO AN OFFICER**<br>California Bank & Trust<br>11622 El Camino Real Suite 200<br>San Diego, California 92130<br>Attention: David E. Blackford, CEO |

VANTIS LAW FIRM

2

**PROOF OF SERVICE**

| | |
|---|---|
| **CREDITOR BY CERTIFIED MAIL TO AN OFFICER**<br>Bank of America, NA<br>100 North Tryon Street<br>Charlotte, NC 28255-0001<br>Attention: Bryan T. Moynihan, CEO | **CREDITOR BY US MAIL TO AN OFFICER**<br>American Contractors Indemnity Company<br>13403 NW FWY<br>HOUSTON TX 77040<br>Attention: Adam S. Pessin, President |
| **CREDITOR BY CERTIFIED MAIL TO AN OFFICER**<br>Flagstar Bank, FSB,<br>5151 Corporate Dr<br>Troy, MI 48098<br>Attention: Alessandro P. DiNello, CEO | **CREDITOR (IRS) BY US MAIL TO THE ATTORNEY GENERAL OF THE UNITED STATES**<br>Office of the Attorney General of the United States<br>United States Department of Justice<br>Ben Franklin Station<br>P. O. Box 683<br>Washington, DC 20044 |
| **CREDITOR BY US MAIL TO AN OFFICER**<br>Bridle Creek Homeowners Association<br>2900 Adams St Suite C-200<br>Riverside, CA 92504<br>Attention: Denise Walker, President | **CREDITOR BY US MAIL**<br>Franchise Tax Board Chief Counsel<br>c/o General Counsel Section<br>P.O. Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 |
| **CREDITOR BY US MAIL TO AN OFFICER**<br>Lido Isle Community Association<br>701 Via Lido Soud<br>Newport Beach, CA 92663<br>Attention: Fred J. Barnes, President | |
| **CREDITOR BY US MAIL**<br>Ronald S. Caswell<br>1625 Warnall Ave.<br>Los Angeles CA 90024 | |
| **CREDITOR BY US MAIL TO AN OFFICER**<br>Skyline Pools of Hawaii, Inc.<br>154 Kupuohi St Ste E6<br>Lahaina, HI 96761<br>Attention William Hoy, President | |
| **CREDITOR BY US MAIL TO AN OFFICER**<br>Skyline Pools of Hawaii, Inc.<br>426 WILLOW RD<br>MENLO PARK, California 94025<br>Attention William Hoy, President | |
| **CREDITOR BY US MAIL TO AN OFFICER**<br>Robertson's Ready Mix, Ltd<br>200 S. Main St., Ste 200<br>Corona, CA 92882<br>Greg Edwards, President | |