

## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**

111 Via Lido Soud
TR 907 LOT 881(AND SELY1/2 LOT 880(AND NWLY 9.25 FT LOT 882
Newport Beach, CA 92663

**FOR:**

Lawyers Realty Group
7700 Irvine Center Drive # 800
Irvine, CA  92618

**AS OF:**

06/21/2016

**BY:**

Thomas Fairbanks
Appraisal Now
13542 Onkayha Circle
Irvine, CA 92620

# Appraisal Now
## DESKTOP VALUATION
## SUMMARY APPRAISAL REPORT

File # LRG111-6/21/2016
Loan #

### IDENTIFICATION & MARKET AREA

| Field | Value | Field | Value |
|---|---|---|---|
| Lender/Client Name: | Lawyers Realty Group | Lender/Client Contact: | Derek Lewis |
| Lender/Client Address: | 7700 Irvine Center Drive # 800, Irvine, CA 92618 | | |
| Borrower/Applicant: | N/A | Current Owner: | Whitman Matthew J & Carla M |
| Subject Property Address: | 111 Via Lido Soud | City: Newport Beach | State: CA  ZIP: 92663 |
| Census Tract: | 0629.00 | Map Ref.: 888-H7 | County: Orange |
| Legal Description: | TR 907 LOT 881(AND SELY1/2 LOT 880(AND NWLY 9.25 FT LOT 882 | | |
| Property Type: | [X] SFR  [ ] PUD  [ ] Condo  [ ] Coop  [ ] Multifamily  [ ] Other: | | |
| Interest Appraised: | [X] Fee Simple  [ ] Leasehold  [ ] Leased Fee  [ ] Other (describe) | | |

**Market Value Trend:** [ ] Increasing  [X] Stable  [ ] Declining
**Market Area Name:** Newport Beach
**Typical Market Price Range:** $850,000 to $10,195,000  **Predominant:** $2,500,000
**Typical Market Age Range:** 1 yrs. to 108 yrs.  **Predominant:** 50 yrs.

### SALES COMPARISON APPROACH

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 111 Via Lido Soud, Newport Beach, CA 92663 | 113 Via Lido Soud, Newport Beach, CA 92663 | 208 Via Lido Nord, Newport Beach, CA 92663 | 401 Piazza Lido, Newport Beach, CA 92663 |
| Proximity to Subject | | 0.01 miles S | 0.11 miles E | 0.31 miles SE |
| Sales Price | $ N/A | $ 3,325,000 | $ 4,175,000 | $ 5,199,000 |
| Price/Gross Living Area | $ /Sq. Ft. | $ 921.05 /Sq. Ft. | $ 1,337.71 /Sq. Ft. | $ 1,039.80 /Sq. Ft. |
| Date of Sale | N/A | 04/29/2016 | 01/19/2016 | 11/13/2015 |
| Location | Good | Good | Good | Average |
| Site Size | 4,882 sf | 3,668 sf | 2,700 sf | 6,098 sf |
| Site View | Bay View | Bay View | Bay View | None |
| Design (Style) | Conventional | Conventional | Conventional | Conventional |
| Age (yrs.) | 75 Years | 46 Years | 48 Years | 25 Years |
| Condition | Average | Average | Average | Average |
| Above Grade Room Count | Total Rooms 10 / Bedrooms 5 / Bath(s) 4.5 | Total Rooms 8 / Bedrooms 4 / Bath(s) 4 | Total Rooms 8 / Bedrooms 4 / Bath(s) 4 | Total Rooms 12 / Bedrooms 5 / Bath(s) 5.5 |
| Gross Living Area | 4,036 Sq. Ft. | 3,610 Sq. Ft. | 3,121 Sq. Ft. | 5,000 Sq. Ft. |
| Basement | None | None | None | None |
| Heating/Cooling | FAU/CAC | FAU/CAC | FAU/CAC | FAU/CAC |
| Garage/Carport | 3 Car Garage | 3 Car Garage | 2 Car Garage | 4 Car Garage |
| Porch, Patio, Deck, etc. | Porch/Patio | Porch/Patio | Porch/Patio | Porch/Patio/Pool |
| Amenities/Upgrades | Boat Dock | Boat Dock | Boat Dock | None |
| **Overall Comparison to Subject Property** | | [ ] Superior [X] Similar [ ] Inferior | [ ] Superior [X] Similar [ ] Inferior | [ ] Superior [X] Similar [ ] Inferior |

### RELATIVE COMPARISON ANALYSIS

See attached addenda.

The appraiser has researched the sales and listing history of the subject property for the past three years:
[ ] The subject has not transferred ownership or been listed for sale during this period.
[X] The subject was  [ ] sold  [X] listed for $ 3,125,000  on (date) 03/16/2016.
                    [ ] sold  [ ] listed for $           on (date)            .

Comments: The subject was listed on 03/14/2016 for $3,125,000 and was canceled on 03/16/2016. (CRMLS #OC16053316). The transfer/listing history of the subject and comparables does not adversely effect the final opinion of value.

Opinion of Market Value is $ 4,250,000 , as of 06/21/2016 , which is the effective date of this report.

### CERTIFICATIONS AND LIMITING CONDITIONS

The undersigned appraiser has performed a desktop valuation of the subject property.  No physical inspection of the subject property was performed.

**PURPOSE OF APPRAISAL:** The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report based upon a qualitative sales comparison analysis.
**INTENDED USE:** This appraisal is intended for use only by the client and/or its subsidiaries. The purpose of this appraisal is to help the client determine the market value of the subject property.
**INTENDED USER(S):** The intended user(s) of this appraisal report is the Lender/Client named herein.
**HIGHEST AND BEST USE:** The Highest and Best Use of the subject property is assumed to be its present use; that is, one-four (1-4) family residential use.
**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and acting in what they consider their own best interests; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concession granted by anyone associated with the sale.

## CERTIFICATIONS AND LIMITING CONDITIONS

**SCOPE OF WORK:** The scope of this appraisal consists of identifying the characteristics of the subject property that are relevant to the purpose and intended use of the appraisal. This may be accomplished by reviewing public record data, prior appraisal or other documentation from a disinterested source and which is considered reliable from the appraiser's perspective. Unless otherwise noted in the appraisal, no interior or exterior inspection of the subject property has been made.  In developing this appraisal, the appraiser has incorporated only the Sales Comparison approach. The appraiser has excluded the Cost and Income approaches as not being relevant, given the agreed upon Scope of Work. The appraiser has determined that this appraisal process is not so limited that the results of the assignment are no longer credible, and the client agrees that the limited service is appropriate given the intended use. The data sources for the comparable sales may include public record data services, multiple listing services, automated valuation models and/or other data sources that become available. The confirmation of comparable sale data, i.e. closed sale documentation and property characteristics, is via public data sources only. The appraiser has not viewed the sales in the field. The data is collected, verified and analyzed, in accordance with the scope of work identified and the intended use of the appraisal. The appraiser acknowledges that an estimate of a reasonable time for the exposure in the open market is a condition in the definition of market value. The subject's marketing time is assumed to be typical for the subject's market area unless otherwise stated.

In the absence of an inspection, the appraiser has made some basic assumptions, including the following:

**1.** The subject property is assumed to be in average overall condition and generally conforms to the neighborhood in terms of style, condition and construction materials.
**2.** There are no adverse environmental conditions (hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.
**3.** There are no significant discrepancies between the public record information or other data sources and the existing site or improvements.

**ANALYSIS OF ANY CURRENT AGREEMENT OF SALE, PRIOR SALE WITHIN THREE YEARS AND RECONCILIATION:** Unless otherwise noted, the appraiser has no knowledge of any current agreement of sale nor any current or past listing agreement. Prior sales of the subject property within three years of the effective date of this appraisal have been researched and reported, if available from public record sources. The appraiser has reconciled the quality and quantity of data available into an Opinion of Market Value, in accordance with the intended use and scope of work.

**STATEMENT OF CONTINGENT AND LIMITING CONDITIONS:** The Appraiser's Certification that appears in this report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect the subject property.
2. The appraiser assumes the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
3. The appraiser will not give testimony or appear in court because he or she performed this appraisal unless specific arrangements to do so have been made beforehand.
4. Except as noted herein, the appraiser has not made an exterior or interior inspection of the subject property. The appraiser assumes that there are no adverse conditions associated with the improvements or the subject site. Unless otherwise stated in this report, the appraiser has no knowledge of any hidden or apparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) present in the improvements, on the site or in the immediate vicinity that would make property more or less valuable, and has assumed that there are no such conditions. The appraiser makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser assumes that the improvements are in average condition. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report may not be considered an environmental assessment of the property.
5. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers reliable and has no reason to believe them to be other than true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
6. The appraiser will not disclose the content of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

**APPRAISER'S CERTIFICATION:** The appraiser certifies, to the best of my knowledge and belief:

**1.** The statements of fact contained in this report are true and correct.
**2.** The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.
**3.** I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.
**4.** I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
**5.** My engagement in this assignment was not contingent upon the development or reporting of predetermined results.
**6.** My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
**7.** My analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
**8.** I have not made a personal inspection of the property that is the subject of this report, nor did I make inspections of the comparable sales.
**9. No one provided significant real property appraisal assistance to the person signing this report, unless otherwise noted and acknowledged within this report.**

**Extraordinary Assumption:** It is assumed that all structures, given value in this report are legally permitted as stated in this report. It is assumed that there are no unknown geological or environmental adverse issues. The physical characteristics of the comparables were either verified through county records, multiple listing service, and or homeowner verification, assumed to be as stated. The comparables are assumed to have no sales concessions. It is assumed that the subjects lot size is as stated. The current zoning is assumed to be as stated in this report. The legal age of the home is assumed to be as stated. The indicated flood zone and type is assumed to be as stated. If any of these items are found to be not true or incorrect, I reserve the right to change my appraisal.

I previously completed desktop appraisals of the subject property on 03/24/2015 and 01/05/2016.

| ADDRESS OF PROPERTY APPRAISED: | LENDER/CLIENT: |
|---|---|
| 111 Via Lido Soud<br>Newport Beach, CA 92663 | Contact: Derek Lewis<br>Company Name: Lawyers Realty Group<br>Company Address: 7700 Irvine Center Drive # 800<br>Irvine, CA 92618 |
| OPINION OF VALUE OF THE SUBJECT PROPERTY: $  4,250,000 | |
| EFFECTIVE DATE OF APPRAISAL:  06/21/2016 | |

| APPRAISER: | SUPERVISORY or CO-APPRAISER (if applicable): |
|---|---|
| Signature: *[signed]* | Signature: |
| Name: Thomas Fairbanks | Name: |
| Company Name: Appraisal Now | Company Name: |
| Company Address: 13542 Onkayha Cir<br>Irvine, CA 92620-3233 | Company Address: |
| Date of Report/Signature: 06/21/2016 | Date of Report/Signature: |
| License or Certification #: AR038274 | License or Certification #: |
| Designation: Certified Residential    ST: CA | Designation:    ST: |
| Expiration Date of Certification or License: 09/13/2017 | Expiration Date of Certification or License: |

File No. LRG111-6/21/2016
Loan No.

| FEATURE | SUBJECT | | | COMPARABLE SALE # 4 | | | COMPARABLE SALE # 5 | | | COMPARABLE SALE # 6 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALES COMPARISON APPROACH** | | | | | | | | | | | | |
| Address | 111 Via Lido Soud<br>Newport Beach, CA 92663 | | | 708 Via Lido Nord<br>Newport Beach, CA 92663 | | | 760 Via Lido Soud<br>Newport Beach, CA 92663 | | | | | |
| Proximity to Subject | | | | 0.68 miles SE | | | 0.78 miles SE | | | | | |
| Sales Price | $ N/A | | | $ 5,950,000 | | | $ 3,495,000 | | | $ | | |
| Price/Gross Living Area | $            /Sq. Ft. | | | $  1,833.03 /Sq. Ft. | | | $  845.43 /Sq. Ft. | | | $            /Sq. Ft. | | |
| Date of Sale | N/A | | | ACTIVE LISTING | | | ACTIVE LISTING | | | | | |
| Location | Good | | | Good | | | Average | | | | | |
| Site Size | 4,882 sf | | | 3,150 sf | | | 3,960 sf | | | | | |
| Site View | Bay View | | | Bay View | | | Residential | | | | | |
| Design (Style) | Conventional | | | Conventional | | | Conventional | | | | | |
| Age (yrs.) | 75 Years | | | 12 Years | | | 14 Years | | | | | |
| Condition | Average | | | Average | | | Average | | | | | |
| Above Grade | Total Rooms | Bedrooms | Bath(s) | Total Rooms | Bedrooms | Bath(s) | Total Rooms | Bedrooms | Bath(s) | Total Rooms | Bedrooms | Bath(s) |
| Room Count | 10 | 5 | 4.5 | 8 | 4 | 4.5 | 10 | 5 | 5.5 | | | |
| Gross Living Area | 4,036 Sq. Ft. | | | 3,246 Sq. Ft. | | | 4,134 Sq. Ft. | | | Sq. Ft. | | |
| Basement | None | | | None | | | None | | | | | |
| Heating/Cooling | FAU/CAC | | | FAU/CAC | | | FAU/CAC | | | | | |
| Garage/Carport | 3 Car Garage | | | 2 Car Garage | | | 3 Car Garage | | | | | |
| Porch, Patio, Deck, etc. | Porch/Patio | | | Porch/Patio | | | Porch/Patio | | | | | |
| Amenities/Upgrades | Boat Dock | | | Boat Dock | | | None | | | | | |
| **Overall Comparison to Subject Property** | | | | ☐ Superior  ☒ Similar  ☐ Inferior | | | ☐ Superior  ☒ Similar  ☐ Inferior | | | ☐ Superior  ☐ Similar  ☐ Inferior | | |

Comments: Comparables 4 and 5 are current active listings provided to support the final estimate of value.

DVL3 01/2008

Form DVL3.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Exhibit 1 - Page 5

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | **Supplemental Addendum** |  |  |  | File No. | LRG111-6/21/2016 |
| Borrower | N/A |  |  |  |  |  |
| Property Address | 111 Via Lido Soud |  |  |  |  |  |
| City | Newport Beach | County | Orange | State  CA | Zip Code | 92663 |
| Lender/Client | Lawyers Realty Group |  |  |  |  |  |

• **Desktop Valuation Appraisal Summary Report: Sales Comparison Comments**
Sales chosen and provided in this report are considered to be the best available as of the effective date of this appraisal. All comparables are located on Lido Island in Newport Harbor. No adjustments were applied within the comparable sales grid as this is a Summary Desktop Appraisal and no physical inspection of the interior or exterior of the subject property or any of the comparables provided was conducted. Exterior photos of the comparables provided within this report are from the most recent MLS listings.

When determining the final estimate of value paired sales analysis was used to determine estimated adjustments to reflect the markets reaction to specified characteristics. It is assumed that the subject and comparables are in average condition and the physical characteristics of the comparables which were either verified through county records or multiple listing service are as stated. If any of these items are found to be not true or incorrect, I reserve the right to change my appraisal.

Adjustments were calculated at; $100 per sq. ft. for GLA and applied for a difference of 100 sq. ft. or greater, $30 per sq. ft. for lot size and applied for a difference of 1,000 sq. ft. or greater and $20,000 per bathroom. No bedroom adjustments were applied as this area was given consideration when determining the GLA. Location adjustments of $100,000 were applied to comparables 3 and 5 to reflect their inferior locations as they do not front the harbor. View adjustments of $100,000 were applied to comparables 3 and 5 to reflect their inferior views. An amenities adjustment of $50,000 was applied to comparables 3 and 5 as they do not have access to their own private dock.

Comparable 1 (113 Via Lido Soud)
Sale Price - $3,325,000
Site Adjustment (+$36,420), GLA Adjustment (+42,600), Bathroom Adjustment (+10,000)
**Adjusted Value - $3,414,020**

Comparable 2 (208 Via Lido Nord)
Sale Price - $4,175,000
Site Adjustment (+$65,460), GLA Adjustment (+91,500), Bathroom Adjustment (+10,000), Garage Adjustment (+$10,000)
**Adjusted Value - $4,351,960**

Comparable 3 (401 Piazza Lido)
Sale Price - $5,199,000
Location Adjustment (+100,000), SIte View (+$100,000), Site Adjustment (-$36,480), GLA Adjustment (-96,400),
Bathroom Adjustment (-20,000), Garage Adjustment (-$20,000), Boat Dock (+$50,000)
**Adjusted Value - $5,276,120**

Comparable 4 (708 Via Lido Nord) *ACTIVE LISTING*
Sale Price - $5,950,000
Site Adjustment (+$51,960), GLA Adjustment (+79,000), Bathroom Adjustment (-20,000)
**Adjusted Value - $6,060,960**

Comparable 5 (760 Via Lido Soud) *ACTIVE LISTING*
Sale Price - $3,495,000
Location Adjustment (+100,000), Site View (+$100,000), Bathroom Adjustment (-20,000), Boat Dock (+$50,000)
**Adjusted Value - $3,725,000**

Greatest consideration was given to comparables 1 and 2 when determining the final estimate of value as they are the most similar closed sales in location, view, amenities and gross adjustments. Secondary consideration was given to comparable 3. Comparables 4 and 5 are current active listings provided to support the final estimate.

It is acknowledged that there is a wide range in both sales prices and adjusted values. This is typical for the subject market as age, condition, location, size and amenities vary greatly within the subject market. The range in the adjusted values may be greater than what is typical due to the lack of condition adjustments. Condition adjustments could not be applied due the fact that no physical inspections were conducted and the condition of the subject and comparables could not be determined.

## Comparable Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | 111 Via Lido Soud |
| City | Newport Beach |
| County | Orange |
| State | CA |
| Zip Code | 92663 |
| Lender/Client | Lawyers Realty Group |



### Comparable 1
113 Via Lido Soud
| | |
|---|---|
| Prox. to Subject | 0.01 miles S |
| Sale Price | 3,325,000 |
| Gross Living Area | 3,610 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Good |
| View | Bay View |
| Site | 3,668 sf |
| Quality | |
| Age | 46 Years |



### Comparable 2
208 Via Lido Nord
| | |
|---|---|
| Prox. to Subject | 0.11 miles E |
| Sale Price | 4,175,000 |
| Gross Living Area | 3,121 |
| Total Rooms | 8 |
| Total Bedrooms | 4 |
| Total Bathrooms | 4 |
| Location | Good |
| View | Bay View |
| Site | 2,700 sf |
| Quality | |
| Age | 48 Years |



### Comparable 3
401 Piazza Lido
| | |
|---|---|
| Prox. to Subject | 0.31 miles SE |
| Sale Price | 5,199,000 |
| Gross Living Area | 5,000 |
| Total Rooms | 12 |
| Total Bedrooms | 5 |
| Total Bathrooms | 5.5 |
| Location | Average |
| View | None |
| Site | 6,098 sf |
| Quality | |
| Age | 25 Years |

## Comparable Photo Page

| | |
|---|---|
| Borrower | N/A |
| Property Address | 111 Via Lido Soud |
| City | Newport Beach |
| County | Orange |
| State | CA |
| Zip Code | 92663 |
| Lender/Client | Lawyers Realty Group |



### Comparable 4
708 Via Lido Nord
Prox. to Subject    0.68 miles SE
Sale Price    5,950,000
Gross Living Area    3,246
Total Rooms    8
Total Bedrooms    4
Total Bathrooms    4.5
Location    Good
View    Bay View
Site    3,150 sf
Quality
Age    12 Years



### Comparable 5
760 Via Lido Soud
Prox. to Subject    0.78 miles SE
Sale Price    3,495,000
Gross Living Area    4,134
Total Rooms    10
Total Bedrooms    5
Total Bathrooms    5.5
Location    Average
View    Residential
Site    3,960 sf
Quality
Age    14 Years

### Comparable 6
Prox. to Subject
Sale Price
Gross Living Area
Total Rooms
Total Bedrooms
Total Bathrooms
Location
View
Site
Quality
Age



# Plat Map



## Location Map

| Borrower | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 111 Via Lido Soud | | | | | |
| City | Newport Beach | County | Orange | State CA | Zip Code | 92663 |
| Lender/Client | Lawyers Realty Group | | | | | |



Form MAP_LT.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Exhibit 1 - Page 11

**Aerial Map**

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | N/A | | | | | |
| Property Address | 111 Via Lido Soud | | | | | |
| City | Newport Beach | County | Orange | State | CA | Zip Code 92663 |
| Lender/Client | Lawyers Realty Group | | | | | |



Form MAP_LT.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Exhibit 1 - Page 12

