| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Beth E. Gaschen, State Bar No. 245894<br>bgaschen@lwgfllp.com<br>Christopher J. Green, State Bar No. 295874<br>cgreen@lwgfllp.com<br>LOBEL WEILAND GOLDEN FRIEDMAN LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone: (714) 966-1000<br>Facsimile: (714) 966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Jeffrey I. Golden, Chapter 7 trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>MATTHEW JASON WHITMAN and CARLA MARIA WHITMAN<br><br><br>Debtor(s). | CASE NO.: 8:15-bk-12147-ES<br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 07/21/2016 | **Time:** 10:30 am |
|---|---|
| **Location:** Courtroom 5A, 411 West Fourth Street, Santa Ana, California 92701 | |

**Type of Sale**:  ☐ Public  ☒ Private      **Last date to file objections**: 07/07/2016

**Description of property to be sold**:
 36 East Mahi Pua Place, Lahaina, Hawaii, 96761

**Terms and conditions of sale**:
 See attached notice.

**Proposed sale price**: $ 2,900,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*):**

See attached overbid procedures


**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

July 21, 2016 @ 10:30 a.m.
Courtroom 5A
411 West Fourth Street
Santa Ana, California 92701




**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Beth E. Gaschen
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002
Email: bgaschen@lwgfllp.com




Date: __06/30/2016__


---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                    Page 2                          **F 6004-2.NOTICE.SALE**

**I.      PROPOSED OVERBID PROCEDURES**

Jeffrey I. Golden, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Matthew Whitman and Carla Whitman (the "Debtors"), proposes to sell the real property located at 36 East Mahi Pua Place, Lahaina, Hawaii, 96761 (the "Hawaii Property") subject to overbid.  The Trustee proposes and is requesting approval of the following bidding procedures (the "Bidding Procedures") to be employed in connection with the sale:

(a)      Only a qualified bidder ("Qualified Bidder") may bid on the Hawaii Property. The person(s) specifically identified in the Motion as the "Buyer" will be deemed to be a Qualified Bidder.  The Trustee will determine whether any other prospective purchaser is a Qualified Bidder.  In order to be considered a Qualified Bidder, a prospective purchaser must: (a) deliver to the Trustee, in care of the Trustee's legal counsel at the address set forth at the end of this paragraph, by not later than **4:00 p.m. on July 20, 2016** (the "Qualification Deadline")[1]: (1) a non-contingent written offer to purchase the Hawaii Property on an all cash basis (with the bidder's performance subject only to entry of a Bankruptcy Court order approving the sale as a sale free of liens and interests pursuant to 11 U.S.C. § 363(f)) for a purchase price of no less than $3,000,000, with terms no less favorable to the Estate than those set forth in the Motion; (2) evidence satisfactory to the Trustee of the Qualified Bidder's financial ability to close the Sale within 15 days following entry of the Bankruptcy Court's order approving the sale; and (3) a cashier's check made payable to Jeffrey I. Golden, Chapter 7 Trustee in an amount equal to three percent (3%) of its initial bid (the "Bidding Deposit").  The Trustee's legal counsel for such purposes is identified as follows:  LOBEL WEILAND GOLDEN FRIEDMAN LLP, Attn: Beth E. Gaschen, Esq., 650 Town Center Drive, Suite 950, Costa Mesa, California 92626.

(b)      An auction sale of the Hawaii Property will be conducted at the hearing on the Motion.  Only Qualified Bidders, including the Buyer specifically identified in the

---

[1] The Trustee reserves the right to consider, in his discretion, additional qualifying overbids, up until the time of the hearing on the Motion.

1074636.1

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

1  Motion, will be allowed to bid.  Each incremental bid at the auction must be at least

2  $5,000.00 higher than the prior bid.

3       (c)    Upon the conclusion of the auction, the Trustee will decide which bid is the

4  best bid (the "Successful Bid").  The bidder who made the Successful Bid (the "Successful

5  Bidder") must pay, as the purchase price for the Hawaii Property, the amount of the

6  Successful Bid (receiving credit for its Bidding Deposit), and all closing costs payable by

7  the purchaser, upon the close of the sale.  If the sale of the Hawaii Property to the

8  Successful Bidder fails to occur by reason of any failure of performance, breach or default

9  by the Successful Bidder, then the Successful Bidder's Bidding Deposit will be

10  automatically forfeited to the Trustee as liquidated damages.

11       (d)    Upon the conclusion of the auction, the Trustee may also decide which bid is

12  the second best bid (the "Back-Up Bid").  If the Successful Bidder fails to close the sale of

13  the Hawaii Property, then the Trustee may sell the Hawaii Property to the Qualified Bidder

14  who submitted the Back-Up Bid (the "Back-Up Bidder") without further court order, in

15  which event the Back-Up Bidder must pay, as the purchase price for the Hawaii Property,

16  the amount of the Back-Up Bid (receiving credit for its Bidding Deposit), and all closing

17  costs payable by the purchaser, upon the close of the sale.  If the sale of the Hawaii

18  Property to the Back-Up Bidder fails to occur as a result of a failure of performance,

19  breach or default by the Back-Up Bidder, then the Back-Up Bidder's Bidding Deposit will

20  be automatically forfeited to the Trustee as liquidated damages.

21       (e)    Upon the conclusion of the auction, any Bidding Deposits, other than the

22  Bidding Deposits submitted by the Successful Bidder and any Back-Up Bidder, will be

23  promptly returned.  The Bidding Deposit submitted by the Back-Up Bidder will be returned

24  promptly following the close of the sale of the Property to the Successful Bidder.

25

26

27

28

1074636.1

2

Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000   Fax 714-966-1002

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:15-bk-12147-ES |
| MATTHEW JASON WHITMAN AND CARLA MARIA WHITMAN, | Chapter 7 |
| Debtors. | **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:** |

**(1) AUTHORIZING THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) AND (f);**

**(2) APPROVING OVERBID PROCEDURES; AND**

**(3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASERS PURSUANT TO 11 U.S.C. § 363(m)**

**[36 East Mahi Pua Place, Lahaina, Hawaii, 96761]**

**DATE:    July 21, 2016**
**TIME:    10:30 a.m.**
**PLACE: Courtroom 5A**
          **411 West Fourth Street**
          **Santa Ana, California 92701**

**TO THE DEBTORS, CREDITORS, OFFICE OF THE UNITED STATES TRUSTEE AND ALL PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that on July 21, 2016, at 10:30 a.m. in Courtroom 5A of the United States Bankruptcy Court for the Central District of California, Santa Ana Division, located at 411 West Fourth Street, Santa Ana, California, the Court will hold a hearing on the *Motion for Order: (1) Authorizing the Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. §§ 363(b) and (f); (2) Approving Overbid Procedures; and (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchasers Pursuant to 11 U.S.C. § 363(m)* (the "Motion")[1] filed by Jeffrey I. Golden, the chapter 7 trustee (the "Trustee") for the estate (the "Estate") of Matthew Jason Whitman and Carla Maria Whitman (the "Debtors"), which seeks an order:

1.     Approving the sale of the real property located at 36 East Mahi Pua Place, Lahaina, Hawaii 96761 (the "Hawaii Property"), to:

    a.     Ventures Trust 2013-I-H-R by MCM Capital Partners, its Trustee ("MCM" or the "Buyer"), the holder of the first deed of trust, whose address is 7500 Old Georgetown Rd., Bethesda, Maryland 20814, and approving the agreement with MCM pursuant to which the Trustee will sell the Hawaii Property, "as is, where is," and without warranty of any kind, free and clear of any claims, liens or interests pursuant to 11 U.S.C. §§ 363(b) and (f), to MCM for a credit bid in the amount of $2,900,000, with a carve-out of $70,000 (the "Carve-Out"), which will be available to the Estate.  (If the Court does not approve the sale free and clear of liens, then MCM will still be willing to credit bid as set forth hereinabove, but it will make good faith attempts to negotiate specific payments to junior creditors as to obtain consent to the sale, but cannot guarantee a given result or be required to reach a specific resolution.  In such a scenario, the carve-out to the Estate will be reduced to $55,000.[2]); or

    b.     to the successful bidder whose purchase offer for the Hawaii Property is accepted by the Trustee at the hearing on the Motion;

2.     approving the terms of the Carve-Out;

3.     determining the Buyer, the Successful Bidder, and the Back-Up Bidder are "good faith purchasers" pursuant to 11 U.S.C. § 363(m);

4.     approving the overbid procedures set forth in the Motion as summarized below;

5.     authorizing the Trustee to take any and all necessary or reasonable actions to consummate the sale of the Hawaii Property;

6.     waiving any requirements for lodging periods of the order approving this Motion imposed by Local Bankruptcy Rule 9021-1 and any other applicable bankruptcy rules; and

---

[1] All terms not specifically defined herein shall have the meaning provided in the Motion.

[2] The Trustee contends that the alternative request in no way suggests a weakness or concern of the strength of his argument to sell the Hawaii Property free and clear of liens, but rather an attempt to conserve judicial resources and not have the initial motion denied, requiring a second motion under 11 U.S.C. § 363(b).

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

7.    waiving the stay of the order approving this Motion imposed by Federal Rule of Bankruptcy Procedure 6004(h) and any other applicable bankruptcy rules.

**PLEASE TAKE FURTHER NOTICE** that the Trustee seeks to sell the Hawaii Property free and clear of any and all liens, claims, and interests.  The Debtors' Amended Schedule D reflects that the Hawaii Property is secured by a first deed of trust in favor of Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC[3] in the amount of $3,284,616.80.  According to the preliminary title report prepared by Linear Title & Closing dated as of October 20, 2015 (the "Title Report"), a copy of which is attached to the Motion as Exhibit "2," the following deeds of trust, notice of pendency of action, and liens are reflected in the title history of the Hawaii Property:

| Recording Date | Type of Encumbrance | Lien Holder | Lien Amount |
|---|---|---|---|
| 06/09/06 | Deed of Trust | MCM[4] | $2,400,000.00 |
| 10/10/06 | Deed of Trust | E*Trade Bank, a Corporation[5] | $350,000.00 |
| 03/05/09 | Lien | Kaanapali Golf Estates Community Associations, Inc. | $10,661.84 |
| 01/11/10 | Lien | Skyline Pools of Hawaii, Inc. | $34,300.82 |
| 06/15/10 | Lis Pendens | Skyline Pools of Hawaii, Inc.[6] | N/A |
| 07/29/11 | Lien | Kaanapali Golf Estates Community Associations, Inc. | $7,104.00 |
| 09/20/11 | Lien | Director of Finance – County of Maui | $58,244.82 |
| 10/11/11 | Lien | Internal Revenue Service | $777,629.88 |
| 10/30/12 | Lien | Skyline Pools of Hawaii, Inc. | $44,908.73 |
| 03/14/13 | Lis Pendens | Bank of America, N.A.[7] | N/A |
| 10/21/13 | Lien | Ronald S. Caswell dba Caswell & Associates | $298,217.88 |
| 01/06/15 | Lien | Internal Revenue Service | $882,785.07 |

---

[3] The Debtor scheduled MCM as BSI Financial Services, which is the loan servicer for MCM.

[4] The deed of trust was originally held by MERS as Nominee for Mortgage Sense, Inc.

[5] An assignment of the lien from National City Mortgage, a Division of Nation City Bank to E*Trade Bank, a Corporation was recorded on November 6, 2007.

[6] This lis pendens was filed in Case No. 2CC10100156 commenced by Skyline Pools of Hawaii, Inc. ("Skyline") on March 4, 2010.  The case concluded by notice of entry of judgment on August 24, 2012, based on a money judgment entered in favor of Skyline on August 20, 2012, and recorded by Skyline on October 30, 2012.  As such, the proceeding for which the lis pendens was filed has been fully resolved and resulted in the subsequent judgment recorded against the Hawaii Property.  The lis pendens is no longer at issue.

[7] The Trustee believes that the lis pendens was released on April 29, 2015.

1    The Trustee reserves the right to object to all or any portion of each and every
claim or encumbrance that has or will be asserted against the Hawaii Property.

2

3    The Trustee seeks to sell the Hawaii Property free and clear of any and all liens,
claims, and interests.  In the event an overbidder is the successful purchaser, the current
liens will attach to any sale proceeds in the same priority, validity and scope as such liens
4    currently exist against the Hawaii Property.

5    The Trustee has employed an accountant to evaluate the tax consequences, if any,
of the proposed sale of the Hawaii Property.  To the extent there is any tax liability to the
6    Estate from the sale, the Trustee is authorized to pay such taxes from the proceeds of the
sale.

7

8    **PLEASE TAKE FURTHER NOTICE that all overbids must be in writing and
must be submitted to the Trustee's counsel whose address is listed in the top left
hand corner of the first page of this Notice.  Overbids are due no later than
9    4:00 p.m. on July 20, 2016.**[8]

10    **PLEASE TAKE FURTHER NOTICE** that the overbid procedures sought to be
approved by the Court are as follows:

11

12    1.    Only a qualified bidder ("Qualified Bidder") may bid on the Hawaii Property.
The person(s) specifically identified in the Motion as the "Buyer" will be deemed to be a
Qualified Bidder.  The Trustee will determine whether any other prospective purchaser is
13    a Qualified Bidder.  In order to be considered a Qualified Bidder, a prospective purchaser
must: (a) deliver to the Trustee, in care of the Trustee's legal counsel at the address set
14    forth at the end of this paragraph, by not later than **4:00 p.m. on July 20, 2016** (the
"Qualification Deadline"): (1) a non-contingent written offer to purchase the Hawaii
15    Property on an all cash basis (with the bidder's performance subject only to entry of a
Bankruptcy Court order approving the sale as a sale free of liens and interests pursuant to
16    11 U.S.C. § 363(f)) for a purchase price of no less than $3,000,000, with terms no less
favorable to the Estate than those set forth in the Motion; (2) evidence satisfactory to the
17    Trustee of the Qualified Bidder's financial ability to close the Sale within 15 days following
entry of the Bankruptcy Court's order approving the sale: and (3) a cashier's check made
18    payable to Jeffrey I. Golden, Chapter 7 Trustee in an amount equal to three percent (3%)
of its initial bid (the "Bidding Deposit").  The Trustee's legal counsel for such purposes is
19    identified as follows:  LOBEL WEILAND GOLDEN FRIEDMAN LLP, Attn: Beth E.
Gaschen, Esq., 650 Town Center Drive, Suite 950, Costa Mesa, California 92626.

20

21    2.    An auction sale of the Hawaii Property will be conducted at the hearing on
the Motion.  Only Qualified Bidders, including the Buyer specifically identified in the
Motion, will be allowed to bid.  Each incremental bid at the auction must be at least
22    $5,000.00 higher than the prior bid.

23    3.    Upon the conclusion of the auction, the Trustee will decide which bid is the
best bid (the "Successful Bid").  The bidder who made the Successful Bid (the "Successful
24    Bidder") must pay, as the purchase price for the Hawaii Property, the amount of the
Successful Bid (receiving credit for its Bidding Deposit), and all closing costs payable by
25    the purchaser, upon the close of the sale.  If the sale of the Hawaii Property to the
Successful Bidder fails to occur by reason of any failure of performance, breach or default

26

27    _____

28    [8] The Trustee reserves the right to consider, in his discretion, additional qualifying overbids, up until the
time of the hearing on the Motion.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1  by the Successful Bidder, then the Successful Bidder's Bidding Deposit will be
automatically forfeited to the Trustee as liquidated damages.

2

3      4.    Upon the conclusion of the auction, the Trustee may also decide which bid is
the second best bid (the "Back-Up Bid").  If the Successful Bidder fails to close the sale of
the Hawaii Property, then the Trustee may sell the Hawaii Property to the Qualified Bidder

4  who submitted the Back-Up Bid (the "Back-Up Bidder") without further court order, in
which event the Back-Up Bidder must pay, as the purchase price for the Hawaii Property,

5  the amount of the Back-Up Bid (receiving credit for its Bidding Deposit), and all closing
costs payable by the purchaser, upon the close of the sale.  If the sale of the Hawaii

6  Property to the Back-Up Bidder fails to occur as a result of a failure of performance,
breach or default by the Back-Up Bidder, then the Back-Up Bidder's Bidding Deposit will

7  be automatically forfeited to the Trustee as liquidated damages.

8      5.    Upon the conclusion of the auction, any Bidding Deposits, other than the
Bidding Deposits submitted by the Successful Bidder and any Back-Up Bidder, will be

9  promptly returned.  The Bidding Deposit submitted by the Back-Up Bidder will be returned
promptly following the close of the sale of the Hawaii Property to the Successful Bidder.

10

11      The Motion is based upon the Memorandum of Points and Authorities, the
Declaration of Jeffrey I. Golden and the Exhibits attached to the Motion, all pleadings,
papers and records on file with the Court, and on such other evidence, oral or

12  documentary, as may be presented to the Court at the time of the hearing on the Motion.

13      **Your Rights May Be Affected.**  You should read these papers carefully and
discuss them with your attorney, if you have one.  (If you do not have an attorney, you

14  may wish to consult one.)

15      **Deadline for Opposition Papers.**  The Motion is being heard on regular notice
pursuant to LBR 9013-1.  If you wish to oppose the Motion, you must file a written

16  response with the Court and serve a copy of it upon the Movant or Movant's attorney at
the address set forth above no less than **14 days** prior to the above hearing date.  If you

17  fail to file a written response to the Motion within such time period, the Court may treat
such failure as a waiver of your right to oppose the Motion and may grant the requested

18  relief.

19      **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure.**  The
undersigned hereby verifies that the above hearing date and time were available for this

20  type of Motion according to the judge's self-calendaring procedures.

21      **PLEASE TAKE FURTHER NOTICE** that any party requesting a copy of the Motion
or any supporting documents filed with the Court with respect to the Motion may contact

22  counsel for the Trustee, Beth E. Gaschen, by email at bgaschen@lwgfllp.com, by mail at
650 Town Center Drive, Suite 950, Costa Mesa, California 92626, or by telephone at

23  (714) 966-1000.

24  Dated:  June 30, 2016        LOBEL WEILAND GOLDEN FRIEDMAN LLP

25

26      By:  */s/ Beth E. Gaschen*
        BETH E. GASCHEN

27          Attorneys for Jeffrey I. Golden,
        Chapter 7 Trustee

28

1077899.1        5        NOTICE OF HEARING

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 · Fax 714-966-1002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF HEARING ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(B) AND (F); (2) APPROVING OVERBID PROCEDURES; AND (3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASERS PURSUANT TO 11 U.S.C. § 363(M)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **June 30, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **June 30, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 30, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Erithe Smith, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2016 | Kelly Adele | /s/ Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

**F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Notice List**

Caren J Castle    wdk@wolffirm.com, wdk@wolffirm.com
Marian Garza    ecfnotices@ascensioncapitalgroup.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Jeffrey I Golden (TR)    ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
Christopher J Green    cgreen@lwgfllp.com, chrisgreen@ucla.edu;kadele@lwgfllp.com;lfisk@lwgfllp.com;christopher-green-2815@ecf.pacerpro.com
Leslie M Klott    bankruptcy@zievelaw.com
Derik N Lewis    dlewis@vantislaw.com, esieg@vantislaw.com
Christina J O    christinao@mclaw.org, erica@mclaw.org
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

## SERVICE LIST

Matthew Jason Whitman
Carla Maria Whitman
3419 Via Lido #123
Newport Beach, CA 92663-3908
**Debtors**

Grobstein Teeple LLP
6300 Canoga Ave Ste 1500W
Woodland Hills, CA 91367-8015

Ventures Trust 2013-I-H-R
by MCM Capital Par
c/o Law Offices of Les Zieve
30 Corporate Park, Suite 450
Irvine, CA 92606-3401

AFNI, Inc.
P.O. BOX 3517
Bloomington, IL 61702-3517

American Express Bank, FSB
C/O Becket & Lee
P.O. Box 3001
Malvern, PA 19355-0701

Amercian Express Centurion Bank
C/O Becket & Lee
P.O. Box 3001
Malvern, PA 19355-0701

AMEX
P.O. Box 7871
Fort Lauderdale, FL 33329

AT&T
P.O. Box 571
Fort Mill, SC 29716-0571

ATT Mobility Diversified Consultants, Inc.
P.O. Box 551268
Jacksonville, FL 32255-1268

0.0

Account Management Services
5300 Orange Ave, Ste 120
Cypress, CA 90630-2971

American Centurion Bank
c/o Zwicker & Associates
199 S Los Robles Avenue, Ste 410
Pasadena, CA 91101-2438

American Claims Services
PO Box 19450
Houston, TX 77224-9450

American Claims Services York Risk Services Group
Carolyn Ortega
11777 Katy Freeway #520
Houston, TX 77079-1786

American Claims Services Inc
C/O 11777 Katy Freeway #520
Houston, TX 77079-1786

American Collection Systems Inc.
P.O. Box 1968
Southgate, MI 48195-0968

American Contractors Indeminity
C/O Lanak & Hanna
625 The City Drive South, Ste 190
Orange, CA 92868-4983

American Contractors Indemnity Co
Tokio Marine HCC - Surety Group
601 S Figueroa St, Ste 1600
Los Angeles, CA 90017-5721

American Express
Po Box 297871
Fort Lauderdale, FL 33329-7871

American Express
Po Box 300116
General Warren Blvd
Malvern, PA 19355-1245

0.0

American Express
Zwicker & Assoc
199 S. Los Robles #410
Pasadena, CA 91101-2438

American Express
Zwicker & Associates
199 S Los Robles #410
Pasadena, CA 91101-2438

American InfoSource LP as agent for
DIRECTV, LLC
PO Box 5008
Carol Stream, IL  60197-5008

Angelus Block
11374 Tuxford
Sun Valley, CA 91352-2678

Art & Automation
1826 Wila Pa Loop, Suite 3
Wailuku, HI 96793-1279

Art and Automation, Inc.
1826 Wili Pa Loop Ste 3
Wailuku HI 96793-1279

BMW Financial Services
811 Green Crest Dr
Westerville, OH 43081

BMW Financial Services Customer Service Center
PO Box 3608
Dublin,  OH 43016-0306

BSI Financial Services
7500 Old Georgetown Road, Suite 1350
Bethesda, MD 20814-6240

Bank of America
450 American St
Simi Valley, CA 93065-6285

Bank of America Attn: Corr Unit/CA6-919-02-41
PO Box 5170

0.0

Simi Valley, CA 93062-5170

Bloomingdales
PO Box 183083
Columbus, OH 43218-3083

BMW Financial Services
Customer Service Center
P.O. Box 3608
Dublin, OH 43016-0306

Bridle Creek Homeowners Association
c/o Fiore, Racobs & Powers
6820 Indianan Avenue, Ste 140
Riverside, CA 92506-4261

Bridlecreek HOA
Fiore, Racobs & Powers
6820 Indiana Avenue Suite 140
Riverside, CA 92506-4261

CLC
P.O. Box 5570
Locator BR-YB01-05
Cleveland, OH 44101-0570

CMS
1610 East Street Andrew Place, Suite B-150
Santa Ana, CA 92705

California Bank & Trust
Buchalter Nemer
1000 Wilshire Boulevard #1500
Los Angeles, CA 90017-1730

Capital 1 Bank
Attn: Bankruptcy Dept.
Po Box 30285
Salt Lake City, UT 84130-0285

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

0.0

Capital One Bank
Bleier & Cox LLP
16130 Ventura Blvd., Suite 620
Encino, CA 91436-2568

Capital One Bank
PO Box 60599
City of Industry, CA 91716-0599

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Capital Pacific Holdings
Green & Hall
1851 East First Street, 10th fl
Santa Ana, CA 92705-4054

Capital Pacific Holdings LLC
C/O Green & Hall
1851 East First Street, 10th fl
Santa Ana, CA 92705-4054

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Centex Homes
C/O Newmeyer & Dillion LLP
895 Dove Street 5th floor
Newport Beach, CA 92660-2999

Chase
Po Box 15298
Wilmington, DE 19850-5298

City Nt1 Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416-4738

City Ntl Bk/Ocwen Loan Service
1661 Worthington Rd Suite 100
West Palm Beach, FL 33409-6493

0.0

City Ntl Bk/Ocwen Loan Service
Attn: Bankruptcy
P.O. Box 24738
West Palm Beach, FL 33416-4738

City of Newport Beach
100 Civic Center Dr
Newport Beach, CA 92660-3267

City of Newport Beach
P.O. Box 1935
Newport Beach, CA 92658-0935

City of Newport Beach
P.O. Box 3080
Newport Beach, CA 92658-3080

City of Newport Beach
P.O. Box 410917
Saint Louis, MO 63141-0917

Clay Chapman
Iwamura Pulice Nervell
700 Bishop Street, Suite 2100
Honolulu, HI 96813-4120

Co of Maui Dept Environmental Mgt
2200 Main Streets, Suite 100
Wailuku, HI 96793-1691

Co of Maui Tax Collector
70 E. Kaahumanu Av #A16
Kahului, HI 96732-2196

Coastal Living Magazine
P.O. Box 62120
Tampa, FL 33662-2120

Corman Leigh Communities
C/O Winet, Patrick & Weaver
1215 West Vista Way
Anaheim, CA 92803

0.0

Department of Finance County of Maui
Real Property Tax Division
70 East Kaahumanu Ave A16
Kahului, HI 96732-2196

Dsnb
PO Box
463023
Escondido, CA 92046-3023

Dsnb Bloomingdales Macy's Bankruptcy Dept.
Po Box 8053
Mason, OH 45040-8053

Dsnb Bloomingdales
Po Box 17759
Clearwater, FL 33762-0759

E Trade Bank
PO Box 747054
Pittsburgh, PA 15274-7054

E trade Financial NCB Management Services Inc.
P.O. Box 1099
Langhorne, PA 19047-6099

E*trade
2730 Liberty Ave
Pittsburgh, PA 15222-4704

E*trade
6750 Miller Rd.
Brecksville, OH 44141-3262

Employment Development Department
P.O. Box 826846
Sacramento, CA 94246-0001

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA  94280

Ernst Artmann And Asso
Po Box 4200

0.0

Laguna Beach, CA 92652-4200

FDS Bank
9111 Duke Blvd
Mason, OH 45040-8999

FDS Bank
PO Box 183083
Columbus, OH 43218-3083

Fenceworks
870 N. Main St
Riverside, CA 92501-1016

Fireman's Fund
Dept. CH-10273
Columbus, OH 43218-3083

Fireman's Fund Insurance Co.
Caine & Weiner
1699 East Woodfield Road
Schaumburg, IL 60173-4947

First Insurance of HI
P.O. Box 2866
Honolulu, HI 96803-2866

Flagstar Bank
5151 Corporate Dri
Troy, MI 48098-2639

Flagstar Bank
Attn: Bankruptcy Dept
5151 Corporate Dr
Troy, MI 48098-2639

Ford Credit
P.O. Box 790119
Saint Louis, MO 63179-0119

Franchise Tax Board
600 W Santa Ana Blvd, Suite 300
Santa Ana, CA 92701-4532

Franchise Tax Board
Bankruptcy Section MS A340

0.0

PO Box 2952Sacramento, CA 95812-2952

Franchise Tax Board
Special Procedures Section
P.O. Box 2952
Sacramento, CA 95812-2952

Good Wildman Hegness & Walley
5000 Campus Drive
Newport Beach, CA 92660-2120

Granite State Ins Co
c/o Lathrop & Gage
1300 Eve St, Suite 1050
Washington, DC 20005

HCC Surety
601 S. Figueroa St #1600
Los Angeles, CA 90017-5721

HUB Construction Specialties
379 South I St
San Bernardino, CA 92410-2460

Hawaii Water Service Co
PO Box 384809
Waikoloa, HI 96738-4809

Hawaii Water Service Company
P.O. Box 30450
Honolulu, HI 96820-0450

Insurance Associates Inc.
Maui Collection Service, Inc.
P.O. Box 14
Wailuku, HI 96793-0014

Insurance Associates Inc.
OCS Recovery Inc.
P.O. Box 87
Lake Elsinore, CA 92531-0087

Internal Revenue Service
Mail Stop 5108
24000 Avila Rd.
Laguna Niguel, CA 92677-3407

0.0

Internal Revenue Sevice
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Bank
P.O. Box 15298
Wilmington, DE 19850-5298

Jeff Jacobs, Esq
15770 Laguna Canyon Road  4100
Irvine, CA 92618-3160

Kaanapali Golf Estates
P.O. Box 60578
Phoenix, AZ 85082-0578

Koeller Nebeker Carlson Haluck
225 Broadway 21st Floor
San Diego, CA 92101-5014

Land Rover Capital Group Primary Financial Services LLC
3115 N. 3rd Street, Suite 112
Phoenix, AZ 85012

Lido Isle Community Assn
c/o Diversified Assn Management
180 East Main Street, Suite 101
Tustin, CA 92780-4428

Lido Isle Community Association
c/o Diversified Real Property Mgmt
and Business Services, Inc
180 E Main Street #101
Tustin, CA 92780-4428

Lloyds of London
306 West Main Street. Suite 409
Frankfort, KY 40601-1840

MRS Associates
1930 Olnet Ave
Cherry Hill, NJ 08003-2016

0.0

Macys United Collection Bureau
P.O. Box 1448
Maumee, OH 43537-8448

Maraney Gibbons & Martin
2192 Martin Street, Suite 260
Irvine, CA 92612-1487

Maui Collection Service
1885 Main St Ste 106
Wailuku, HI 96793-1827

Maui Electric Co
PO Box 398
Kahului, HI 96733-6898

Medcah Inc
320 Uluniu St Ste 5
Kailua, HI 96734-2529

Meritage Homes of Ca, Inc.
C/O Green & Hall
2999 Douglas Blvd #220
Roseville, CA 95661-3820

Mezzetti Financial Services, Inc.
PO Box 59595
San Jose CA 95159-0595

Millenium Tompson & Knight
1722 Routh St #1500
Dallas, TX 75201-2533

NCO PO Box 12100
Dept 64
Trenton, NJ 08650-2100

Nationwide Credit
PO Box 26314
Lehigh Valley, PA 18002-6314

Neiman Marcus
P.O. BOX 650589
Dallas, TX 75265-0589

0.0

OC Treasurer Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

OCTA
Linebarger Goggan Blair & Sampson
1515 Cleveland Place, Suite 300
Denver, CO 80202-5113

Oceanic Time Warner Cable
P.O. Box 1187
Kailua, HI 96734-1187

Ocs Recovery Inc
Po Box 87
Lake Elsinore, CA 92531-0087

Ocwen Loan Servicing, LLC
PO Box 24646
West Palm Beach, FL 33416-4646

PO Box 29730
Honolulu, BI 96820-2130

Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541-1067

Professional Credit Services
2892 Crescent Ave
Eugene, OR 97408-7397

Revenue Cycle Management
3221 Waialae Avenue, Suite 338
Honolulu, HI 96816-5831

Robertson's Ready Mix
200 S. Main St #200
Corona, CA 92882-2212

Robertsons Ready Mix
C/O Mervyn Encarnacion
2100 S. Main Street Suite 200
Corona, CA 92882

0.0

Rogers Gardens Landscape LLP
2301 San Joaquin Hills Road
Corona Del Mar, CA 92625-1113

Roland Beverly MD
24541 Pacific Park Drive, Ste 103
Aliso Viejo, CA 92656-3050

Ronald Caswell
1625 Warnall Ave
Los Angeles, CA 90024-5336

Ronald Caswell
C/O Kyle Kelley Esq
4333 N. Camden Drive, #965
Beverly Hills, CA 90210

Ronald S Caswell
c/o Kyle P Kelley
433 N Camden Drive, Suite
Beverly Rills, CA 90210-4409

SRA Associates, Inc
4O1 Minnetonka Road
Somerdale, NJ 08083

Saddleback Women's Medical Group
24411 Health Center Drive Suite 640
Laguna Hills, CA 92653-3633

Samuels, Green & Steel
19800 MacArthur Blvd # 1000
Irvine, CA 92612-2433

Skyline Pools  of Hawaii Inc.
Mezzeti Financial Services, Inc.
P.O. Box 59595
San Jose, CA 95159-0595

Skyline Pools of Mezzeti Financial
P.O. Box 59595
San Jose, CA 95159-0595

Skyline Pools of Hawaii Inc
2200 Main St #515

0.0

Wailuku, HI 96793-1624

Skyline Pools of Hawaii Inc.zo
c/o MATTHEW V. PIETSCH
One Main Plaza
2200 Main Street, Suite 515
Wailuku, HI 96793-1624

Specialized Loan Servicing LLC
8742 Lucent Boulevard, Ste 300
Highlands Ranch, CO 80129-2386

State Fund
C/O Charles Carey & Associates
1401 Dove St, #340
Newport Beach, CA 92660-2420

State Board of Equalization
P.O. Box 942879
Sacramento, CA  94279

Tek Collect
Pob 1269
Columbus, OH 43216-1269

The Pinnacle at Kaanapali Subd
aka The Views at Kaanapali
36 East Mahi Pua Place
Lahaina, HI 96761-2912

Toll Roads
P.O. Box 68039
Anaheim, CA 92817-0839

Turner Riverwalk Assn.
C/O Comm Legal Advisors
1155 Sportfisher, #120
Westlake Village, CA 91361

VW Credit Inc.
Vital Recovery Services, Inc.
P.O. Box 923747
Norcross, GA 30010-3747

Verizon Wireless Sunrise Credit Services, Inc.
P.O. Box 9100

0.0

Farmingdale, NY 11735-9100

Visa Dept. Stores
9111 Duke Blvd
Mason, OH 45040-8999

Visa Dept. Stores
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Volkswagen Credit
P.O. Box 60144
City of Industry, CA 91716-0144

Western Municipal Water Dis.
14205 Meridian Parkway
Riverside, CA 92518-3045

ZB, N.A., dba California Bank & Trust
c/o Buchalter Nemer - Michael B. Fisher,
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-1730

Zwicker & Associates
199 S. Los Robles Ave #410
Pasadena, CA 91101-2438

Derik N Lewis
Vantis Law Firm, APLC
120 Vantis Ste 300
Aliso Viejo, CA 92656-2677

Marian Garza
Ascension Capital Group Inc
2201 E. Lamar Blvd, Ste 200
Arlington, TX 76006-7440

0.0

Ventures Trust 2013-I-H-R
by MCM Capital Partners, its Trustee
Attn:  Officer, Director or Manager
7500 Old Georgetown Rd.
Bethesda, MD 20814

E*Trade
Attn:  Officer, Director or Manager
6750 Miller Rd.
Brecksville, OH 44141

E*Trade Bank
Attn:  Officer, Director or Manager
671 North Glebe Road, 16th Floor
Arlington, VA 22203

Kaanapali Golf Estates Community
Association, Inc.
Attn:  Officer, Director or Manager
c/o Destination Maui Inc., Agent
220 Imi Kala St Ste 104
Wailuku, HI 96793

Kaanapali Golf Estates
Attn:  Officer, Director or Manager
PO Box 60578
Phoenix, AZ 85082-0578

Skyline Pools of Hawaii, Inc.
c/o Matthew V. Pietsch
One Main Plaza
2200 Main Street, Suite 515
Wailuku, HI 96793

Skyline Pools of Hawaii, Inc.
Mezzeti Financial Services, Inc.
Attn:  Officer, Director or Manager
PO Box 59595
San Jose, CA 95159

Director of Finance
County of Maui
Real Property Tax Division
70 East Kaahumanu Ave A16
Kahului, HI 96732

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
**Pursuant to Filed Proof of Claim**

Internal Revenue Service
Attn:  T. Smith, Bankruptcy Specialist
Insolvency Group 7 M/S 2277
333 W. Broadway
San Diego, CA 92101-3805
**Pursuant to Filed Proof of Claim**

Internal Revenue Service
PO Box 145595
Cincinnati, OH 45250-9734

Internal Revenue Service
PO Box 145595, Stop 8420G
Cincinnati, OH 45250-5585

United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044

Bank of America
Attn:  Officer, Director or Manager
450 American Street
Simi Valley, CA 93065

Bank of America
Attn:  Corr Unit/CA6-919-02-41
PO Box 5170
Simi Valley, CA 93062

Bank of America, National Association
c/o C T Corporation System
Agent for Service of Process
818 West Seventh St., Ste. 930
Los Angeles, CA 90017

Bank of America, National Association
Attn:  Officer, Director or Manager
150 N. College St.; NC1-028-17-06
Charlotte, NC 28255

Bank of America, National Association
Attn: Officer, Director or Manager
100 North Tryon St.
Charlotte, NC 28202

Ronald S. Caswell,
dba Caswell & Associates
c/o Kyle P. Kelley, Esq.
51 Rainey Street, Suite 801
Austin, TX 78701
**Pursuant to Filed Proof of Claim**

Ronald S. Caswell
c/o Kyle P. Kelley
433 N. Camden Drive, Suite 965
Beverly Hills, CA 90210

The Pinnacle at Kaanapali Subd
aka The Views at Kaanapali
Attn: Officer, Director or Manager
36 East Mahi Pau Place
Lahaina, HI 96761

**BankFind Search Results**
## Data as of 6/23/2016

| Search Within | |
|---|---|

| | Active Only |
|---|---|

## Search using Name "e*trade"

### Showing 1 to 3 of 3 entries

| Bank Name | FDIC # | FDIC Status | Headquarters | Locations |
|---|---|---|---|---|
| E*TRADE Bank | 30746 | Active | Arlington, VA | Specific Locations |
| E*TRADE Savings Bank | 58119 | Active | Arlington, VA | Specific Locations |
| E*TRADE United Bank | 32477 | | Arlington, VA | |

### Showing 1 to 3 of 3 entries

ank Information

*E\*TRADE Bank - Active (FDIC # 30746) Insured Since June 23, 1955*

## Data as of: June 22, 2016

### E\*TRADE Bank is an active bank

| | |
|---|---|
| **FDIC Certificate#:** | 30746 |
| **Headquarters:** | *671 North Glebe Road, 16th Floor* |
| | *Arlington, VA 22203* |
| | *Arlington County* |
| **Locations:** | **2** *domestic in* **1** *states,* |
| | **0** *in territories, and* **0** *in foreign locations* |
| **Established:** | *January 1, 1933* |
| **Insured:** | *June 23, 1955* |
| **Bank Charter Class:** | *Savings Association* |
| **Regulated By:** | *Office of the Comptroller of the Currency* |

**Corporate Website:**
*http://www.etrade.com*

**Consumer Assistance:**
*http://www.helpwithmybank.gov*

**Contact the FDIC about:**
*E\*TRADE Bank*

| Locations | History | Identifications | Financials |
|---|---|---|---|

**Showing 1 to 2 of 2 entries**

| UNINUM | Number | Name | Address | County | City | State | Zip | Service Type | Established Date | Acquired Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 43580 | | *E\*trade Bank* | *671 North Glebe Road, 16th Floor* | *Arlington* | *Arlington* | *VA* | *22203* | *Full Service Brick and Mortar Office* | *01/01/1933* | |
| 363578 | 5 | *North Glebe Road Teller Station Branch* | *671 North Glebe Road* | *Arlington* | *Arlington* | *VA* | *22203* | *Limited Service Facility Office* | *06/12/2001* | |

You are here: BREG Online Services

| Begins with ▼ | | Search | 🛒 **Cart** |

*Home - BREG*
**BREG Online Services**
 *Annual Business Filing*
 *Search for a Business Entity*
 *Purchase Documents Online*
 *Purchase Certificate of Good Standing*
 *Authenticate a Certificate of Good Standing*
 *Register a Business*
 *MyBusiness Alerts* NEW
 *Entity List Builder*
*Contact BREG*
*Technical Support*
*Feedback*
*Create an Account*



# KAANAPALI GOLF ESTATES COMMUNITY ASSOCIATION, INC.
DOMESTIC NONPROFIT CORPORATION

GENERAL INFO    ANNUAL FILINGS    OFFICERS    OTHER FILINGS    BUY AVAILABLE DOCS

## General Info                              🔍 VIEW AND PRINT COMPANY INFO

**Purchase a Certificate of Good Standing for this business:**

☐ 🔍 ELECTRONIC . . . . . . . **$7.50**

☐ 📄 PRINTED . . . . . . . **$7.50**

Add to Cart

| | |
|---|---|
| **MASTER NAME** | *KAANAPALI GOLF ESTATES COMMUNITY ASSOCIATION, INC.* |
| **BUSINESS TYPE** | *Domestic Nonprofit Corporation* |
| **FILE NUMBER** | *82288 D2* |
| **STATUS** | *Active* |
| **PURPOSE** | *COMMUNITY ASSOCIATION* |
| **PLACE INCORPORATED** | *Hawaii UNITED STATES* |
| **REGISTRATION DATE** | *Dec 19, 1990* |
| **MAILING ADDRESS** | *C/O DESTINATION MAUI INC*<br>*220 IMI KALA ST STE 104*<br>*WAILUKU, Hawaii 96793*<br>*UNITED STATES* |
| **CONSENT NAME** | *AMFAC PROPERTY INVESTMENT CORP.* |
| **SIMILAR NAME** | *KAANAPALI GOLF ESTATES* |
| **TERM** | *PER* |
| **AGENT NAME** | *DESTINATION MAUI, INC.* |
| **AGENT ADDRESS** | *220 IMI KALA ST STE 104*<br>*WAILUKU, Hawaii 96793*<br>*UNITED STATES* |

Subscription Services     Terms of Use     Privacy Policy     ADA Compliance     State Portal     Comments     Contact Us
Copyright © 2016 Hawaii Information Consortium, LLC. All rights reserved.
View in: Mobile | **Classic**

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings.
Results reflect work processed through Tuesday, June 28, 2016. Please refer to
Processing Times for the received dates of filings currently being processed. The data
provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | BANK OF AMERICA, NATIONAL ASSOCIATION |
| Entity Number: | C2551762 |
| Date Filed: | 04/14/2003 |
| Status: | ACTIVE |
| Jurisdiction: | UNITED STATES |
| Entity Address: | 150 N COLLEGE ST; NC1-028-17-06 |
| Entity City, State, Zip: | CHARLOTTE NC 28255 |
| Agent for Service of Process: | C T CORPORATION SYSTEM |
| Agent Address: | 818 WEST SEVENTH ST STE 930 |
| Agent City, State, Zip: | LOS ANGELES CA 90017 |

* Indicates the information is not contained in the California Secretary of State's
database.

- If the status of the corporation is "Surrender," the agent for service of process is
  automatically revoked. Please refer to California Corporations Code section 2114 for
  information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports
  or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions
  and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2016    California Secretary of State

## BankFind Search Results
### Data as of 6/23/2016

| Search Within | |
|---|---|

☐ Active Only

## Search using Name "BANK OF AMERICA, NATIONAL ASSOCIATION"

Showing 1 to 5 of 5 entries

| Bank Name | FDIC # | FDIC Status | Headquarters | Locations |
|---|---|---|---|---|
| Bank of America, National Association | 3510 | Active | Charlotte, NC | Specific Locations |
| Bank of America, National Association | 15802 | | Charlotte, NC | |
| Bank of America, National Association | 17300 | | Las Vegas, NV | |
| Bank of America, National Association (USA) | 27595 | | Phoenix, AZ | |
| Bank of America, Rhode Island, National Association | 58032 | | Providence, RI | |

Showing 1 to 5 of 5 entries

6/30/2016 *FDIC: BankFind - Detail

**ank Information**

*Bank of America, National Association - Active (FDIC # 3510) Insured Since January 1, 1934*

## Data as of: June 22, 2016

### Bank of America, National Association is an active bank

| | |
|---|---|
| **FDIC Certificate#:** | 3510 |
| **Headquarters:** | *100 North Tryon St*<br>*Charlotte, NC 28202*<br>*Mecklenburg County* |
| **Locations:** | **4793** *domestic in* **35** *states,*<br>**0** *in territories, and* **229** *in foreign locations* |
| **Established:** | *October 17, 1904* |
| **Insured:** | *January 1, 1934* |
| **Bank Charter Class:** | *National Bank* |
| **Regulated By:** | *Office of the Comptroller of the Currency* |
| **Corporate Website:** | *http://www.bankofamerica.com* |
| **Consumer Assistance:** | *http://www.helpwithmybank.gov* |
| **Contact the FDIC about:** | *Bank of America, National Association* |

| Locations | History | Identifications | Financials |
|---|---|---|---|

### Showing 1 to 25 of 5,022 entries

| UNINUM | Number | Name | Address | County | City | State | Zip | Service Type | Established Date | Acquired Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 198799 | 1361 | Alexandria Branch (Frgn) | 10 Rue Patrice Lumumba | | Alexandria | | | Full Service Brick and Mortar Office | 10/01/1979 | |
| 198671 | 1231 | Amsterdam Branch (Frgn) | 1000 Bp Amsterdam | | Amsterdam | | | Full Service Brick and Mortar Office | 11/19/1962 | |
| 198711 | 1272 | Anguilla Branch (Frgn) | The Valley | | Anguilla | | | Full Service Brick and Mortar Office | 07/25/1968 | |
| 198681 | 1241 | Antwerp Branch (Frgn) | 34 Van Eycklei | | Antwerp | | | Full Service Brick and Mortar Office | 07/01/1965 | |
| 193239 | 7184 | Sacramento Urban Branch (Frgn) | Avda Espanola Y Sacramento | | Ascuncion | | | Full Service Brick and Mortar Office | 11/23/1983 | 06/13/2005 |
| 193226 | 7171 | Arroclub Branch (Frgn) | Avenida Eusebio Ayala Y De La Victori | | Asuncion | | | Full Service Brick and Mortar Office | 03/12/1981 | 06/13/2005 |
| 193189 | 7124 | Banco De Boston Branch (Frgn) | Pte. Franco 706 Y O'leary, Casilla D | | Asuncion | | | Full Service Brick and Mortar Office | 11/12/1979 | 06/13/2005 |
| 198703 | 1263 | Asuncion Branch (Frgn) | Chile And Oliva Streets | | Asuncion | | | Full Service Brick and Mortar Office | 01/12/1968 | |
| 198708 | 1269 | Athens Branch (Frgn) | Panepistimiou Street | | Athens | | | Full Service Brick and Mortar Office | 06/20/1968 | |
| 201627 | 3238 | Athens Branch (Frgn) | Stadiou 24 | | Athens | | | Full Service Brick and Mortar Office | 12/31/1971 | 07/01/1997 |
| 193153 | 7091 | Avellaneda Branch (Frgn) | Avenida General Mitre 570 | | Avellaneda | | | Full Service Brick and Mortar Office | 07/14/1926 | 06/13/2005 |
| 198661 | 1220 | Bangkok Branch (Frgn) | 2/2 Wireless Road | | Bangkok | | | Full Service Brick and Mortar Office | 12/01/1949 | |
| 201637 | 3248 | Barcelona Branch (Frgn) | Entenza 332-334 | | Barcelona | | | Full Service Brick and Mortar Office | 02/10/1981 | 07/01/1997 |
| 193162 | 7099 | Belgravia (London) Branch (Frgn) | 31 Lowndes Street | | Belgravia | | | Full Service Brick and Mortar Office | 06/01/1966 | 06/13/2005 |
| 198694 | 1254 | Birmingham Branch (Frgn) | 118-120 Colmore Row | | Birmingham | | | Full Service Brick and Mortar Office | 06/15/1967 | |
| 198676 | 1236 | Bombay Branch (Frgn) | Nariman Point, Express Towers | | Bombay | | | Full Service Brick and Mortar Office | 05/20/1964 | |
| 193182 | 7117 | Brasilia Branch (Frgn) | Edeficio Federacao Do Comercio Quadra 6 Loja | | Brasilia | | | Full Service Brick and | 09/14/1977 | 06/13/2005 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **June 30, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **June 30, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **June 30, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Erithe Smith, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 30, 2016 | Kelly Adele | /s/ Kelly Adele |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

**F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Notice List**

Caren J Castle      wdk@wolffirm.com, wdk@wolffirm.com
Marian Garza      ecfnotices@ascensioncapitalgroup.com
Beth Gaschen      bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Jeffrey I Golden (TR)      ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
Christopher J Green      cgreen@lwgfllp.com, chrisgreen@ucla.edu;kadele@lwgfllp.com;lfisk@lwgfllp.com;christopher-green-2815@ecf.pacerpro.com
Leslie M Klott      bankruptcy@zievelaw.com
Derik N Lewis      dlewis@vantislaw.com, esieg@vantislaw.com
Christina J O      christinao@mclaw.org, erica@mclaw.org
United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov