1  Derik N. Lewis, SBN 219981
   **VANTIS LAW FIRM, P.C.**
2  120 Vantis, Suite 300
   Aliso Viejo, California 92656
3  Telephone: (949) 216-0935
4  Facsimile: (949) 296-0935

5  Attorney for Debtors
   MATTHEW JASON WHITMAN AND
6  CARLA MARIA WHITMAN

7

8              UNITED STATES BANKRUPTCY COURT

9       CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

10 In Re                                CASE NO. 8:15-bk-12147-ES

11 MATTHEW JASON WHITMAN AND            CHAPTER: 7
   CARLA MARIA WHITMAN,
12                                      THE HONORABLE ERITHE A. SMITH
                     *Debtors*.
13
                                        **[PROPOSED} ORDER ON DEBTORS'**
14                                      **EVIDENTIARY OBJECTIONS TO**
                                        **DECLARATION OF JEFFREY I.**
15                                      **GOLDEN IN SUPPORT OF CHAPTER 7**
                                        **TRUSTEE'S MOTION FOR**
16                                      **ORDER: (1) AUTHORIZING THE SALE**
                                        **OF REAL PROPERTY FREE AND CLEAR**
17                                      **OF LIENS, CLAIMS, AND INTERESTS**
                                        **PURSUANT TO 11 U.S.C. §§ 363(b) AND**
18                                      **(f); (2) APPROVING OVERBID**
                                        **PROCEDURES; AND (3) APPROVING**
19                                      **BUYER, SUCCESSFUL BIDDER, AND**
                                        **BACK-UP BIDDER AS GOOD-FAITH**
20                                      **PURCHASERS PURSUANT TO 11 U.S.C. §**
                                        **363(m)**
21
22                                      **HEARING:**
                                        DATE:    July 21, 2016
23                                      TIME:    10:30 a.m.
                                        PLACE:   Courtroom 5A
24                                               411 West Fourth Street
                                                 Santa Ana, CA 92701-4593
25
26
27
28

                         1
              **[PROPOSED] ORDER ON**
         **DEBTORS' EVIDENTIARY OBJECTIONS**

On July 21, 2016, Chapter 7 Trustee, Jeffrey I. Golden's *Motion for Order: (1) Authorizing the Sale of Real Property Free and Clear of Liens, Claims, and Interests Pursuant to 11 U.S.C. §§ 363(B) and (F); (2) Approving Overbid Procedures; and (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchasers Pursuant to 11 U.S.C. § 363(m)* (the **"Motion"**) came before this court on a notice hearing.

Debtors Matthew Jason Whitman and Carla Maria Whitman (**"Debtors"**) filed written objections to the testimony contained in the Declaration of Jeffrey I. Golden (**"Golden Decl."**) made in support of the Motion.

The Court hereby makes the following rulings on Debtors' Evidentiary Objections:

## OBJECTIONS TO EVIDENCE

| No. | Material Objected to: | Objection(s) | Ruling on the Objection(s) |
|---|---|---|---|
| 1. | Golden Decl., ¶ 4, Page 19, Lines 19-27<br><br>"MCM has offered to purchase the Estate's interest in the Hawaii Property and I have accepted that offer, subject to approval of the sale by the Bankruptcy Court.<br>The salient terms of the sale are as follows:<br><br>i. MCM will credit bid $2,900,000 on account of its first deed of trust secured by the Hawaii Property. In addition, MCM will carve out the amount of $70,000 for the benefit of the Estate;<br><br>ii. The sale of the Hawaii Property is "as is, where is," and without warranty of any kind;<br><br>iii. The sale is subject to Bankruptcy Court approval." | Inadmissible Hearsay – FRE 802; Requirement of the Original – FRE 1002 (Best Evidence Rule) (Declarant must produce the actual document being referenced); Lack of Foundation – FRE 402 | Sustained:<br>_____<br><br>Overruled:<br>_____ |

| | | | |
|---|---|---|---|
| 2. | Golden Decl., ¶ 6, Page 20, Lines 3-9<br><br>"I am informed and believe that the lis pendens recorded by Skyline Pools of Hawaii, Inc. ("Skyline") was based upon Case No. 2CC10100156 commenced by Skyline on March 4, 2010. I am further informed and believe that the case concluded by notice of entry of judgment on August 24, 2012, based upon a money judgment entered in favor of Skyline on August 20, 2012, and recorded by Skyline on October 30, 2012. I believe the proceeding for which the lis pendens was filed has been fully resolved and the lis pendens is no longer at issue." | Inadmissible Hearsay – FRE 802 (to the extend Declarant is reciting information read elsewhere);<br>Requirement of the Original – FRE 1002 (Best Evidence Rule) (Declarant must produce the cases, judgments and documents being referenced);<br>Lack of Foundation – FRE 402;<br>Lack of Personal Knowledge – FRE 602;<br>Speculation – FRE 602;<br>Assumes Facts not in Evidence – FRE 402;<br>Improper Opinion – FRE 701, 704 | Sustained:<br>_____<br><br>Overruled:<br>_____ |
| 3. | Golden Decl., ¶ 7, Page 20, Lines 10-11<br><br>"I am informed and believe that the lis pendens recorded by Bank of America, N.A. was released on or about April 29, 2015." | Inadmissible Hearsay – FRE 802 (to the extend Declarant is reciting information read elsewhere);<br>Requirement of the Original – FRE 1002 (Best Evidence Rule) (Declarant must produce the release being referenced);<br>Lack of Foundation – FRE 402;<br>Lack of Personal Knowledge – FRE 602;<br>Speculation – FRE 602;<br>Assumes Facts not in Evidence – FRE 402;<br>Improper Opinion – FRE 701, 704. | Sustained:<br>_____<br><br>Overruled:<br>_____ |

**DEBTORS' EVIDENTIARY OBJECTIONS**
**PROOF OF SERVICE**

| | | | |
|---|---|---|---|
| 4. | Golden Decl., ¶ 9, Page 20, Lines 17-18<br><br>"If there is an overbid, it will generate additional funds for creditors and I will still receive the Carve-Out to the benefit of the Estate." | Inadmissible Hearsay – FRE 802 (to the extend Declarant is reciting information read elsewhere);<br>Requirement of the Original – FRE 1002 (Best Evidence Rule) (to the extent based upon the "carve-out" agreement);<br>Lack of Foundation – FRE 402;<br>Speculation – FRE 602. | Sustained:<br>_____<br><br>Overruled:<br>_____ |
| 5. | Golden Decl., ¶ 11, Page 20-21, Lines 22-28, 1-5<br><br>"I believe the sale of the Hawaii Property with the Carve-Out will provide a benefit to the Estate. Without the Carve-Out, the case would have been, and was, closed as a no-asset case, the Hawaii Property would have been foreclosed on, and no junior lienholder or unsecured creditor would have received any distribution. In considering the Carve-Out, I evaluated the value of the Hawaii Property and the amount of liens against it and the alternatives to selling the property. I believed that selling the Hawaii Property and receiving the Carve-Out would provide a meaningful recovery to unsecured creditors. Now that the bar date has passed, it is clear that the Carve-Out is sufficient to pay priority general unsecured creditors in full and provide a distribution to general unsecured creditors. Given the alternative scenario where creditors | Inadmissible Hearsay – FRE 802 (to the extend Declarant is reciting information read elsewhere);<br>Requirement of the Original – FRE 1002 (Best Evidence Rule) (to the extent based upon the "carve-out" agreement);<br>Speculation – FRE 602;<br>Assumes Facts not in Evidence – FRE 402 | Sustained:<br>_____<br><br>Overruled:<br>_____ |

**DEBTORS' EVIDENTIARY OBJECTIONS
PROOF OF SERVICE**

| | | | |
|---|---|---|---|
| | are paid nothing, I believe that any return is a meaning distribution to these creditors. I did not enter into this agreement to solely benefit myself or my professionals." | | |
| 6. | Golden Decl., ¶ 12, Page 21, Lines 6<br><br>"I have fully disclosed the terms of the Carve-Out in the Motion." | Requirement of the Original – FRE 1002 (Best Evidence Rule); Lack of Foundation – FRE 402. | Sustained:<br>_____<br><br>Overruled:<br>_____ |

Date: _____

By: _____
**HONORABLE ERITHE A. SMITH**
**UNITED STATES BANKRUPTCY JUDGE**

---

**DEBTORS' EVIDENTIARY OBJECTIONS**
**PROOF OF SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**120 Vantis Drive, Suite 300, Aliso Viejo, CA 92656**

A true and correct copy of the foregoing document entitled (*specify*):**[PROPOSED} ORDER ON DEBTORS' EVIDENTIARY OBJECTIONS TO DECLARATION OF JEFFREY I. GOLDEN IN SUPPORT OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) AND (f); (2) APPROVING OVERBID PROCEDURES; AND (3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASERS PURSUANT TO 11 U.S.C. § 363(m)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **JULY 7, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **JULY 7, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **JULY 7, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 7, 2016 | Eva J. Sieg | /s/ Eva J. Sieg |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                         **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**:

**Electronic Mail Notice List**
Caren J Castle wdk@wolffirm.com, wdk@wolffirm.com
Marian Garza ecfnotices@ascensioncapitalgroup.com
Beth Gaschen bgaschen@wgllp.com, kadele@wgllp.com; lfisk@wgllp.com; tziemann@wgllp.com
Jeffrey I Golden (TR) ljones@wgllp.com, jig@trustesolutions.net; kadele@wgllp.com; lfisk@wgllp.com
Christopher J Green cgreen@lwgfllp.com, chrisgreen@ucla.edu; kadele@lwgfllp.com; lfisk@lwgfllp.com; christophergreen-2815@ecf.pacerpro.com
Leslie M Klott bankruptcy@zievelaw.com
Derik N Lewis dlewis@vantislaw.com, esieg@vantislaw.com
Christina J O christinao@mclaw.org, erica@mclaw.org
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

**VIA OVERNIGHT MAIL**
The Honorable Erithe A. Smith
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040 / Courtroom 5A
Santa Ana, CA 92701-4593

**DEBTOR**
Matthew Jason Whitman
Carla Maria Whitman
3419 Via Lido #123
Newport Beach, CA 92663

**CREDITOR BY CERTIFIED MAIL**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**CREDITOR (IRS) BY CERTIFIED MAIL TO CIVIL PROCESS CLERK**
Civil Process Clerk
United States Attorney's Office
Federal Building, Room 7516
300 North Los Angeles Street
Los Angeles, CA 90012

**CREDITOR BY CERTIFIED MAIL TO AN OFFICER**
American Express Bank
c/o American Express Company
200 Vesey Street
New York, New York 10285
Attention: Kenneth I. Chenault, CEO

**CREDITOR VIA CERTIFIED MAIL TO AN OFFICER**
E*Trade Bank
671 North Glebe Road, 10th Floor
Arlington, VA 22203
Attention Paul Thomas Idzik, CEO

**CREDITOR BY CERTIFIED MAIL TO AN OFFICER**
Bank of America, NA
100 North Tryon Street
Charlotte, NC 28255-0001
Attention: Bryan T. Moynihan, CEO

**CREDITOR BY US MAIL TO AN OFFICER**
Bridle Creek Homeowners Association
2900 Adams St Suite C-200
Riverside, CA 92504
Attention: Denise Walker, President

**CREDITOR BY US MAIL TO AN OFFICER**
Lido Isle Community Association
701 Via Lido Soud
Newport Beach, CA 92663
Attention: Fred J. Barnes, President

**CREDITOR BY US MAIL**
Ronald S. Caswell
1625 Warnall Ave.
Los Angeles CA 90024

**CREDITOR BY US MAIL TO AN OFFICER**
Skyline Pools of Hawaii, Inc.
154 Kupuohi St Ste E6
Lahaina, HI 96761
Attention William Hoy, President

**[PROPOSED] ORDER ON DEBTORS' EVIDENTIARY
OBJECTIONS -- PROOF OF SERVICE**

**CREDITOR BY US MAIL TO AN OFFICER**
Skyline Pools of Hawaii, Inc.
426 WILLOW RD
MENLO PARK, California 94025
Attention William Hoy, President

**CREDITOR (IRS) BY US MAIL TO THE ATTORNEY GENERAL OF THE UNITED STATES**
Office of the Attorney General of the United States
United States Department of Justice
Ben Franklin Station
P. O. Box 683
Washington, DC 20044

**CREDITOR VIA US MAIL**
County of Maui Department of Finance
Real Property Tax Division
70 East Kaahumanu Ave A16
Kahului, HI 96732

**CREDITOR VIA US MAIL**
County of Maui Dept Environmental Mgt
2200 Main Streets, Suite 100
Wailuku, HI 96793

**CREDITOR VIA US MAIL**
County of Maui Tax Collector
70 E. Kaahumanu Av #A16
Kahului, HI 96732-2196

**CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**
Kaanapali Golf Estates Community Association, Inc.
Attn: Officer, Director or Manager
c/o Destination Maui Inc., Agent
220 Imi Kala St Ste 104
Wailuku, HI 96793

**CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**
Kaanapali Golf Estates Community Association, Inc.
Attn: Officer, Director or Manager
c/o Destination Maui Inc., Agent
220 Imi Kala St Ste 104
Wailuku, HI 96793

**CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**
The Pinnacle at Kaanapali Subd
36 East Mahi Pua Place
Lahaina, HI 96761
Attention:  President, CEO or Managing Agent

**CREDITOR VIA US MAIL TO AN OFFICER OR MANAGING AGENT**
Ventures Trust 2013-I-H-R
by MCM Capital Partners, its Trustee
Attn: Officer, Director or Manager
7500 Old Georgetown Rd.
Bethesda, MD 20814

---

**[PROPOSED] ORDER ON DEBTORS' EVIDENTIARY
OBJECTIONS -- PROOF OF SERVICE**