Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
Christopher J. Green, State Bar No. 295874
cgreen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MATTHEW JASON WHITMAN and CARLA MARIA WHITMAN,<br><br>Debtors. | Case No. 8:15-bk-12147-ES<br><br>Chapter 7<br><br>**STIPULATION BY AND BETWEEN THE CHAPTER 7 TRUSTEE, THE DEBTORS, AND THE UNITED STATES OF AMERICA ON BEHALF OF ITS AGENCY, THE INTERNAL REVENUE SERVICE TO CONTINUE THE HEARINGS ON:**<br><br>**A.  CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) AND 363(f); (2) APPROVING OVERBID PROCEDURES; AND (3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASERS PURSUANT TO 11 U.S.C. § 363(m);**<br><br>**B.  DEBTORS' MOTION TO COMPEL ABANDONMENT OF PROPERTY; AND**<br><br>**C.  DEBTORS' MOTION TO COMPEL CHAPTER 7 TRUSTEE TO PROVIDE EVIDENCE OF SETTLEMENT PROCEEDS BENEFITTING UNSECURED CREDITORS OR FOR THE IMMEDIATE ABANDONMENT OF PROPERTY BY TRUSTEE;**<br><br>**AND PRESERVATION OF FILING DEADLINES**<br><br>**DATE:    July 19 & 21, 2016<br>TIME:    10:30 a.m.<br>CTRM:    5A** |

1078740.1                                1                                STIPULATION

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:**

Jeffrey I. Golden, the chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Matthew Jason Whitman and Carla Maria Whitman (the "Debtors"), the Debtors, and the United States of America on behalf of its agency, the Internal Revenue Service (the "United States," and collectively with the Trustee and the Debtors, the "Parties"), by and through their undersigned counsel, enter into this Stipulation (the "Stipulation") to Continue the Hearings on: (A) Chapter 7 Trustee's Motion for Order: (1) Authorizing the Sale of Real Property Free and Clear of Liens, Claim, and Interests Pursuant to 11 U.S.C. §§ 363(b) and 363(f); (2) Approving Overbid Procedures; and (3) Approving Buyer, Successful Bidder, and Back-Up Bidder as Good-Faith Purchasers Pursuant to 11 U.S.C. § 363(m) (the "Sale Motion"); (B) Debtors' Motion to Compel Abandonment of Property (the "California Property Motion to Compel"); and (C) Debtors' Motion to Compel Chapter 7 Trustee to Provide Evidence of Settlement Proceeds Benefitting Unsecured Creditors or for the Immediate Abandonment of Property by Trustee; and Preservation of Filing Deadlines (the "Hawaii Property Motion to Compel," and together with the California Property Motion to Compel, the "Motions to Compel"). The Stipulation is based on the following recitals:

## RECITALS

A. On April 27, 2015, the Debtors filed a voluntary chapter 7 petition. The Trustee was appointed the chapter 7 trustee.

B. On May 17, 2016, the Debtors filed the California Property Motion to Compel [Docket No. 70]. By this motion, the Debtors seek the abandonment of real property located at 111 Via Lido Soud, Newport Beach, California 92663 (the "California Property") as burdensome and of inconsequential value to the Estate. In addition, by the abandonment of the California Property, the Debtors sought the reversionary abandonment of rents generated therefrom.

1    C.    On May 31, 2016, the Trustee filed his *Opposition and Request for a Hearing on the Debtors' Motion to Compel Abandonment of Property by Trustee* (the "California Opposition") [Docket No. 72].

D.    On July 1, 2016, the United States filed its response to the California Property Motion to Compel (the "California Response") [Docket No. 116].

E.    On May 19, 2016, the Debtors filed the Hawaii Property Motion to Compel [Docket No. 71].  By this motion, the Debtors seek an order from the court compelling the Trustee to provide evidence that the proposed settlement between the Trustee and a senior secured lender will benefit unsecured creditors, and if there is no such benefit, for the abandonment of the real property located at 36 East Mahi Pua Place, Lahaina, Hawaii 96761 (the "Hawaii Property").

F.    On June 2, 2016, the Trustee filed his *Opposition and Request for a Hearing on the Debtors' Motion to Compel Chapter 7 Trustee to Provide Evidence of Settlement Proceeds Benefitting Unsecured Creditors or for the Immediate Abandonment of Property by Trustee* (the "Hawaii Opposition") [Docket No. 75].

G.    On July 1, 2016, the United States filed its response to the Hawaii Property Motion to Compel (the "Hawaii Response") [Docket No. 117].

H.    On July 10, 2016, the Debtors filed their Reply to the Hawaii Opposition (the "Reply") and certain evidentiary objections (the "Evidentiary Objections").

I.    The Debtors set the Motions to Compel for hearing on July 19, 2016.

J.    On June 30, 2016, the Trustee filed the Sale Motion as to the Hawaii Property to sell the Hawaii Property free and clear of liens, subject to overbid, and to approve a carve-out agreement.

K.    On July 7, 2016, the Debtors filed their opposition to the Sale Motion (the "Sale Opposition").

L.    The Sale Motion is scheduled for hearing on July 21, 2016.

## STIPULATION

**NOW, THEREFORE,** based on the foregoing recitals, and subject to Bankruptcy Court approval, the Parties stipulate and agree as follows:

1. The hearings on the Motions to Compel and the Sale Motion shall be continued to August 30, 2016 at 10:30 a.m.

2. Any reply to the California Opposition and the California Response shall be filed by the Debtors by August 23, 2016. The Trustee may file a response to any evidentiary objections filed by the Debtors in conjunction with their reply.

3. No additional pleadings will be filed as to the Hawaii Property Motion to Compel, except that the Trustee may file responses to the Evidentiary Objections by August 23, 2016.

4. All discovery is stayed until after August 30, 2016.

5. The United States must file and serve any opposition to the Sale Motion by August 16, 2016. The Trustee must file and serve any reply to any opposition by August 23, 2016.

**IT IS SO STIPULATED.**

**[SIGNATURES ON FOLLOWING PAGE]**

Dated: July 14, 2016

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: /s/ Beth Gaschen
BETH E. GASCHEN
Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

Dated: July 14, 2016

VANTIS LAW FIRM, P.C.

By: /s/ Derik Lewis
DERIK N. LEWIS
Attorneys for Debtors
Matthew Jason Whitman and Carla Maria Whitman

Dated: July ____, 2016

EILEEN M. DECKER
United States Attorney
ROBERT F. CONTE
Assistant United States Attorney
Acting Chief, Tax Division

By: _____
NAJAH J. SHARIFF
Attorneys for United States of America

1078740.1

5

STIPULATION

| | | |
|---|---|---|
| 1 | Dated: July _____, 2016 | LOBEL WEILAND GOLDEN FRIEDMAN LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | BETH E. GASCHEN<br>Attorneys for Chapter 7 Trustee |
| 5 | | Jeffrey I. Golden |
| 6 | Dated: July _____, 2016 | VANTIS LAW FIRM, P.C. |
| 7 | | |
| 8 | | By: _____ |
| 9 | | DERIK N. LEWIS<br>Attorneys for Debtors |
| 10 | | Matthew Jason Whitman and Carla<br>Maria Whitman |
| 11 | | |
| 12 | Dated: July 14, 2016 | EILEEN M. DECKER<br>United States Attorney |
| 13 | | ROBERT F. CONTE<br>Assistant United States Attorney |
| 14 | | Acting Chief, Tax Division |
| 15 | | |
| 16 | | By: /s/ Najah J. Shariff |
| 17 | | NAJAH J. SHARIFF<br>Attorneys for United States of<br>America |

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

1078740.1                               5                               STIPULATION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, CA 92626

A true and correct copy of the foregoing documents entitled (*specify*): **STIPULATION BY AND BETWEEN THE CHAPTER 7 TRUSTEE, THE DEBTORS, AND THE UNITED STATES OF AMERICA ON BEHALF OF ITS AGENCY, THE INTERNAL REVENUE SERVICE TO CONTINUE THE HEARINGS ON: A. CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) AUTHORIZING THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS PURSUANT TO 11 U.S.C. §§ 363(b) AND 363(f); (2) APPROVING OVERBID PROCEDURES; AND (3) APPROVING BUYER, SUCCESSFUL BIDDER, AND BACK-UP BIDDER AS GOOD-FAITH PURCHASERS PURSUANT TO 11 U.S.C. § 363(m); B. DEBTORS' MOTION TO COMPEL ABANDONMENT OF PROPERTY; AND C. DEBTORS' MOTION TO COMPEL CHAPTER 7 TRUSTEE TO PROVIDE EVIDENCE OF SETTLEMENT PROCEEDS BENEFITTING UNSECURED CREDITORS OR FOR THE IMMEDIATE ABANDONMENT OF PROPERTY BY TRUSTEE; AND PRESERVATION OF FILING DEADLINES** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 14, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Caren J Castle    wdk@wolffirm.com, wdk@wolffirm.com
Marian Garza    ecfnotices@ascensioncapitalgroup.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Jeffrey I Golden (TR)    ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
Christopher J Green    cgreen@lwgfllp.com, chrisgreen@ucla.edu;kadele@lwgfllp.com;lfisk@lwgfllp.com;christopher-green-2815@ecf.pacerpro.com
Leslie M Klott    bankruptcy@zievelaw.com
Derik N Lewis    dlewis@vantislaw.com, esieg@vantislaw.com
Christina J O    christinao@mclaw.org, erica@mclaw.org
Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 14, 2016,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via Personal Delivery
The Honorable Erithe Smith, U.S. Bankruptcy Courtroom 5A, 411 W. Fourth Street, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/14/16 | Lindsay Fisk | /s/ Lindsay Fisk |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**