| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Beth E. Gaschen, State Bar No. 245894<br>bgaschen@lwgfllp.com<br>LOBEL WEILAND GOLDEN FRIEDMAN LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone: (714) 966-1000<br>Facsimile: (714) 966-1002<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Jeffrey I. Golden, Chapter 7 trustee | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>MATTHEW JASON WHITMAN and CARLA MARIA WHITMAN,<br><br><br><br><br>Debtor(s). | CASE NO.: 8:15-bk-12147-ES<br>CHAPTER: 7<br><br>AMENDED<br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 08/30/2016 | **Time:** 10:30 am |
|---|---|
| **Location:** Courtroom 5A, 411 West Fourth Street, Santa Ana, California 92701 | |

**Type of Sale:** ☐ Public  ☒ Private     **Last date to file objections:** 07/07/2016 _____

**Description of property to be sold:**
36 East Mahi Pua Place, Lahaina, Hawaii, 96761

**Terms and conditions of sale:** See notice of hearing filed on June 30, 2016, as Docket No. 113.

**Proposed sale price:** $ 2,900,000.00 _____

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*):**

See attached overbid procedures

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

August 30, 2016 at 10:30 a.m.
Courtroom 5A
411 West Fourth Street
Santa Ana, California 92701

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Beth E. Gaschen
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone: (714) 966-1000
Facsimile: (714) 966-1002
Email: bgaschen@lwgfllp.com

Date: 07/20/2016

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Lobel Weiland Golden Friedman LLP
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000 • Fax 714-966-1002

**I.    PROPOSED OVERBID PROCEDURES**

Jeffrey I. Golden, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Matthew Whitman and Carla Whitman (the "Debtors"), proposes to sell the real property located at 36 East Mahi Pua Place, Lahaina, Hawaii, 96761 (the "Hawaii Property") subject to overbid. The Trustee proposes and is requesting approval of the following bidding procedures (the "Bidding Procedures") to be employed in connection with the sale:

(a)    Only a qualified bidder ("Qualified Bidder") may bid on the Hawaii Property. The person(s) specifically identified in the Motion as the "Buyer" will be deemed to be a Qualified Bidder. The Trustee will determine whether any other prospective purchaser is a Qualified Bidder. In order to be considered a Qualified Bidder, a prospective purchaser must: (a) deliver to the Trustee, in care of the Trustee's legal counsel at the address set forth at the end of this paragraph, by not later than **4:00 p.m. on August 29, 2016**[1] (the "Qualification Deadline")[2]: (1) a non-contingent written offer to purchase the Hawaii Property on an all cash basis (with the bidder's performance subject only to entry of a Bankruptcy Court order approving the sale as a sale free of liens and interests pursuant to 11 U.S.C. § 363(f)) for a purchase price of no less than $3,000,000, with terms no less favorable to the Estate than those set forth in the Motion; (2) evidence satisfactory to the Trustee of the Qualified Bidder's financial ability to close the Sale within 15 days following entry of the Bankruptcy Court's order approving the sale; and (3) a cashier's check made payable to Jeffrey I. Golden, Chapter 7 Trustee in an amount equal to three percent (3%) of its initial bid (the "Bidding Deposit"). The Trustee's legal counsel for such purposes is identified as follows: LOBEL WEILAND GOLDEN FRIEDMAN LLP, Attn: Beth E. Gaschen, Esq., 650 Town Center Drive, Suite 950, Costa Mesa, California 92626.

(b)    An auction sale of the Hawaii Property will be conducted at the hearing on the Motion. Only Qualified Bidders, including the Buyer specifically identified in the

---

[1] The Qualification Deadline is extended from July 20, 2016, to August 29, 2016.

[2] The Trustee reserves the right to consider, in his discretion, additional qualifying overbids, up until the time of the hearing on the Motion.

1079590.1

1    Motion, will be allowed to bid.  Each incremental bid at the auction must be at least

2    $5,000.00 higher than the prior bid.

3    (c)    Upon the conclusion of the auction, the Trustee will decide which bid is the

4    best bid (the "Successful Bid").  The bidder who made the Successful Bid (the "Successful

5    Bidder") must pay, as the purchase price for the Hawaii Property, the amount of the

6    Successful Bid (receiving credit for its Bidding Deposit), and all closing costs payable by

7    the purchaser, upon the close of the sale.  If the sale of the Hawaii Property to the

8    Successful Bidder fails to occur by reason of any failure of performance, breach or default

9    by the Successful Bidder, then the Successful Bidder's Bidding Deposit will be

10    automatically forfeited to the Trustee as liquidated damages.

11    (d)    Upon the conclusion of the auction, the Trustee may also decide which bid is

12    the second best bid (the "Back-Up Bid").  If the Successful Bidder fails to close the sale of

13    the Hawaii Property, then the Trustee may sell the Hawaii Property to the Qualified Bidder

14    who submitted the Back-Up Bid (the "Back-Up Bidder") without further court order, in

15    which event the Back-Up Bidder must pay, as the purchase price for the Hawaii Property,

16    the amount of the Back-Up Bid (receiving credit for its Bidding Deposit), and all closing

17    costs payable by the purchaser, upon the close of the sale.  If the sale of the Hawaii

18    Property to the Back-Up Bidder fails to occur as a result of a failure of performance,

19    breach or default by the Back-Up Bidder, then the Back-Up Bidder's Bidding Deposit will

20    be automatically forfeited to the Trustee as liquidated damages.

21    (e)    Upon the conclusion of the auction, any Bidding Deposits, other than the

22    Bidding Deposits submitted by the Successful Bidder and any Back-Up Bidder, will be

23    promptly returned.  The Bidding Deposit submitted by the Back-Up Bidder will be returned

24    promptly following the close of the sale of the Property to the Successful Bidder.

25

26

27

28

Lobel Weiland Golden Friedman LLP
660 Town Center Drive, Suite 950
Costa Mesa, California 92626
Tel 714-966-1000  Fax 714-966-1002

107463679590.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 20, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

[X] Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **July 20, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 20, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 20, 2016 | Kelly Adele | /s/ Kelly Adele |
|:---:|:---:|:---:|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
0.0

**F 9013-3.1.PROOF.SERVICE**

**Electronic Mail Notice List**

Caren J Castle    wdk@wolffirm.com, wdk@wolffirm.com
Marian Garza    ecfnotices@ascensioncapitalgroup.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Jeffrey I Golden (TR)    ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
Christopher J Green    cgreen@lwgfllp.com, chrisgreen@ucla.edu;kadele@lwgfllp.com;lfisk@lwgfllp.com;christopher-green-2815@ecf.pacerpro.com
Leslie M Klott    bankruptcy@zievelaw.com
Derik N Lewis    dlewis@vantislaw.com, esieg@vantislaw.com
Christina J O    christinao@mclaw.org, erica@mclaw.org
Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov