| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Beth E. Gaschen, State Bar No. 245894<br>bgaschen@lwgfllp.com<br>LOBEL WEILAND GOLDEN FRIEDMAN LLP<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone: (714) 966-1000<br>Facsimile: (714) 966-1002 | |

☒ *Attorney for:* Jeffrey I. Golden, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>MATTHEW JASON WHITMAN and CARLA MARIA WHITMAN<br><br><br><br>Debtor(s). | CASE NO.: 8:15-bk-12147-ES<br>CHAPTER: 7<br><br>**NOTICE OF OBJECTION TO CLAIM**<br><br>DATE: 11/17/2016<br>TIME: 10:30 am<br>COURTROOM: 5A<br>PLACE: 411 West Fourth Street<br>            Santa Ana, CA 92701 |
|---|---|

1. TO *(specify claimant and claimant's counsel, if any)*: American Claim Services, Inc. division of York Risk Services Group and Carolyn Ortega, Recovery Specialist

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim #6-1) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

    **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: 10/04/2016

LOBEL WEILAND GOLDEN FRIEDMAN LLP
Printed name of law firm

/s/ Beth E. Gaschen
Signature

Date Notice Mailed: 10/04/2016

Beth E. Gaschen
Printed name of attorney for objector

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 1                                **F 3007-1.1.NOTICE.OBJ.CLAIM**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On (*date*) **October 4, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.    SERVED BY UNITED STATES MAIL**:
On (*date*) **October 4, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 4, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith, 411 W. 4th Street, 5th Floor, Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 4, 2016 | Kelly Adele | /s/ *Kelly Adele* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                **F 9013-3.1.PROOF.SERVICE**
0.0

**VIA U.S. MAIL**
Matthew Jason Whitman
Carla Maria Whitman
3419 Via Lido #123
Newport Beach, CA 92663

American Claim Services, Inc.,
Division of York Risk Services Group
York Risk Services Group, Inc.
Attn:  Officer, Director or Agent
for Service of Process
One Upper Pond Rd., Bldg F 4th Flr
Parsippany, NJ 07054

American Claim Services, Inc.,
Division of York Risk Services Group
York Risk Services Group, Inc.
c/o Corporation Service Company,
Agent for Service of Process
2710 Gateway Oaks Dr. Ste. 150N
Sacramento, CA 95833

**Claim No. 6**
American Claim Services, Inc. division of York Risk Services Group
York Risk Services Group
Attn: Carolyn Ortega, Recovery Specialist
11777 Katy Freeway #520
Houston, TX 77079


**Electronic Mail Notice List**
Caren J Castle     wdk@wolffirm.com, wdk@wolffirm.com
Marian Garza     ecfnotices@ascensioncapitalgroup.com
Beth Gaschen     bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Jeffrey I Golden (TR)     ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
Christopher J Green     CJGreen@mintz.com, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com;KWinterson@mintz.com;docketing@mintz.com
Leslie M Klott     bankruptcy@zievelaw.com
Derik N Lewis     dlewis@vantislaw.com, esieg@vantislaw.com
Christina J O     christinao@mclaw.org, erica@mclaw.org
Najah J Shariff     najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov