Beth E. Gaschen, State Bar No. 245894
bgaschen@lwgfllp.com
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
650 Town Center Drive, Suite 950
Costa Mesa, California 92626
Telephone    714-966-1000
Facsimile    714-966-1002

Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MATTHEW JASON WHITMAN AND CARLA MARIA WHITMAN,<br><br>Debtors. | Case No. 8:15-bk-12147-ES<br><br>Chapter 7<br><br>**STIPULATION WITH BRIDLE CREEK HOMEOWNERS ASSOCIATION REGARDING CLAIM 17-1**<br><br>**[No Hearing Required]** |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE:**

This stipulation (the "Stipulation") is entered into by: (1) Jeffrey I. Golden, the chapter 7 trustee (the "Trustee") for the bankruptcy estate of the debtors, Matthew Jason Whitman and Carla Maria Whitman (the "Debtors"); and (2) Bridle Creek Homeowners Association ("Bridle Creek," and together with the Trustee, the "Parties"), by and through their undersigned counsel. The Stipulation is based on the following recitals:

**RECITALS**

A.    On April 27, 2015, the Debtors filed a voluntary chapter 7 petition. The Trustee was appointed the chapter 7 trustee.

B.    On May 16, 2016, Bridle Creek filed Claim 17-1 (the "Claim") as a general unsecured claim in the amount of $18,863.30. The stated basis for the Claim is homeowner assessments.

C. After reviewing documents obtained from counsel for Bridle Creek that form the basis for the Claim, including a judgment and writ, the Trustee believes that certain charges were improperly included in the Claim. Accordingly, the Claim should be reduced from $18,863.30 to $17,551.21 to exclude the improper charges.

D. Bridle Creek has agreed to reduce the amount of the Claim from $18,863.30 to $17,551.21.

E. The Parties have entered into this Stipulation to reduce the amount of the Claim and avoid the necessity of an objection.

## STIPULATION

NOW, THEREFORE, in consideration of the foregoing recitals which are fully incorporated herein by this reference, and subject to the Court's approval of the Stipulation, the Parties stipulate and agree that the Claim shall be allowed as a general unsecured claim in the amount of $17,551.21.

**IT IS SO STIPULATED.**

Dated: October 7, 2016

LOBEL WEILAND GOLDEN FRIEDMAN LLP

By: /s/ Beth Gaschen
BETH E. GASCHEN
Attorneys for Chapter 7 Trustee
Jeffrey I. Golden

Dated: October 7, 2016

FIORE RACOBS & POWERS
A Professional Law Corporation

By: /s/ Erin A. Maloney
ERIN A. MALONEY
Attorneys for Bridle Creek
Homeowners Association

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION WITH BRIDLE CREEK HOMEOWNERS ASSOCIATION REGARDING CLAIM 17-1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 7, 2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 7, 2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 7, 2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe Smith, 411 W. 4th Street, 5th Floor, Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 7, 2016 | Kelly Adele | /s/ *Kelly Adele* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

0.0

**VIA U.S. MAIL**
Matthew Jason Whitman
Carla Maria Whitman
3419 Via Lido #123
Newport Beach, CA 92663
**Debtors**

Bridle Creek Homeowners Association
c/o Erin A. Maloney, Esq.
Fiore, Racobs & Powers
6820 Indiana Avenue, Suite 140
Riverside, CA 92506

**Electronic Mail Notice List**
Caren J Castle    wdk@wolffirm.com, wdk@wolffirm.com
Marian Garza    ecfnotices@ascensioncapitalgroup.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;tziemann@wgllp.com
Jeffrey I Golden (TR)    ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
Christopher J Green    CJGreen@mintz.com, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com;KWinterson@mintz.com;docketing@mintz.com
Leslie M Klott    bankruptcy@zievelaw.com
Derik N Lewis    dlewis@vantislaw.com, esieg@vantislaw.com
Christina J O    christinao@mclaw.org, erica@mclaw.org
Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov