Jeffrey I. Golden, A Partner of
**LOBEL WEILAND GOLDEN FRIEDMAN LLP**
P.O. Box 2470
Costa Mesa, California 92628-2470
Telephone: (714) 966-1000
Facsimile:  (714) 966-1002

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:15-bk-12147-ES |
| MATTHEW JASON WHITMAN and CARLA MARIA WHITMAN, | Chapter 7 Case |
| Debtor(s). | **NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION** |
| | [No Hearing Required] |

**TO THE U.S. BANKRUPTCY COURT, U.S. TRUSTEE, ATTORNEY FOR THE DEBTOR, AND TO EVERY PROFESSIONAL PERSON ENTITLED TO CLAIM COMPENSATION PAYABLE AS AN ADMINISTRATIVE EXPENSE TO THE ESTATE:**

**YOU ARE HEREBY NOTIFIED** that the Chapter 7 Trustee is prepared to file a Final Report and Account.

Professional persons are notified that the last day for filing applications for compensation is 21 days after the mailing of this notice pursuant to Local Bankruptcy Rule 2016-1(c)(4)(B).

Dated: 8-23-17

_____
JEFFREY I. GOLDEN
Chapter 7 Trustee

1129527.1

1    NOTICE TO PROFESSIONALS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950
Costa Mesa, CA 92626

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE TO PROFESSIONALS TO FILE APPLICATIONS FOR COMPENSATION** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 23, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Caren J Castle    wdk@wolffirm.com, wdk@wolffirm.com
Marian Garza    ecfnotices@ascensioncapitalgroup.com
Beth Gaschen    bgaschen@wgllp.com, kadele@wgllp.com;lfisk@wgllp.com;lgauthier@lwgfllp.com;nlockwood@lwgfllp.com
Jeffrey I Golden (TR)    ljones@wgllp.com, jig@trustesolutions.net;kadele@wgllp.com;lfisk@wgllp.com
Christopher J Green    cgreen@bohmwildish.com, chrisgreen@ucla.edu;christopher-green-2815@ecf.pacerpro.com;KWinterson@mintz.com
Leslie M Klott    bankruptcy@zievelaw.com
Robert S Lampl    advocate45@aol.com, rlisarobinsonr@aol.com
Derik N Lewis    dlewis@vantislaw.com, esieg@vantislaw.com
Christina J O    christinao@mclaw.org, CACD_ECF@mclaw.org
Najah J Shariff    najah.shariff@usdoj.gov, USACAC.criminal@usdoj.gov
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **August 23, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Trustee's Accountant: Grobstein Teeple LLP, Howard Grobstein, CPA, 6300 Canoga Avenue, Suite 1500W, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 23, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Judge Erithe Smith (By Personal Service)**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 23, 2017 | Lori Werner | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE